B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>GTS 900 F, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>AKA Concerto | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>20-2396211 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>9595 Wilshire Blvd.<br>Penthouse 1010<br>Beverly Hills, CA        ZIP Code 90212 | Street Address of Joint Debtor (No. and Street, City, and State):        ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):        ZIP Code | Mailing Address of Joint Debtor (if different from street address):        ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    900 S. Figueroa St. (Tower I),<br>901 S. Flower St. (Loft Building), and<br>700 W. 9th St. (Tower II Land),<br>Los Angeles, CA 90015 | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>■ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Check one box:    Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                           Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | GTS 900 F, LLC |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | GTS 900 F, LLC |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X ~~David S. Kupetz~~
   Signature of Attorney*
   David S. Kupetz 125062
   Printed Name of Attorney for Debtor(s)
   SulmeyerKupetz
   Firm Name
   333 South Hope Street
   35th Floor
   Los Angeles, CA 90071-1406
   Address

   213.626.2311  Fax: 213.629.4520
   Telephone Number
   *September 17, 2009* 125062
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual
   Sonny H. Astani
   Printed Name of Authorized Individual
   Manager of Concerto Manager, Inc., Manager of Debtor
   Title of Authorized Individual
   *9/16/09*
   Date

## ACTION BY WRITTEN CONSENT OF THE SUPER MAJORITY-IN-INTEREST OF THE MEMBERS OF GTS 900 F, LLC

The undersigned, representing a Super Majority-in-Interest of the Members (the "Members") of **GTS 900 F, LLC**, a California limited liability company (the "Company"), in accordance with Section 17104(i) of the California Limited Liability Company Act, as amended from time to time (the "LLC Act") and 3.2(b) of that certain Second Amended and Restated Operating Agreement Of GTS 900 F, LLC, dated as of March 15, 20007, as amended from time to time (the "Operating Agreement"), and without the formality of convening a meeting, do hereby consent to and adopt the following resolutions, and desire that the actions expressed in the resolutions set forth below be taken by the Company as of September 4, 2009 (the "Effective Date").

## AUTHORIZATION TO SEEK BANKRUPTCY RELIEF AND RETAIN BANKRUPTCY COUNSEL AND PROFESSIONALS

**WHEREAS,** the Members have determined that it would be in the best interest of the Company to cause the Company to file for relief under Chapter 11 of the United States Bankruptcy Code, as may be amended from time to time (the "Bankruptcy Code"); and

**WHEREAS,** pursuant to Section 1 of the Operating Agreement, a "Super-Majority-in-Interest" is defined to mean "Members holding seventy-five percent (75%) or more of the Membership Interests (as defined in the Operating Agreement) in terms of Percentage Interests;

**WHEREAS,** Section 3.2(b) of the Operating Agreement provides, in pertinent part, that "[n]otwithstanding any other provisions of this Agreement, the Manager shall not have authority hereunder to cause the Company to engage in the following transactions, unless the affirmative vote or written consent of a Super Majority-in-Interest of the Members is first obtained: (xiv) The filing of a bankruptcy petition on behalf of the Company...."

**WHEREAS,** the Majority Members desire to authorize and direct Concerto Manager, Inc., a California corporation (the "Manager"), controlled by Sonny Astani, an individual ("Astani"), through its authorized officers, and any individual duly designated by the Company (individually, an "Appropriate Officer" and collectively, "Appropriate Officers") to file a voluntary petition on behalf of the Company to commence a reorganization case under Chapter 11 of the Bankruptcy Code and to take such further actions as required in connection with such relief.

**NOW, THEREFORE, BE IT RESOLVED,** the Manager is hereby authorized and directed to file a voluntary petition (the "Chapter 11 Petition") in the United States Bankruptcy Court (the "Court"), commencing a case (the "Chapter 11 Case") under Chapter 11 of Bankruptcy Code, as the Manager deems reasonable and appropriate in connection with seeking relief; and it is further

**RESOLVED,** that the Manager, through one or more of its Appropriate Officers, is hereby authorized to execute, file and/or deliver, or cause to be executed, filed and/or delivered, under the Manager's authority as Manager of the Company, in the name and on behalf of the

[JMP\CORP\528815.2]

Company, all pleadings and documents in connection with the Chapter 11 Case that are necessary or appropriate to the commencement and successful prosecution of the Chapter 11 Case, including without limitation, the Chapter 11 Petition, motions, applications and filings to be provided to the Court in connection with the Chapter 11 Case, and such other documents, instruments, agreements and certificates as required in connection with the Chapter 11 Case, the transactions contemplated in connection therewith, all as such Manager deems reasonable and appropriate; and it is further

**RESOLVED**, that the Manager, by and through the Appropriate Officers, are hereby authorized and directed to appear in all bankruptcy matters and proceedings or other hearings or actions in the name of and on behalf of the Company, and to otherwise do and perform all acts and deeds and to deliver all necessary documents on behalf of the Company in connection with the Chapter 11 Case; and it is further

**RESOLVED**, that the Manager, on behalf of the Company, is authorized and directed to retain the law firm of **SulmeyerKupetz**, a professional corporation ("SulmeyerKupetz"), to represent the Company as general bankruptcy counsel in the Chapter 11 Case; and it is further

**RESOLVED**, that the Manager, on behalf of the Company, is authorized and directed to retain the law firm of Parker, Milliken, Clark, O'Hara, Samuelian, a Professional Corporation ("Parker Milliken"), to represent the Company as special litigation counsel in the Chapter 11 Case and/or such other litigation as the Manager deems necessary or appropriate; and it is further

**RESOLVED**, that the Manager, on behalf of the Company, is authorized and directed to retain the firm of Kibel Green, Inc. ("Kibel Green") to represent the Company as its financial advisor in the Chapter 11 Case and/or such other insolvency relief action as the Manager deems necessary or appropriate; and it is further

**RESOLVED**, that the Manager, on behalf of the Company, is authorized to retain and employ such other professionals as are needed to assist the Company in the Chapter 11 Case, and to take all necessary actions in connection therewith and on such terms as are deemed by the Successor Manager as necessary, proper and desirable; and it is further

**RESOLVED**, that the Manager is authorized to take any and all further actions and to execute and deliver any and all further instruments and documents and to pay all expenses, in each case as in the Manager's judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

**RESOLVED**, that all actions taken by the Company in connection with the preparation for the Chapter 11 Case are hereby approved and ratified; and it is further

**RESOLVED**, that this consent may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument. For purposes hereof, a facsimile signature shall be deemed an original.

*[SIGNATURE PAGE IMMEDIATELY FOLLOWING]*

**IN WITNESS WHEREOF**, the undersigned Members have caused this consent to be executed effective as of the Effective Date.

**Astani/Cho Living Trust**          Percentage (Membership) Interests = 30%

By: _____
    Sonny Astani, Trustee

By: _____
    Jo Cho, Trustee


**Marco Astani Living Trust**          Percentage (Membership) Interests = 5%

By: _____
    Marco Astani, Trustee


**FG98 Investment Co., L.P., a California**          Percentage (Membership) Interests = 15%
**limited partnership**

By: _____
    Name: Ken Leung
    Title: General Partner


**Concerto Partners, LLC, a California**          Percentage (Membership) Interests = 50%
**limited liability company**

By: _____
    Name: Sonny Astani
    Title: Manager


**Being the Super Majority-in-Interest of the Members**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    GTS 900 F, LLC

Debtor(s)

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Carpet USA 11143 W. Washington Blvd. Culver City, CA 90232 | Carpet USA 11143 W. Washington Blvd. Culver City, CA 90232 (323) 870-3787 | Trade debt (subcontractor for Concerto project) | Contingent | 1,528,310.02 |
| SASCO 2750 Moore Avenue Fullerton, CA 92833 | SASCO 2750 Moore Avenue Fullerton, CA 92833 (714) 870-0217 | Trade debt (subcontractor for Concerto project) | Contingent | 1,271,221.10 |
| Architectural Glass & Aluminum 1151 Marina Village Parkway Suite 101 Alameda, CA 94501 | Architectural Glass & Aluminum 1151 Marina Village Parkway Suite 101 Alameda, CA 94501 (510) 444-6100 | Trade debt (subcontractor for Concerto project) | Contingent | 810,848.00 |
| ACCO Engineered Systems, Inc. 6265 San Fernando Rd. Glendale, CA 91201 | ACCO Engineered Systems, Inc. 6265 San Fernando Rd. Glendale, CA 91201 (818) 244-6571 | Trade debt (subcontractor for Concerto project) | Contingent | 642,289.85 |
| Superior Wall Systems 1232 E. Orangethorpe Ave. Fullerton, CA 92831 | Superior Wall Systems 1232 E. Orangethorpe Ave. Fullerton, CA 92831 (714) 278-0000 | Trade debt (subcontractor for Concerto project) | Contingent | 620,977.85 |
| CMF, Inc. 1317 West Grove Avenue Orange, CA 92865 | CMF, Inc. 1317 West Grove Avenue Orange, CA 92865 (714) 637-2409 | Trade debt (subcontractor for Concerto project) | Contingent | 531,671.65 |
| Mr. Crane 647 N. Hariton Street Orange, CA 92868 | Mr. Crane 647 N. Hariton Street Orange, CA 92868 (714) 633-2100 | Trade debt (subcontractor for Concerto project) | Contingent | 451,457.38 |
| Alno Pasadena 70 E. Montecito Ave. Sierra Madre, CA 91024 | Alno Pasadena 70 E. Montecito Ave. Sierra Madre, CA 91024 (626) 355-7500 | Trade debt (subcontractor for Concerto project) | Contingent | 377,494.26 |
| SMG Stone Company 8460 San Fernando Rd Sun Valley, CA 91352 | SMG Stone Company 8460 San Fernando Rd Sun Valley, CA 91352 (818) 767-0000 | Trade debt (subcontractor for Concerto project) | Contingent | 354,756.22 |

B4 (Official Form 4) (12/07) - Cont.

In re  GTS 900 F, LLC                                            Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Murray Company<br>2919 E. Victoria St.<br>Compton, CA 90221 | Murray Company<br>2919 E. Victoria St.<br>Compton, CA 90221<br>(310) 637-1500 | Trade debt<br>(subcontractor for<br>Concerto project) | Contingent | 348,735.28 |
| Wescor Construction, Inc.<br>18607 Ventura Blvd, Suite 204<br>Tarzana, CA 91356 | Wescor Construction, Inc.<br>18607 Ventura Blvd, Suite 204<br>Tarzana, CA 91356<br>(818) 609-9555 | Trade debt<br>(subcontractor for<br>Concerto project) | Contingent | 347,589.81 |
| Otis Elevator<br>Dept. LA 21684<br>Pasadena, CA 91185 | Otis Elevator<br>Dept. LA 21684<br>Pasadena, CA 91185<br>(626) 396-6280 | Trade debt<br>(subcontractor for<br>Concerto project) | Contingent | 274,392.15 |
| Fire Protection Group, Inc. &<br>Master Fireguard, Corp.<br>3712 W. Jefferson Blvd.<br>Los Angeles, CA 90016 | Fire Protection Group, Inc. &<br>Master Fireguard, Corp.<br>3712 W. Jefferson Blvd.<br>Los Angeles, CA 90016<br>(323) 732-4200 | Trade debt<br>(subcontractor for<br>Concerto project) | Contingent | 232,266.57 |
| DeStefano and Partners, Ltd.<br>633 W. 5th Street, Suite 5700<br>Los Angeles, CA 90071 | De Stefano & Partners, Ltd.<br>633 W. 5th Street, Suite 5700<br>Los Angeles, CA 90071<br>(213) 622-2800 | Trade debt<br>(Architect for<br>Concerto project) | Contingent | 223,428.37 |
| Troyer Contracting Company<br>10122 Freeman Avenue<br>Santa Fe Springs, CA 90670 | Troyer Contracting Company<br>10122 Freeman Avenue<br>Santa Fe Springs, CA 90670<br>(562) 944-6452 | Trade debt<br>(subcontractor for<br>Concerto project) | Contingent | 216,341.65 |
| Borbon, Inc.<br>7312 Walnut Avenue<br>Buena Park, CA 90620 | Borbon, Inc.<br>7312 Walnut Avenue<br>Buena Park, CA 90620<br>(714) 994-0170 | Trade debt<br>(subcontractor for<br>Concerto project) | Contingent | 189,307.50 |
| Alno U.S.A.<br>1 Design Center Place, Suite 653<br>Boston, MA 02210 | Alno U.S.A.<br>1 Design Center Place, Suite 653<br>Boston, MA 02210<br>(617) 896-2700 | Trade debt<br>(subcontractor for<br>Concerto project) | Contingent | 166,728.71 |
| JW Door Corporation<br>14764 Oxnard Street<br>Van Nuys, CA 91411 | JW Door Corporation<br>14764 Oxnard Street<br>Van Nuys, CA 91411<br>(818) 994-3633 | Trade debt<br>(Subcontractor for<br>Concerto project) | Contingent | 153,748.66 |
| Golden Construction<br>32910 Deer Glen Lane<br>Santa Clarita, CA 91390-2887 | Golden Construction<br>32910 Deer Glen Lane<br>Santa Clarita, CA 91390-2887<br>(661) 268-0071 | Trade debt<br>(subcontractor for<br>Concerto project) | Contingent | 147,118.10 |
| Weiss Sheet Metal Company<br>1715 W. 135th Street<br>Gardena, CA 90249 | Weiss Sheet Metal Company<br>1715 W. 135th Street<br>Gardena, CA 90249<br>(310) 354-2700 | Trade debt<br>(subcontractor for<br>Concerto project) | Contingent | 141,553.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   GTS 900 F, LLC                                                            Case No. _____
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of Concerto Manager, Inc., Manager of Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   9/16/09                              Signature _____
                                                     Sonny H. Astani
                                                     Manager of Concerto Manager, Inc., Manager of Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Verification of Creditor Mailing List - (Rev. 10/05)

2005 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name ___David S. Kupetz 125062___

Address ___333 South Hope Street 35th Floor Los Angeles, CA 90071-1406___

Telephone ___213.626.2311 Fax: 213.629.4520___

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>GTS 900 F, LLC<br>AKA Concerto | Case No.: |
| | Chapter:     11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __41__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: ___9/16/09___

_____
Sonny H. Astani/Manager of Concerto Manager, Inc., Manager of Debtor
Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

GTS 900 F, LLC
9595 Wilshire Blvd.
Penthouse 1010
Beverly Hills, CA 90212


David S. Kupetz
SulmeyerKupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406


OUST-LA
725 South Figueroa Street,
26th Floor
Los Angeles, CA 90017

888 Enterprises, Ltd.
888 S. Figueroa St., Ste. 630
Los Angeles, CA 90017

A-Brite Commercial & Residential
8306 E. Hermosa Drive
San Gabriel, CA 91775

ACCO Engineered Systems, Inc.
6265 San Fernando Rd.
Glendale, CA 91201

Acoustical Materials Services
7933 Haskell Ave.
Van Nuys, CA 91406

Adam N. Torres
Carmela N. Torres
14443 Pear Street
Riverside, CA 92508-8974

AEP Span
2110 Enterprise Blvd.
West Sacramento, CA 95691

Ahern Rentals, Inc.
1722 West Bonanza Road
Las Vegas, NV 89106

Air Conditioned
2216 Main Street
Suite 202
Santa Monica, CA 90405

Air Treatment
957 Lawson St.
City of Industry, CA 91748


Alert Insulation Co., Inc.
15913 Old Valley Blvd.
La Puente, CA 91744


Alno Pasadena
70 E. Montecito Ave.
Sierra Madre, CA 91024


Alno U.S.A.
1 Design Center Place, Suite 653
Boston, MA 02210


American Demolition
620 Poinsettia St.
Santa Ana, CA 92701


Amir Madadi
11740 Wilshire Boulevard
Apt. 2104
Los Angeles, CA 90025-6529


Anderson Charnesky Structural Steel
353 Risco Circle
Beaumont, CA 92223


Andy's Precision Seal & Stripe, Inc
P.O. Box 802005
Santa Clarita, CA 91380

Angeles Welding
9747 S. Norwalk Blvd.
Santa Fe Springs, CA 90670


Angelus Block Co.
252 E. Redondo Beach Blvd.
Gardena, CA 90248


Anita Kriplani
121 South Hope Street
Apt. 323
Los Angeles, CA 90012-5016


Applied Liquid Polymer Systems
17213 Roseton Ave.
Artesia, CA 90701


Architectural Glass & Aluminum
1151 Marina Village Parkway
Suite 101
Alameda, CA 94501


Architectural Woodworking Company
582 Monterey Pass Road
Monterey Park, CA 91754


Associated Ready Mixed Concrete Inc
4621 Teller Ave.
Suite 130
Newport Beach, CA 92660


Astani Construction
9595 Wilshire Blvd., Ste. 1010
Beverly Hills, CA 90212

Astani Construction, Inc.
9595 Wilshire Blvd., Ste. 1010
Beverly Hills, CA 90212


Astani Enterprises, Inc.
9595 Wilshire Blvd., Ste. 1010
Beverly Hills, CA 90212


Attn: Joel C. Solomon, Esq.,
Gen. Counsel-Commercial Lending
3959 N. Lincoln Ave.
Chicago, IL 60613


BBK Specialties Inc. & Ferguson
24212 Nottingham Ct.
Valencia, CA 91355


Big K Concrete Coring, Inc.
P.O. Box 1133
Sunland, CA 91041


Blackhawk Security Services, Inc.
404 W. 7th Street, Suite 307
Los Angeles, CA 90014


Borbon, Inc.
7312 Walnut Avenue
Buena Park, CA 90620


Brainard C. Simpson
Melba C. Simpson
717 W. Olympic Apt. 2204
Los Angeles, CA 90015-1684

Brainard C. Simpson
Melba W. Simpson
717 W. Olympic
Apt. 2204
Los Angeles, CA 90015-1684


Brian Ng
8020 West Manchester Avenue
Apt. 210
Playa Del Rey, CA 90293-7107


Bridget K. Mullins
5961 Chula visa Way
Apt. 6
Los Angeles, CA 90068-3500


Bridget K. Mullins
5961 Chula Vista Way
Apt. 6
Los Angeles, CA 90068-3500


Brown-Strauss Steel
3727 W. Lower Buckeye Rd.
Phoenix, AZ 85009


Brown-Strauss Steel
14970 Jurupa Ave.
Fontana, CA 92335


Builder's Site Protection, Inc.
1340 Specialty Drive, Suite F
Vista, CA 92081


Cal-Lite Concrete
8780 19th street, Suite #261
Alta Loma, CA 91701

Cal-Wal Gypsum Supply
P.O. Box 808
Orange, CA 92856


Calex Engineering Company
23651 Pine St.
Newhall, CA 91321


California Lite Weight Concrete
2474 N. Renn Avenue
Fresno, CA 93727


California Sheet Metal Works
1020 N. Marshall Ave.
El Cajon, CA 92020


Caroline Wu
28513 Plainfield Drive
Rancho Palos Verdes, CA 90275-3148


Carolyn Stephens
4911 Hampton Rd
La Canada Flintridge, CA 91011-2613


Carpet USA
11143 W. Washington Blvd.
Culver City, CA 90232


Catalina Pacific Concrete Co.
2025 E. Financial Way
No. 200
Glendora, CA 91741

Cemex (Sup. Gunite)
3990 E. Concours St.
No. 200
Ontario, CA 91764


Chin Charng Lin
1758 Sierra Leone Ave #C
Rowland Heights, CA 91748-5837


Chin-Hsin Tsai
1801 South 5th Street
Leesville, LA 71446-5307


Christian Y. Lee
4250 Halleck Street
Emeryville, CA 94608-3503


Christine Byun
5775 Bertrand Avenue
Encino, CA 91316-1027


Christy Jung Yun
616 St. Paul Avenue
Apt. 402
Los Angeles, CA 90017-2030


Chute Systems
1722 Illinois Avenue
Perris, CA 92570


Climate Master, Inc.
P.O. Box 2540
Oklahoma City, OK 73101

CMC Regional Steel (RPS)
215 York Place
Claremont, CA 91711

CMF, Inc.
1317 West Grove Avenue
Orange, CA 92865

Coastal International Inc.
599 Bridgeway Blvd.
Sausalito, CA 94965

Concerto Manager, Inc.
9595 Wilshire Blvd., Ste. 1010
Beverly Hills, CA 90212

Conco Pumping
13052 Dahlia St.
Fontana, CA 92337

Concrete Tie Industries, Inc.
P.O. Box 5406
Compton, CA 90224

Conex Development Co., Inc.
2369 Colorado Blvd.
Los Angeles, CA 90041

Contech Storm Solutions, Inc.
9025 Centre Point Dr.
Suite 400
West Chester, OH 45069

Corus Bank, N.A.
Attn: Paul Carlson & Joel Solomon
3959 N. Lincoln Ave.
Chicago, IL 60613


Corus Bank, N.A.
Attn: Paul Carlson
3959 N. Lincoln Ave.
Chicago, IL 60613


CPS Signage & Marketing Corp.
138 West Bonita Avenue
No. 203
San Dimas, CA 91773


Crest Steel Corporation
1250 E. 223rd Street
Suite 108
Carson, CA 90745


Crown Fence Co.
12118 Bloomfield Ave.
Santa Fe Springs, CA 90670


CTG Energetics, Inc.
16 Technology Drive, Suite 109
Irvine, CA 92618


Cummins Cal Pacific, LLC
1939 Deere Ave.
Irvine, CA 92606


D 7 Consulting, Inc.
3920 Birch Street, Suite 103
Newport Beach, CA 92660

D.N.M. Construction Co., Inc.
644 Tuallitan Road
Los Angeles, CA 90049


Dae Sug Young
Eun Joo Young
4460 Wilshire Boulevard
Apt. 408
Los Angeles, CA 90010-3724


Daniel H. Chan
Elizabeth Tai
10035 Nevada Avenue
Chatsworth, CA 91311-3617


Dawson Co.
2124 N. Lincoln Ave.
Altadena, CA 91001


Degenkolb Engineers
235 Montgomery, Suite 500
San Francisco, CA 94104


Department of Fire
200 North Main Street
No. 1620
Los Angeles, CA 90012


DeStefano and Partners, Ltd.
633 W. 5th Street, Suite 5700
Los Angeles, CA 90071


Diego Uchitel Photography, Inc.
285 Hudson Street, Suite 1
New York, NY 10013

Dispatch Trucking
14032 Santa Ana Ave.
Fontana, CA 92337

Donald F. Dickerson Associates
6840 Hayvenhurst Avenue, 2nd floor
Van Nuys, CA 91406

Door Systems, Inc.
15031 Parkway Loop, Suite C
Tustin, CA 92780

Downey Engineering
8542 E. Florence Ave.
Suite 2A
Downey, CA 90240

Edgett Williams Consulting Group
102 E. Blithedale, Suite 1
Mill Valley, CA 94941

Ellison Bronze, Inc.
125 West Main St.
Falconer, NY 14733

Englekirk Partners Consulting
P.O. Box 54329
Los Angeles, CA 90054

Environmental Solutions
2601 East Chevy Chase
Glendale, CA 91203

Eric Chang
Nancy Chang
310 Tahiti Way
Apt. 212
Marina Del Rey, CA 90292-6745


Eric Chang & Nancy Chang
310 Tahiti Way
Apt. 212
Marina Del Rey, CA 90292-6745


Eric Choi
Chul Choi
534 East 22nd Street
Upland, CA 91784-8929


Eric Gartner
Angelika Gartner
255 South Grand Avenue
Apt. 1007
Los Angeles, CA 90012-3042


Erin Umphenour
950 South Flower Street
Apt. 308
Los Angeles, CA 90015-1458


Farwest Insulation Contracting
1375 S. Acacia Ave.
Suite A
Fullerton, CA 92831


Ferguson Enterprises, Inc.
2750 S. Towne Ave.
Pomona, CA 91766


FIDM Residential, Inc.
919 South Grand Avenue
Los Angeles, CA 90015

Fire Protection Group, Inc.
3712 W. Jefferson Blvd.
Los Angeles, CA 90016


Fire Protection Group, Inc.  &
Master Fireguard, Corp.
3712 W. Jefferson Blvd.
Los Angeles, CA 90016


Fireside Hearth & Home
4111 Flat Rock Drive
Riverside, CA 92505


Fred Shoy
12416 Woodley Avenue
Granada Hills, CA 91344-1816


Fusion Sign and Design
3443 Niki Way
Riverside, CA 92507


G&F Concrete Cutting, Inc.
P.O. Box 10215
1006 E. Chestnut Ave.
Santa Ana, CA 92711


Gaco Western LLC
P.O. Box 88698
Seattle, WA 98138


Geoffrey Hsieh
6233 North Willard Avenue
San Gabriel, CA 91775-2537

Geoffrey Hsieh
6233 North Willard Avenue
San Gabriel, CA 91775-2539

Glendon Co.
14946 Shoemaker Ave.
Unit N
Santa Fe Springs, CA 90670

Godwin Pumps
One Floodgate Road
Bridgeport, NJ 08014

Golden Construction
32910 Deer Glen Lane
Santa Clarita, CA 91390-2887

Grace Lee
3633 Hughes Avenue
Los Angeles, CA 90034-3910

Grating Pacific, Inc.
3651 Sausalito St.
Los Alamitos, CA 90720

Graybar Electric
383 S. Cheryl Lane
Walnut, CA 91789

Hagle Lumber Company, Inc.
P.O. Box 120
Somis, CA 93066

Haldeman, Inc.
2937 Tanager Avenue
Commerce, CA 90040

Harper's Backhoe Service (RJ&J)
8141 Electric Ave.
Stanton, CA 90680

Hawkeye Equipment
9440 Reseda Ave.
Fontana, CA 92335

HD Supply Inc.
501 W. Church St.
Orlando, FL 32805

HD/WC (Orco) WhiteCap
P.O. Box 1770
Costa Mesa, CA 92626

Heating & Cooling Supply, LLC
1669 Brandywine Ave.
Suite A
Chula Vista, CA 91911

Hee Jung Yang
845 South Kingsley Dr.
Apt. 107
Los Angeles, CA 90005-4362

Hee Jung Yang
845 South Kingsley Drive
Apt. 107
Los Angeles, CA 90005-4362

Hee Suk Jung
1298 Danenberg Drive
El Centro, CA 92243-8504


Henry Lakes
801 South Grand
Los Angeles, CA 90017-4613


Hong Woo Youn
19175 Index Street
Unit 3
Porter Ranch, CA 91326-1616


Hong Yu Zhang
310 Tahiti Way
No. 212
Marina Del Rey, CA 90292-6745


Hong Yu Zhang
310 Tahiti Way
Apt. 212
Marina Del Rey, CA 90292-6745


Hongwoo Youn
19175 Index Street
Unit 3
Porter Ranch, CA 91326-1616


HUB Construction Specialties, Inc.
379 South "I" Street
P.O. Box 1269
San Bernardino, CA 92402


Hydraulic Cranes, LLC
10805 Painter Ave.
Santa Fe Springs, CA 90670

Imperial Lighting & Wholesale
5965 Washington Blvd.
Culver City, CA 90232


Indon Chung
1234 Wilshire Boulevard
Suite 437
Los Angeles, CA 90017-1983


Indon Chung
1234 Wilshire Boulevard
Apt. 437
Los Angeles, CA 90017-1983


IntraCut
7740 Burnet Ave.
Van Nuys, CA 91405


J.A. Weir Associates
600 S. Catalina #G
Redondo Beach, CA 90277


James B. Parks
4241 West Kling Street
Apt. 4
Burbank, CA 91505-3716


James Lee
1810 S. Barrington Ave #7
Los Angeles, CA 90025-5383


Jay Chiu & Ting Ting Yang
630 W. 6th St. #502
Los Angeles, CA 90017-3257

Jeeyean Choi
45 Marsala
Irvine, CA 92606-8805

Jeffrey Chao
118 East Bay State Street
Apt. F
Alhambra, CA 91801-3867

Jennie Park
123 South Figueroa Street
Apt. 1439
Los Angeles, CA 90012-5479

Ji Yong Park
500 University Avenue
No. 516
Honolulu, HI 96826-4903

Ji Young Kim
914 South Wilton Place
Apt. 133
Los Angeles, CA 90019-2132

Jian Zhang
23 Decente
Irvine, CA 92614-7308

Jihong Park
21011 Oakriver Lane
Santa Clarita, CA 91321-4682

JLS Concrete Pumping
P.O. Box 667
Oak View, CA 93022

John and Annie Hung
55 Hillrise
Trabuco Canyon, CA 92679-3504

John and Annie Hung
55 Hillrise
Dove Canyon, CA 92679-3504

John Hung
Annie Hung
55 Hillrise
Dove Canyon, CA 92679-3504

Joung Ho Lee
404 Shatto Place
Apt. 236
Los Angeles, CA 90020-1764

JW Door Corporation
14764 Oxnard Street
Van Nuys, CA 91411

Karen Tai & Howard Chien
1050 South Flower Street
Apt. 636
Los Angeles, CA 90015-5109

Kenny Tse
234 South Figueroa Street
Apt. 743
Los Angeles, CA 90012-2561

Kenny Tse
234 South Figueroa Street
Suite 743
Los Angeles, CA 90012-2561

King Equipment LLC
1080 E. Ontario Blvd.
Ontario, CA 91761


Kratu Patel
4635 Franklin Avenue
Los Angeles, CA 90027-4201


Kum Hark Ko
1820 West Avenue E
Lancaster, CA 93534


Kwi Ja Park
924-B Bixel Street
Los Angeles, CA 90017


Kyung Woo Seo
Connie Son
1774 N. Las Lanas Lane
Fullerton, CA 92833-1931


Kyuwon Han
2975 Wilshire Blvd.
Los Angeles, CA 90010


L&D Appliances Corporation
11969 Telegraph Road
Santa Fe Springs, CA 90670


L.A. Department of Water & Power
P.O. Box 30808
Los Angeles, CA 90030

Landmark Fence Co., Inc.
3964 Mission Blvd.
Montclair, CA 91763


Laura Tolentino dba Tolentino's
1011 Defoe Street
San Fernando, CA 91340


Linda Jung
3183 Wilshire Boulevard
Unit 319
Los Angeles, CA 90010-1213


M.D. Hestrin & Co. LLC
12327 Desert Rose Way
Oak Hills, CA 92344


M.H. Powell & Co.
2313 Yates Ave.
Commerce, CA 90040


Macsteel Service Center
P.O. Box 1050
Stockton, CA 95201


Mahroo Lotfal
26 Nuevo
Irvine, CA 92612-4681


Mandana Khatibshahidi
750 Garland Avenue
No. 213
Los Angeles, CA 90017-4489

McKeon Door West, Inc.
12321 Industry Street
Garden Grove, CA 92841


Melissa Kay
Michael Kay
505 S. Monterey Street
Apt. 1
Alhambra, CA 91801-6173


Merli Concrete Pumping
1230 W. 130th St.
Gardena, CA 90247


Michael Federighe
Sueyn Tang
612 South Flower Street
Apt. 1211
Los Angeles, CA 90017-2815


Michael Yavnieli
Tania Gonzalez-Yavnieli
1436 South Orange Grove Avenue
Los Angeles, CA 90019-3721


Michael Yavnieli
Tama Gonzales-Yavnieli
1436 South Orange Grove Avenue
Los Angeles, CA 90019-3721


Miguel Ornelas
1329 West 10th Street
Santa Ana, CA 92703-2119


Mike Zarp, Inc.
580 W. 26th St.
Upland, CA 91784

Mirrors, Showers & Wardrobes
26121 Avenue Hall
Valencia, CA 91355


Mitchell Glaser
600 West 9th Street
Apt. 908
Los Angeles, CA 90015-4329


Monte Collins Backhoe
3342 Cerritos Ave.
P.O. Box 697
Los Alamitos, CA 90720


Morrow Equipment Co., LLC
P.O. Box 3306
Salem, OR 97302


Mr. Crane
647 N. Hariton Street
Orange, CA 92868


Murray Company
2919 E. Victoria St.
Compton, CA 90221


Nasa Services, Inc.
P.O. Box 1755
Montebello, CA 90640


Nathalie Bui
1532 Tradewinds
West Covina, CA 91790-3375

National Fail-Safe
6442 Industry Way
Westminster, CA 92683


National Fire Systems & Services
722 W. Silson Ave.
Glendale, CA 91203


National Plant Services
1461 Harbor Ave.
Long Beach, CA 90813


National Ready Mixed Concrete Co.
15821 Ventura Blvd.
No. 475
Encino, CA 91436


Nicole Edra
10985 Bluffside Drive
Apt. 5102
Studio City, CA 91604-4467


Nu-Ray Metal Roofing
1505 W. Park Ave.
Redlands, CA 92373


Oded Aharonson
Reem Sari
700 South Mentor Avenue
Pasadena, CA 91106-4025


Oh Dal Kwon
600 West 9th Street
Apt. 714
Los Angeles, CA 90015-4324

Okju Joyce Yoo
20307 Hickory Chase Court
Katy, TX 77450-5047


Old Castle Glass Group
5631 Ferguso Dr.
Los Angeles, CA 90022


Orange County Windustrial
1335 S. Allec St.
Anaheim, CA 92805


Orco Construction Supply
477 N. Canyons Parkway
Ste. A
Livermore, CA 94551


Otis Elevator
Dept. LA 21684
Pasadena, CA 91185


P & E Insulation, Inc.
5971 Lakeshore Dr.
Cypress, CA 90630


Pacifica Insulation Co., Inc.
15179 Sierra Bonita Lane
Chino, CA 91710


Paramount Scaffold Co.
16525 S. Avalon Blvd.
Carson, CA 90746

Patent Construction Systems
2575 William St.
San Leandro, CA 94577

Patterson Pump Co.
2129 Ayersville Road
Toccoa, GA 30577

Penhall Company
1801 W. Penhall Way
Anaheim, CA 92801

Peter Callaghan
101 South June Street
Los Angeles, CA 90004-1043

Petroleum Marketing Equipment (ACT)
740 Monroe Way
Placentia, CA 92870

Pjoy Chua
11818 Riverside Dr.
Apt. 233
Valley Village, CA 91607-4087

Plas-Tal Manufacturing Co.
8815 Sorensen Avenue
Santa Fe Springs, CA 90670

Plaza Wholesale Electric
5879 W. Pico Blvd.
Los Angeles, CA 90019

Pre-Con Products
P.O. Box 940669
Simi Valley, CA 93094


Premium Assignment Corporation
P.O. Box 79153
Baltimore, MD 21279-0153


Prieto Construction
23162 Arroyo Vis
Rancho Santa Margarita, CA 92688


Psoy Chua
11818 Riveside Drive
Apt. 233
Valley Village, CA 91607-4087


PTI Sand & Gravel, Inc.
14925 River Road
Corona, CA 92880


Rajendra Prasad
Sushma C. Prasad
215 South Willaman Drive
Beverly Hills, CA 90211-2907


Rajendra Prasad
Sushma C. Drasad
215 South Willaman Drive
Beverly Hills, CA 90211-2907


Randy Kim
501 South Prospero Drive
West Covina, CA 91791-2931

Regal Industries, Inc.
9816 Crescent Center Dr.
No. 703
Rancho Cucamonga, CA 91730


RJ&J Construction, Inc.
2001 Vernon Ave.
Pomona, CA 91768


Robert Mourra
6666 Vista Loma
Yorba Linda, CA 92886-6453


Robert Smylie & Associates
2049 Century Park East
No. 4250
Los Angeles, CA 90067


Robertson's
200 S. Main St.
Corona, CA 92882


Rock Co., Inc.
2193 W. Foothill Blvd.
Upland, CA 91786


Rolls High Reach
11351 County Drive
Suite A
Ventura, CA 93004


Ronald S. Litvak & Co.
1875 Century Park East, Suite 2060
Los Angeles, CA 90067

Royal Plywood Co.
14171 E. Park Place
Cerritos, CA 90703


S&J Supply
13105 Florence Ave.
Santa Fe Springs, CA 90670


Samuel & Jenny Kuo
2500 S. Peppertree, S.E.
Visalia, CA 93277-5505


Samuel Kuo
Jenny Kuo
2500 S. Peppertree, S.E.
Visalia, CA 93277-5505


Samuel Kuo
Jenny Kuo
2500 South Peppertree, S.E.
Visalia, CA 93277-5505


Samuel Tai
Shirley Hau Ping Wong
926 East Valley Boulevard
No. 206
San Gabriel, CA 91776


Samuel Woo Lee
123 South Catalina Street
Apt. 210
Los Angeles, CA 90004-4627


SAPA Profiles, Inc.
7933 NE 21st Ave.
Portland, OR 97211

SASCO
2750 Moore Avenue
Fullerton, CA 92833


SBC
Payment Center
Sacramento, CA 95887


Scheu Steel Supply
8830 Vineyard Ave.
Rancho Cucamonga, CA 91730


Schirmer Engineering Corporation
22995 Network Place
Chicago, IL 60673


Seung Yong Yang
Hee Jung Yang
8455 Kingsley Drive
Apt. 107
Los Angeles, CA 90005-4362


Seung Yong Yang
Hee Jung Yang
845 S. Kingsley Drive
Apt. 107
Los Angeles, CA 90005-4362


Shawn Joseph Deirahim
2030 Bentley Avenue
Suite 102
Los Angeles, CA 90025-5667


Shawn Joseph Delrahim
2030 S. Bentley Avenue
Suite 102
Los Angeles, CA 90025-5667

Sheldon Extinguisher Co., Inc.
3931 N. Peck Road
El Monte, CA 91732


Skymaster, Inc.
17837 Maclaren Street
La Puente, CA 91744


SMG Stone Company
8460 San Fernando Rd
Sun Valley, CA 91352


So-Cal Insulation, Inc.
2401 Eads Street
Los Angeles, CA 90031


Sold2U, Inc.
156 Diablo Road, Suite 360
Danville, CA 94526


Sonny H. Astani
9595 Wilshire Blvd., Ste. 1010
Beverly Hills, CA 90212


Sonny H. Astani and Jo Cho, as
Trustees of the Astani/Cho Living
Trust Dated as of April 29, 1999
9595 Wilshire Blvd., Ste. 1010
Beverly Hills, CA 90212


Speciality Building Components
8420 Rosemead Blvd.
Pico Rivera, CA 90660

Squires Lumber Co., Inc.
370 N. 9th St.
Colton, CA 92324

Standard Concrete (RJ&J)
P.O. Box 15326
Santa Ana, CA 92735

Standard Vision
2020 N. Main Street, Suite 227
Los Angeles, CA 90031

Staples Credit Plan
Post Office Box 689020
Des Moines, IA 50368

Stock Building Supply
23126 Drayton St.
Santa Clarita, CA 91350

Stock Building Supply
6923 Woodley Ave.
Van Nuys, CA 91406

Structural Materials Co.
7025 E. Slauson Ave.
Los Angeles, CA 90040

Sunbelt Rentals
1275 W. Mound St.
Columbus, OH 43223

Suncoast Post-Tension
654 N. Sam Houston, Pkwy East
Suite 110
Houston, TX 77060


Sunstate Equipment Co.
5552 E. Washington
Phoenix, AZ 85034


Superior Gunite
12306 Van Nuys Blvd.
Sylmar, CA 91342


Superior Wall Systems
1232 E. Orangethorpe Ave.
Fullerton, CA 92831


Susan Salazar
1431 Ocean Avenue
Apt. 915
Santa Monica, CA 90401-2158


Tafesse Woubshet
Elizabeth Asrat
123 South Figueroa Street
Suite 1533
Los Angeles, CA 90012-5479


Tafesse Woubshet
Elizabeth Asrat
123 South Figueroa Street
Apt. 1533
Los Angeles, CA 90012-5479


Thanh & Phan Luc
320 E Las Flores Ave.
Arcadia, CA 91006-4753

The Airolite Co., LLC
P.O. Box 410
Schofield, WI 54476


The Burks Company, Inc.
4521 Bend Drive
Los Angeles, CA 90065


Theodore J. Slaught
Brian A. Slaught
736 Hillcrest Avenue
La Canada Flintridge, CA 91011-4041


Theodore Lee
1525 Walnut Leaf Drive
Apt. 208
Walnut, CA 91789-3622


Thomas E. Anderson
11721 Chenault Street
Los Angeles, CA 90049-4213


Time Warner Cable
15055 Oxnard Street
Van Nuys, CA 91411


Tom Malloy Corp.
dba Trench Shoring Co.
636 E. Rosecrans Ave.
Los Angeles, CA 90059


Tomarco Contractors
14848 Northam St.
La Mirada, CA 90638

Totten Tube, Inc.
500 Danlee St.
Azusa, CA 91702


Traffic Management Inc.
2435 Lemon Ave.
Signal Hill, CA 90755


Trane
3600 Pammel Creek Road
La Crosse, WI 54601


TRE Elevator
1133 N. Chandler Blvd
North Hollywood, CA 91601


Trench Plate Rental Co.
13217 Laureldale Ave.
Downey, CA 90242


Tri-West Ltd.
12005 E. Pike St.
Santa Fe Springs, CA 90670


Troyer Contracting Company
10122 Freeman Avenue
Santa Fe Springs, CA 90670


United Rentals Northwest, Inc.
450 Glass Lane
Unit C
Modesto, CA 95356

United Site Services of CA, Inc.
3408 Hillcap Avenue
San Jose, CA 95136

Valley Waterproofing, Inc.
825 Civic Center Drive
No. 6
Santa Clara, CA 95050

Venbrook
6320 Canoga Avenue, 12th floor
Woodland Hills, CA 91367

Veronica Chen
Eunice Chen
2023 Foothill Drive
Fullerton, CA 92833-1235

Vertical Access
2015 N. Batavia St.
Orange, CA 92865

Vicky Kuo
3066 East Eddes Street
West Covina, CA 91791-3412

Viracon
800 Park Dr.
P.O. Box 990
Owatonna, MN 55060

Vitro America Inc.
9120 S. Norwalk Blvd.
Santa Fe Springs, CA 90670

Waterproofing Experts, Inc.
7736 Deering Avenue
Canoga Park, CA 91304


Webcor Construction L.P.
951 Mariners Island Blvd.
San Mateo, CA 94404


Wei Ren
1833 South Bentley Avenue
Apt. 15
Los Angeles, CA 90025-4325


Wei Ren
1833 South Bentley Avenue
No. 15
Los Angeles, CA 90025-4325


Weil Aquatronics, Inc.
115 E. Palmer Avenue
Glendale, CA 91205


Weiss Sheet Metal Company
1715 W. 135th Street
Gardena, CA 90249


Wescor Construction, Inc.
18607 Ventura Blvd, Suite 204
Tarzana, CA 91356


West Coast Firestopping, Inc.
2210 S. DuPont Drive
Anaheim, CA 92806

Western Electro - Acoustic Labs
25132 Rye Canyon Loop
Santa Clarita, CA 91355


Western Hemp dba Allied Ropes
171 Industrial Way
Brisbane, CA 94005


Western Metal Deck
616 S. Oaks Ave.
Ontario, CA 91762


White Cap
P.O. Box 1770
Costa Mesa, CA 92626


William Chang
18775 Sea Biscuit Run
Yorba Linda, CA 92886-2666


William Ozaki
404 Shatto Place
Apt. 437-B
Los Angeles, CA 90020-1721


Woongjin Seo
722 S Bixel St. Unit 732A
Los Angeles, CA 90017-6150


Young S. Kim
918 South Oxford Avenue
Ph-9
Los Angeles, CA 90006-6351

Zhiwei Tan
Sally Tangning Ren
222 South Figueroa Street
Apt. 921
Los Angeles, CA 90012-2520