Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Alan G. Tipple (CA State Bar No. 89587)
David S. Kupetz (CA State Bar No. 125062)
Marcus A. Tompkins (CA State Bar No. 190922)
**SulmeyerKupetz, APC**
333 South Hope Street, 35th Floor
Los Angeles, CA 90071-1406
213.626.2311 Fax: 213.629.4520
☒ Attorney for: Debtor and Debtor in Possession

FOR COURT USE ONLY

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

GTS 900 F, LLC,

Debtor(s).

CASE NO.: 2:09-bk-35127-VZ
CHAPTER: 11
ADV. NO.:

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

| | | | |
|---|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: | 10/2/2009 |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | |
| ☒ | Other: Corporate Ownership Statement, List of Equity Security Holders, Venue Disclosure Form, Statement of Related Cases | Date Filed: | 10/2/2009 |

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_____     October 2, 2009
Signature of Authorized Signatory of Filing Party          Date

Sonny H. Astani
Printed Name of Authorized Signatory of Filing Party

President of Concerto Manager, Inc., the Manager of the
Debtor
Title of Authorized Signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the Declaration of Authorized Signatory of Debtor or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document available for review upon request of the Court or other parties.

_____     October 2, 2009
Signature of Attorney for Filing Party                        Date

David S. Kupetz / Marcus A. Tompkins
SulmeyerKupetz, APC
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

## Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]    **Not Applicable**

*In re GTS 900 F, LLC*
*Case No. 2:09-bk-35127-VZ*

## Exhibit "A" to Voluntary Petition

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2.  The following financial data is the latest available information and refers to the debtor's condition on _____.

    a.   Total assets                                    $_____

    b.   Total debts (including debts listed in 2.c., below)    $_____

                                                                                        Approximate
                                                                                        Number
                                                                                        of holders

    c.   Debt securities held by more than 500 holders.

        ☐ secured    ☐ unsecured    ☐ subordinated    $_____    _____

        ☐ secured    ☐ unsecured    ☐ subordinated    $_____    _____

        ☐ secured    ☐ unsecured    ☐ subordinated    $_____    _____

        ☐ secured    ☐ unsecured    ☐ subordinated    $_____    _____

        ☐ secured    ☐ unsecured    ☐ subordinated    $_____    _____

    d.   Number of shares of preferred stock          _____    _____

    e.   Number of shares common stock                _____    _____

        Comments, if any:
        _____
        _____
        _____

3.  Brief description of debtor's business:
    _____
    _____
    _____

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor.
    _____
    _____
    _____

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Alan G. Tippie (CA State Bar No. 89587)<br>Marcus A. Tompkins (CA State Bar No. 190922)<br>David S. Kupetz (CA State Bar No. 125062)<br>**Sulmeyer**Kupetz, APC<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520<br><br>*Attorney for Debtor and Debtor in Possession* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    GTS 900 F, LLC,<br><br><br><br>                                    Debtor(s),<br>                                    Plaintiff(s),<br>                                    Defendant(s). | CASE NO.: 2:09-bk-35127-VZ<br>ADV. NO.:<br>CHAPTER:    11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    Sonny Astani                                    , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the debtor corporation

2.a.    ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        See Addendum

b.        ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| /s/ Sonny Astani | October 2, 2009 |
|---|---|
| Signature of Attorney or Declarant | Date |

Sonny Astani, President of Concerto Manager, Inc., Manager of
the Debtor
Printed Name of Attorney or Declarant

April 2007

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Concerto Partners, LLC
9595 Wilshire Blvd., Ste. 1010
Beverly Hills, CA 90212

FG98 Investment Co., LP
1302 Via Del Rey
South Pasadena, CA 91030

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re    GTS 900 F, LLC

Debtor

Case No.   2:09-bk-35127-VZ

Chapter      11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Astani/Cho Living Trust<br>Attn Sonny Astani & Jo Cho, Trustee<br>9595 Wilshire Blvd., Ste. 1010<br>Beverly Hills, CA 90212 | | 30% | Membership |
| Concerto Partners, LLC<br>9595 Wilshire Blvd., Ste. 1010<br>Beverly Hills, CA 90212 | | 50% | Membership |
| FG98 Investment Co., LP<br>1302 Via Del Rey<br>South Pasadena, CA 91030 | | 15% | Membership |
| Marco Astani Family Trust<br>Attn: Marco Astani, Trustee<br>9595 Wilshire Blvd., Ste. 1010<br>Beverly Hills, CA 90212 | | 5% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of Concerto Manager, Inc., Manager of Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    October 2, 2009

Signature   /s/ Sonny H. Astani

Sonny H. Astani
President of Concerto Manager, Inc., Manager of Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0   continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)*

Alan G. Tippie (CA Bar No. 89587)
David S. Kupetz (CA Bar No. 125062)
Marcus A. Tompkins (CA Bar No. 190922)
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, 35th Floor
Los Angeles, CA 90071-1406
Tel: 213.626.2311    Fax: 213.629.4520

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

GTS 900 F, LLC, aka Concerto,

Debtor.

CHAPTER 11

CASE NUMBER 2:09-bk-35127-VZ

(No Hearing Required)

**VENUE DISCLOSURE FORM**
**FOR CORPORATIONS FILING CHAPTER 11**
***(Required by General Order 97-02)***

*\*Attach additional sheets as necessary and indicate so in each section\**

1.  Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

    9701 Wilshire Blvd., Ste. 1200, Beverly Hills, CA 90212

2.  Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

    9595 Wilshire Blvd., Ste. 1010, Beverly Hills, CA 90212

3.  Disclose the current business address(es) for all corporate officers:

    No officers.  The Debtor's manager is Concerto Manager, Inc., Attn:  Sonny Astani, Manager, 9595 Wilshire Blvd., #1010, Beverly Hills, CA 90212.

4.  Disclose the current business address(es) where the Debtor's books and records are located:

    9595 Wilshire Blvd., Ste. 1010, Beverly Hills, CA 90212

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

    900 S. Figueroa St., Los Angeles, CA 90015 (Tower I)
    901 S. Flower St., Los Angeles, CA 90015 (Loft Building)
    700 W. 9th St., Los Angeles, CA 90015 (Tower II Land)

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):  None.

*Rev. 12/99*  This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

| In re | CHAPTER 11 |
|---|---|
| GTS 900 F, LLC | |
| Debtor. | CASE NUMBER |

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*):

No officers.  The Debtor's manager is Concerto Manager, Inc., Attn:  Sonny Astani, Manager, 9595 Wilshire Blvd., #1010, Beverly Hills, CA 90212.

8.    Total number of attached pages of supporting documentation: _0_

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on October 2, 2009, at _____, California.

Sonny H. Astani                                                                 /s/ Sonny H. Astani
*Type Name of Officer*                                                    *Signature of Declarant*

President of Concerto Manager, Inc.,
        Manager of Debtor
*Position or Title of Officer*

*Rev. 12/99*   This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    Not Applicable

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    Not Applicable.


I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.        /s/ Sonny H. Astani
                                                          _____
Dated      October  2, 2009                               Sonny H. Astani
                                                          *Debtor*

                                                          _____

                                                          *Joint Debtor*

---

*Revised May 2004*

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

**F 1015-2.1**

Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re     GTS 900 F, LLC                       Case No. __2:09-bk-35127-VZ__

                                       Debtor

Chapter _____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 176,300,000.00 | | |
| B - Personal Property | Yes | 4 | 20,399,682.90 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 162,098,832.72 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 61 | | 26,598,897.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 9 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 78 | | | |
| Total Assets | | | 196,699,682.90 | | |
| Total Liabilities | | | | 188,697,730.04 | |

In re    GTS 900 F, LLC                                           Case No.  2:09-bk-35127-VZ
                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Approx. 100,900 sq. ft. of land fronting Figueroa, Flower, and 9th Streets in downtown Los Angeles, California 90015. The property currently has (i) a 30-story, 335' concrete tower containing 271 residential units and 4,649 sq. ft. of retail space (Tower I, 900 S. Figueroa St.), (ii) a 7-story, 70' Type III building containing 77 residential units and 6,657 sq. ft. of retail space (Loft Building, 901 S. Flower Street), and (iii) a parking structure (4-levels subterranean and 3-levels above grade) providing 984 spaces (400 extra) and a 33,468 sq. ft. storage facility. | Fee Simple | - | 176,300,000.00 | 162,098,832.72 |

**Note Regarding Value:** The value stated above is the "as is" value of the property as of September 17, 2009 (the "Petition Date"). After completion of "Phase I" of the development (which completion will cost approximately $10,000,000 and can substantially be achieved in a period of approximately three to four months), the value of the property will increase to $214,400,000.

In re    GTS 900 F, LLC                                           Case No.   2:09-bk-35127-VZ
_____,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Money Market Account, Acct. #W70145556 Bank of America, N.A. 460 N. Beverly Dr. Beverly Hills, CA 90210 | - | 1,000.00 |
| | | Operating Account (Trust Account in the name of HPG Management, Inc.), Acct. #0245402447 Bank of America, N.A. 460 N. Beverly Dr. Beverly Hills, CA 90210 | - | 0.00 |
| | | Debtor's interest, if any, in funds deposited by Debtor in escrow account for the benefit of certain creditors (subcontractors and other parties who furnish labor and/or materials in connection with a construction project).  Account is held by Builders Control Service Co., and is maintained at 1st Enterprise Bank, 818 W. 7th St., Suite 220, Los Angeles, CA 90017. | - | 307,890.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with landlord of office lease (888 Enterprises, Ltd., 888 S. Figueroa St., Suite 630, Los Angeles, CA 90017) | - | 7,036.90 |
| | | Security deposit with public utility -- Los Angeles Department of Water and Power, P.O. Box 30808, Los Angeles, CA 90030-0808 | - | 1,400.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Furniture inside model residential units of the Debtor's tower located at 900 S. Figueroa St., Los Angeles, CA 90015, and the Debtor's loft building located at 901 S. Flower St., Los Angeles, CA 90015 | - | 77,830.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |

                                                                 Sub-Total >        395,156.90
                                                           (Total of this page)

  3   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    GTS 900 F, LLC                                         Case No.    2:09-bk-35127-VZ
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re     **GTS 900 F, LLC**                         Case No.    2:09-bk-35127-VZ

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims against CORUS Bank, N.A. and doe defendants for breach of contract, breach of implied covenant of good faith and fair dealing, declaratory relief, and injunctive relief.  The claims are being asserted in a pending lawsuit that was commenced in the Los Angeles Superior Court as Case No. BC421309, and was subsequently removed to this Bankruptcy Court as Adversary Proceeding No. 2:09-ap-02188-VZ.  The Debtor believes that the claims have a current value of at least $20,000,000 (with a potential of increasing by at least an additional $60,000,000, depending on the total damages caused by the defendants). | - | 20,000,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer list -- List of parties who entered into agreements for the purchase of lofts from the Debtor | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

                                             Sub-Total >      20,000,000.00
                                           (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    GTS 900 F, LLC                                                    , Case No.    2:09-bk-35127-VZ
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | Office equipment (Canon copier, printer/fax machine/scanner, laptop, telephones, printers, and paper shredder) located at the Debtor's sale center, 900 S. Figueroa St., Los Angeles, CA 90015. | - | 4,526.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 4,526.00 |
|---|---|---|
| (Total of this page) | | |
|  | Total > | 20,399,682.90 |

Sheet  3  of  3  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    GTS 900 F, LLC                     ,              Case No.   2:09-bk-35127-VZ

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 7/2/2007 | | | | | |
| Corus Bank, N.A. Attn: Paul Carlson & Joel Solomon 3959 N. Lincoln Ave. Chicago, IL 60613 | X | - | | | Deed of Trust, Assignment of Leases & Rents, Security Agreement & Fixture Filing Approx. 100,900 sq. ft. of land fronting Figueroa, Flower, and 9th Streets in downtown Los Angeles, California 90015. See Schedule A for more complete description. | | | X | | |
| | | | | | Value $        176,300,000.00 | | | | 162,098,832.72 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| <u>  0  </u> continuation sheets attached | Subtotal (Total of this page) | 162,098,832.72 | 0.00 |
| | Total (Report on Summary of Schedules) | 162,098,832.72 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re     __GTS 900 F, LLC__                                 ,     Case No.  __2:09-bk-35127-VZ__

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__    continuation sheets attached

In re     GTS 900 F, LLC                                   Case No.    2:09-bk-35127-VZ

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> 888 Enterprises, Ltd. <br> 888 S. Figueroa St., Ste. 630 <br> Los Angeles, CA 90017 | | - | | Office Lease | | | | 0.00 |
| Account No. <br><br> A-Brite Commercial & Residential <br> 8306 E. Hermosa Drive <br> San Gabriel, CA 91775 | | | | Trade debt <br> (Subcontractor for Concerto project) | X | | | 12,315.50 |
| Account No. <br><br> ACCO Engineered Systems, Inc. <br> 6265 San Fernando Rd. <br> Glendale, CA 91201 | | - | | Trade debt <br> (Subcontractor for Concerto project) | X | | | 1,238,915.10 |
| Account No. <br><br> Acoustical Materials Services <br> 7933 Haskell Ave. <br> Van Nuys, CA 91406 | | - | | Trade debt <br> (Subcontractor for Concerto project) | X | | | 0.00 |

| | | |
|---|---|---|
| _60_ continuation sheets attached | Subtotal <br> (Total of this page) | 1,251,230.60 |

In re    GTS 900 F, LLC                                        Case No.    2:09-bk-35127-VZ
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Adam N. Torres Carmela N. Torres 14443 Pear Street Riverside, CA 92508-8974 | - | | | | | X | | | 0.00 |
| Account No. | | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| AEP Span 2110 Enterprise Blvd. West Sacramento, CA 95691 | - | | | | | X | | | 0.00 |
| Account No. | | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Ahern Rentals, Inc. 1722 West Bonanza Road Las Vegas, NV 89106 | - | | | | | X | | | 0.00 |
| Account No. | | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Air Conditioned 2216 Main Street Suite 202 Santa Monica, CA 90405 | - | | | | | X | | | 2,509.72 |
| Account No. | | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Air Treatment 957 Lawson St. City of Industry, CA 91748 | - | | | | | X | | | 0.00 |

Sheet no.  1  of  60  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  2,509.72

In re    GTS 900 F, LLC                            Case No.    2:09-bk-35127-VZ

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Alert Insulation Co., Inc.<br>15913 Old Valley Blvd.<br>La Puente, CA 91744 | - | | Trade debt<br>(Subcontractor for Concerto project) | | X | | 0.00 |
| Account No.<br><br>Alno Pasadena<br>70 E. Montecito Ave.<br>Sierra Madre, CA 91024 | - | | Trade debt<br>(Subcontractor for Concerto project) | | X | | 447,527.66 |
| Account No.<br><br>Alno U.S.A.<br>1 Design Center Place, Suite 653<br>Boston, MA 02210 | - | | Trade debt<br>(Subcontractor for Concerto project) | | X | | 168,728.71 |
| Account No.<br><br>American Demolition<br>620 Poinsettia St.<br>Santa Ana, CA 92701 | - | | Trade debt<br>(Subcontractor for Concerto project) | | X | | 0.00 |
| Account No.<br><br>Amir Madadi<br>11740 Wilshire Boulevard<br>Apt. 2104<br>Los Angeles, CA 90025-6529 | - | | 8/2009<br>Purchase and Sale Agreement for Concerto Loft | | X | | 0.00 |

| Sheet no. __2__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 616,256.37 |
|---|---|---|

In re  GTS 900 F, LLC                                    Case No.  2:09-bk-35127-VZ
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Anderson Charnesky Structural Steel 353 Risco Circle Beaumont, CA 92223 | - | | | | | | X | | 287,122.71 |
| Account No. | | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Andy's Precision Seal & Stripe, Inc P.O. Box 802005 Santa Clarita, CA 91380 | - | | | | | | X | | 67,421.00 |
| Account No. | | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Angeles Welding 9747 S. Norwalk Blvd. Santa Fe Springs, CA 90670 | - | | | | | | X | | 0.00 |
| Account No. | | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Angelus Block Co. 252 E. Redondo Beach Blvd. Gardena, CA 90248 | - | | | | | | X | | 0.00 |
| Account No. | | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Anita Kriplani 121 South Hope Street Apt. 323 Los Angeles, CA 90012-5016 | - | | | | | | X | | 0.00 |

Sheet no.  3  of  60  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          354,543.71

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    GTS 900 F, LLC                                    Case No.    2:09-bk-35127-VZ
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Applied Liquid Polymer Systems<br>17213 Roseton Ave.<br>Artesia, CA 90701 | - | | | Trade debt<br>(Subcontractor for Concerto project) | | X | | 0.00 |
| Account No.<br><br>Architectural Glass & Aluminum Co.<br>1151 Marina Village Parkway<br>Suite 101<br>Alameda, CA 94501 | - | | | Trade debt<br>(Subcontractor for Concerto project) | | X | | 1,672,950.65 |
| Account No.<br><br>Architectural Woodworking Company<br>582 Monterey Pass Road<br>Monterey Park, CA 91754 | - | | | Trade debt<br>(Subcontractor for Concerto project) | | X | | 27,495.60 |
| Account No.<br><br>Associated Ready Mixed Concrete Inc<br>4621 Teller Ave.<br>Suite 130<br>Newport Beach, CA 92660 | - | | | Trade debt<br>(Subcontractor for Concerto project) | | X | | 0.00 |
| Account No.<br><br>Astani Construction<br>9595 Wilshire Blvd., Ste. 1010<br>Beverly Hills, CA 90212 | - | | | Trade debt<br>(General Contractor for Concerto project) | | | | 2,500,000.00 |

Sheet no. __4__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 4,200,446.25

In re     GTS 900 F, LLC                                Case No.   2:09-bk-35127-VZ
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Astani Construction<br>9595 Wilshire Blvd., Ste. 1010<br>Beverly Hills, CA 90212 | - | | | 9/17/2009<br>Loan<br>(funds advanced to the Debtor's bankruptcy counsel, on the Debtor's behalf, as portion of monetary retainer) | | | | 55,045.29 |
| Account No.<br><br>Astani Construction<br>9595 Wilshire Blvd., Ste. 1010<br>Beverly Hills, CA 90212 | - | | | Trade debt<br><br>Construction Control Agreement between Debtor, Builders Control Service Co., Astani Construction, and Indemnity Company of California | X | | | 0.00 |
| Account No.<br><br>Astani Enterprises, Inc.<br>9595 Wilshire Blvd., Ste. 1010<br>Beverly Hills, CA 90212 | - | | | Trade debt<br>(Developer for Concerto project) | X | | | 0.00 |
| Account No.<br><br>BBK Specialties Inc. & Ferguson<br>24212 Nottingham Ct.<br>Valencia, CA 91355 | - | | | Trade debt<br>(Subcontractor for Concerto project) | X | | | 38,560.72 |
| Account No.<br><br>Big K Concrete Coring, Inc.<br>P.O. Box 1133<br>Sunland, CA 91041 | - | | | Trade debt<br>(Subcontractor for Concerto project) | X | | | 0.00 |

Sheet no.  5  of  60  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          93,606.01

In re  GTS 900 F, LLC                Case No. __2:09-bk-35127-VZ__
_____,
                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Blackhawk Security Services, Inc. 404 W. 7th Street, Suite 307 Los Angeles, CA 90014 | - | | | | X | | | 0.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Borbon, Inc. 7312 Walnut Avenue Buena Park, CA 90620 | - | | | | X | | | 323,647.90 |
| Account No. | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Brainard C. Simpson Melba C. Simpson 717 W. Olympic Blvd., Apt. 2204 Los Angeles, CA 90015-1684 | | | | | X | | | 0.00 |
| Account No. | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Brian Ng 8020 West Manchester Avenue Apt. 210 Playa Del Rey, CA 90293-7107 | - | | | | X | | | 0.00 |
| Account No. | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Bridget K. Mullins 5961 Chula visa Way Apt. 6 Los Angeles, CA 90068-3500 | - | | | | X | | | 0.00 |

Sheet no. _6_ of _60_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
           (Total of this page)       323,647.90

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re    **GTS 900 F, LLC**                                                 Case No.   2:09-bk-35127-VZ
<br>                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Brown-Strauss Steel 3727 W. Lower Buckeye Rd. Phoenix, AZ 85009 | - | | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Brown-Strauss Steel 14970 Jurupa Ave. Fontana, CA 92335 | - | | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Builder's Site Protection, Inc. 1340 Specialty Drive, Suite F Vista, CA 92081 | - | | | | | X | | |
| | | | | | | | | 5,628.99 |
| Account No. | | | | Trade debt | | | | |
| Builders Control Service Co. 7447 N. Figueroa St., Ste. 305 Los Angeles, CA 90041 | - | | | Construction Control Agreement between Debtor, Builders Control Service Co., Astani Construction, and Indemnity Company of California | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Cal-Lite Concrete 8780 19th street, Suite #261 Alta Loma, CA 91701 | - | | | | | X | | |
| | | | | | | | | 97,013.45 |

Sheet no. _7_ of _60_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                 Subtotal                            102,642.44
<br>                                        (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re __GTS 900 F, LLC__      Case No. __2:09-bk-35127-VZ__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Cal-Wal Gypsum Supply P.O. Box 808 Orange, CA 92856 | | - | | | | X | | 0.00 |
| **Account No.** | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Calex Engineering Company 23651 Pine St. Newhall, CA 91321 | | - | | | | X | | 0.00 |
| **Account No.** | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| California Lite Weight Concrete 2474 N. Renn Avenue Fresno, CA 93727 | | - | | | | X | | 2,971.40 |
| **Account No.** | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| California Sheet Metal Works 1020 N. Marshall Ave. El Cajon, CA 92020 | | - | | | | X | | 0.00 |
| **Account No.** | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Caroline Wu 28513 Plainfield Drive Rancho Palos Verdes, CA 90275-3148 | | - | | | | X | | 0.00 |

Sheet no. __8__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    2,971.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re    GTS 900 F, LLC                                          Case No.   2:09-bk-35127-VZ
                                              ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Carolyn Stephens 4911 Hampton Rd. La Canada Flintridge, CA 91011-2613 | | - | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Carpet USA 11143 W. Washington Blvd. Culver City, CA 90232 | | - | | | X | | | |
| | | | | | | | | 2,196,998.78 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Catalina Pacific Concrete Co. 2025 E. Financial Way No. 200 Glendora, CA 91741 | | - | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Cemex (Sup. Gunite) 3990 E. Concours St. No. 200 Ontario, CA 91764 | | - | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Chin Charng Lin 1758 Sierra Leone Ave., Unit C Rowland Heights, CA 91748-5837 | | - | | | X | | | |
| | | | | | | | | 0.00 |

Sheet no.  9  of  60  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,196,998.78

In re    GTS 900 F, LLC                                    Case No.    2:09-bk-35127-VZ
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Chin-Hsin Tsai 1801 South 5th Street Leesville, LA 71446-5307 | - | | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Christian Y. Lee 4250 Halleck Street Emeryville, CA 94608-3503 | - | | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Christine Byun 5775 Bertrand Avenue Encino, CA 91316-1027 | - | | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Christy Jung Yun 616 St. Paul Avenue Apt. 402 Los Angeles, CA 90017-2030 | - | | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Chute Systems 1722 Illinois Avenue Perris, CA 92570 | - | | | | X | | | |
| | | | | | | | | 31,472.50 |

Sheet no.  10  of  60  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    31,472.50

In re     GTS 900 F, LLC                              Case No.    2:09-bk-35127-VZ
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Climate Master, Inc. P.O. Box 2540 Oklahoma City, OK 73101 | - | | | | | X | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| CMC Regional Steel (RPS) 215 York Place Claremont, CA 91711 | - | | | | | X | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| CMF, Inc. 1317 West Grove Avenue Orange, CA 92865 | - | | | | | X | | | |
| | | | | | | | | | 693,380.59 |
| Account No. | | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Coastal International Inc. 599 Bridgeway Blvd. Sausalito, CA 94965 | - | | | | | X | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Trade debt (Debtor's manager) | | | | |
| Concerto Manager, Inc. Attn: Sonny Astani, President 9595 Wilshire Blvd., Ste. 1010 Beverly Hills, CA 90212 | - | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no.  11  of  60   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

693,380.59

In re     GTS 900 F, LLC                                    Case No.     2:09-bk-35127-VZ
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Conco Pumping 13052 Dahlia St. Fontana, CA 92337 | | - | | | | X | | 0.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Concrete Tie Industries, Inc. P.O. Box 5406 Compton, CA 90224 | | - | | | | X | | 0.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Conex Development Co., Inc. 2369 Colorado Blvd. Los Angeles, CA 90041 | | - | | | | X | | 0.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Contech Storm Solutions, Inc. 9025 Centre Point Dr. Suite 400 West Chester, OH 45069 | | - | | | | X | | 0.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| CPS Signage & Marketing Corp. 138 West Bonita Avenue No. 203 San Dimas, CA 91773 | | - | | | | X | | 2,072.31 |

Sheet no.   12   of   60   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     2,072.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    GTS 900 F, LLC                                    Case No.    2:09-bk-35127-VZ
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Crest Steel Corporation 1250 E. 223rd Street Suite 108 Carson, CA 90745 | - | | | | X | | | 0.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Crown Fence Co. 12118 Bloomfield Ave. Santa Fe Springs, CA 90670 | - | | | | X | | | 0.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| CTG Energetics, Inc. 16 Technology Drive, Suite 109 Irvine, CA 92618 | - | | | | X | | | 4,010.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Cummins Cal Pacific, LLC 1939 Deere Ave. Irvine, CA 92606 | - | | | | X | | | 0.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| D 7 Consulting, Inc. 3920 Birch Street, Suite 103 Newport Beach, CA 92660 | - | | | | X | | | 26,468.77 |

Sheet no.   13   of   60   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        30,478.77

In re    GTS 900 F, LLC                                    Case No.    2:09-bk-35127-VZ
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| D.N.M. Construction Co., Inc. 644 Tuallitan Road Los Angeles, CA 90049 | - | | | | | X | | 102,684.96 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| D.N.M. Construction Co., Inc. & Hagle Lumber Company, Inc. 644 Tuallitan Road Los Angeles, CA 90049 | - | | | | | | | 3,428.11 |
| Account No. | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Dae Sug Young Eun Joo Young 4460 Wilshire Boulevard Apt. 408 Los Angeles, CA 90010-3724 | - | | | | X | | | 0.00 |
| Account No. | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Daniel H. Chan Elizabeth Tai 10035 Nevada Avenue Chatsworth, CA 91311-3617 | - | | | | X | | | 0.00 |
| Account No. | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Dawson Co. 2124 N. Lincoln Ave. Altadena, CA 91001 | - | | | | X | | | 0.00 |

Sheet no.  14   of  60   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          106,113.07

In re     GTS 900 F, LLC                     Case No.   2:09-bk-35127-VZ

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Degenkolb Engineers 235 Montgomery, Suite 500 San Francisco, CA 94104 | - | | | X | | | 0.00 |
| Account No. | | | Trade debt (Inspections) | | | | |
| Department of Fire 200 North Main Street No. 1620 Los Angeles, CA 90012 | | | | | | | 1,832.00 |
| Account No. | | | Trade debt (Architect for Concerto project) | | | | |
| DeStefano and Partners, Ltd. 633 W. 5th Street, Suite 5700 Los Angeles, CA 90071 | - | | | X | | | 223,428.37 |
| Account No. | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Diego Uchitel Photography, Inc. 285 Hudson Street, Suite 1 New York, NY 10013 | - | | | X | | | 1,900.00 |
| Account No. | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Dispatch Trucking 14032 Santa Ana Ave. Fontana, CA 92337 | - | | | X | | | 0.00 |

Sheet no. _15_ of _60_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal (Total of this page)      227,160.37

In re    GTS 900 F, LLC                                              Case No.    2:09-bk-35127-VZ
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Trade debt | | | | |
| Donald F. Dickerson Associates 6840 Hayvenhurst Avenue, 2nd floor Van Nuys, CA 91406 | - | | | | X | | | 27,365.06 |
| **Account No.** | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Door Systems, Inc. 15031 Parkway Loop, Suite C Tustin, CA 92780 | - | | | | X | | | 14,795.00 |
| **Account No.** | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Downey Engineering 8542 E. Florence Ave. Suite 2A Downey, CA 90240 | - | | | | X | | | 0.00 |
| **Account No.** | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Edgett Williams Consulting Group In 102 E. Blithedale, Suite 1 Mill Valley, CA 94941 | - | | | | X | | | 12,000.00 |
| **Account No.** | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Ellison Bronze, Inc. 125 West Main St. Falconer, NY 14733 | - | | | | X | | | 0.00 |

Sheet no.  16  of  60  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               54,160.06

In re    GTS 900 F, LLC                                               Case No.    2:09-bk-35127-VZ
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Englekirk Partners Consulting P.O. Box 54329 Los Angeles, CA 90054 | | - | | | | | X | | 15,025.00 |
| Account No. | | | | | Trade debt (Subcontractor for Concerto project) | | | | |
| Environmental Solutions 2601 East Chevy Chase Glendale, CA 91203 | | - | | | | | X | | 400.00 |
| Account No. | | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Eric Chang & Nancy Chang 310 Tahiti Way Apt. 212 Marina Del Rey, CA 90292-6745 | | - | | | | | X | | 0.00 |
| Account No. | | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Eric Choi Chul Choi 534 East 22nd Street Upland, CA 91784-8929 | | - | | | | | X | | 0.00 |
| Account No. | | | | | 8/2009 Purchase and Sale Agreement for Concerto Loft | | | | |
| Eric Gartner Angelika Gartner 255 South Grand Avenue Apt. 1007 Los Angeles, CA 90012-3042 | | - | | | | | X | | 0.00 |

Sheet no.  17  of  60   sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)                     15,425.00