PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL STURTEVANT SBN [
ASSISTANT UNITED STATES TRUSTEE
DARE LAW, SBN 155714
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017
Telephone: (213) 894-6811; Facsimile: (213) 894-2603
dare.law@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GTS 900 F, LLC.,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 2:09-bk-35127-VZ<br><br>**NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**<br><br>(No Hearing Required) |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following five (5) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

Dated: Oct. 16, 2009

　　　　　　　　　　　　　　　　PETER C. ANDERSON
　　　　　　　　　　　　　　　　United States Trustee

　　　　　　　　　　　　　　　By /s/ Jill Sturtevant
　　　　　　　　　　　　　　　　Jill Sturtevant
　　　　　　　　　　　　　　　　Assistant United States Trustee

EXHIBIT A

In re:  GTS 900 F, LLC; 2:09-bk-35127-VZ

Carpet USA
Attn: Jerry Agam, President
11143 W. Washington Blvd.
Culver City, CA 90232
Telephone: (310) 204-5717
E-Mail: jerryag2000@yahoo.com

SASCO
 Attn: John Stevenson
Sasco Legal Affairs Manager
2750 Moore Avenue
Fullerton, CA 92833
Telephone: (714) 870-0217 ext 615
E-Mail: jstevenson@sasco.com

Architectural Class & Aluminum
Attn: John Buckley, President
1151 Marina Village Parkway, Suite 101
Alameda, CA 94501
Telephone: (510) 444-6100
E-Mail: jbuckley@aga-ca.com

ACCO Engineered Systems, Inc.
Attn: Carlton Seyforth
Risk & Safety Mgr.
6265 San Fernando Rd.,
Glendale, CA 91201
Telephone: (818) 244-6571
E-Mail: cseyforth@accoes.com

Mr. Crane
Attn: Mr. Steve Corso
Chief Financial Officer
647 N. Hariton
Orange, CA 92868-1311
Telephone: (714) 221-7160
E-Mail: steve@mrcrane.com

///

| In re: **GTS 900 F, LLC** | CHAPTER | 11 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:09-BK-35127-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as:   NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ["NEF"]** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 16, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

II.    **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On October 16, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

III.    **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 16, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/16/2009 | Carol Fusilier | *(signed)* Carol Fusilier |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: | **GTS 900 F, LLC** | | CHAPTER | 11 |
|---|---|---|---|---|
| | | Debtor(s) | CASE NUMBER | 2:09-BK-35127-VZ |

## ADDITIONAL SERVICE INFORMATION

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Cathrine M Castaldi | | ccastaldi@rusmiliband.com |
| Joel S. Miliband | | jmiliband@rusmiliband.com |
| Allan H Ickowitz | | aickowitz@nossaman.com |
| John W Kim | | jkim@nossaman.com |
| David S Kupetz | Debtor Attorney | dkupetz@sulmeyerlaw.com |
| Marcus Tompkins | | mtompkins@sulmeyerlaw.com |
| Michael S Kogan | | mkogan@ecjlaw.com |
| Andy Kong | | kong.andy@arentfox.com |
| MR. CRANE, INC | | ccastaldi@rusmiliband.com |

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**Debtor:**
GTS 900 F, LLC
9595 Wilshire Boulevard
Penthouse 1010
Beverly Hills, CA 90212

**CREDITOR'S COMMITTEE:**

JCarpet USA
Attn: Jerry Agam, President
11143 W. Washington Blvd.
Culver City, CA 90232
Telephone: (310) 204-5717
E-Mail: jerryag2000@yahoo.com

SASCO
Attn: John Stevenson
Sasco Legal Affairs Manager
2750 Moore Avenue
Fullerton, CA 92833
Telephone: (714) 870-0217 ext 615
E-Mail: jstevenson@sasco.com

Architectural Class & Aluminum
Attn: John Buckley, President
1151 Marina Village Parkway, Suite 101
Alameda, CA 94501
Telephone: (510) 444-6100
E-Mail: jbuckley@aga-ca.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re: | **GTS 900 F, LLC** | | CHAPTER | 11 |
|---|---|---|---|---|
| | | Debtor(s) | CASE NUMBER | 2:09-BK-35127-VZ |

ACCO Engineered Systems, Inc.
Attn: Carlton Seyforth
Risk & Safety Mgr.
6265 San Fernando Rd.,
Glendale, CA 91201
Telephone: (818) 244-6571
E-Mail: cseyforth@accoes.com

Mr. Crane
Attn: Mr. Steve Corso
Chief Financial Officer
647 N. Hariton
Orange, CA 92868-1311
Telephone: (714) 221-7160
E-Mail: steve@mrcrane.com

III.     **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

The Honorable Vincent Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1368
Los Angeles, CA 90012-3332

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**