1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL STURTEVANT SBN [
   ASSISTANT UNITED STATES TRUSTEE
3  DARE LAW, SBN 155714
   Trial Attorney
4  OFFICE OF THE UNITED STATES TRUSTEE
   725 South Figueroa Street, Suite 2600
5  Los Angeles, California  90017
   Telephone: (213) 894-6811; Facsimile: (213) 894-2603
6  dare.law@usdoj.gov

7

8
                    UNITED STATES BANKRUPTCY COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
                         LOS ANGELES DIVISION
10

11

12 | In re:                          )   Chapter 11
   |                                 )
13 | GTS 900 F, LLC.,                )   Case No. 2:09-bk-35127-VZ
   |                                 )
14 |                                 )
   |                                 )   **AMENDED NOTICE OF**
15 |               Debtor.           )   **APPOINTMENT AND APPOINTMENT**
   |                                 )   **OF COMMITTEE OF CREDITORS**
16 |                                 )   **HOLDING UNSECURED**
   |                                 )   **CLAIMS**
17 |                                 )
   |                                 )   (No Hearing Required)
18

19        Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following

20 new creditor and Delete one previous creditor to serve on the Committee of Creditors holding

21 Unsecured Claims:

22 **ADD**
   Murray Company
23 Attn: Richard Stafford, President, CFO
   2919 E. Victoria Street
24 Rancho Dominguez, CA 90221
   Telephone: (310) 637-1500 ext. 1226
25 E-mail: rstafford@murraycompany.com

26 ///

27

28

1  **DELETE**
   Mr. Crane
2  Attn: Mr. Steve Corso, Chief Financial Officer
   647 N. Hariton
3  Orange, CA 92868-1311
   Telephone: (714) 221-1311
4  E-Mail: steve@mrcrane.com

5     The Official Committee of Unsecured Creditors will now consist of the following five

6  Creditors:

7

8

9                               SEE EXHIBIT A ATTACHED

10 Dated: 10/21/09

11                              PETER C. ANDERSON
                                United States Trustee
12

13                              By /s/ Jill Sturtevant
14                                 Jill Sturtevant
                                   Assistant United States Trustee
15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      -2-

| | |
|---|---|
| 1 | EXHIBIT A |
| 2 | In re: GTS 900 F, LLC; 2:09-bk-35127-VZ |
| 3 | Carpet USA |
| | Attn: Jerry Agam, President |
| 4 | 11143 W. Washington Blvd. |
| | Culver City, CA 90232 |
| 5 | Telephone: (310) 204-5717 |
| | E-Mail: jerryag2000@yahoo.com |
| 6 | |
| | SASCO |
| 7 | Attn: John Stevenson, Legal Affairs Manager |
| | 2750 Moore Avenue |
| 8 | Fullerton, CA 92833 |
| | Telephone: (714) 870-0217 ext. 615 |
| 9 | E-Mail: jstevenson@sasco.com |
| 10 | Architectural Class & Aluminum |
| | Attn: John Buckley, President |
| 11 | 1151 Marina Village Parkway, Suite 101 |
| | Alameda, CA 94501 |
| 12 | Telephone: (510) 444-6100 |
| | E-Mail: jbuckley@aga-ca.com |
| 13 | |
| | ACCO Engineered Systems, Inc. |
| 14 | Attn: Carlton Seyforth, Risk & Safety Mgr. |
| | 6265 San Fernando Road |
| 15 | Glendale, CA 91201 |
| | Telephone: (818) 244-6571 |
| 16 | E-Mail: cseyforth@accoes.com |
| 17 | Murray Company |
| | Attn: Richard Stafford, President, CFO |
| 18 | 2919 E. Victoria Street |
| | Rancho Dominguez, CA 90221 |
| 19 | Telephone: (310) 637-1500 ext. 1226 |
| | E-mail: rstafford@murraycompany.com |
| 20 | |
| | /// |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | -3- |

| In re: GTS 900 F, LLC., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-35127-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017

A true and correct copy of the foregoing document described ___AMENDED NOTICE OF APPOINTMENT OF COMMITTEE OR CREDITORS HOLDING UNSECURED CLAIMS_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 21, 2009____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ___October 21, 2009_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____October 21, 2009_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instruction to deliver the copy to the chamber bin outside Suite 1360 for the Honorable Vincent P. Zurzolo.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 21, 2009 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: GTS 900 F, LLC., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-35127-VZ |

## ADDITIONAL SERVICE INFORMATION

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Cathrine M Castaldi - ccastaldi@rusmiliband.com
Joel S. Miliband - jmiliband@rusmiliband.com
Aimee Y Wong - aywong@mckennalong.com
Allan H Ickowitz - aickowitz@nossaman.com
John W Kim - jkim@nossaman.com
David S Kupetz - dkupetz@sulmeyerlaw.com
Alan G Tippie - atippie@sulmeyerlaw.com
Marcus Tompkins - mtompkins@sulmeyerlaw.com
Michael S Kogan - mkogan@ecjlaw.com
Andy Kong - kong.andy@arentfox.com
Mette H. Kurth - kurth.mette@arentfox.com
Cathrine M Castaldi - ccastaldi@rusmiliband.com – **(Mr. Crane Inc.)**
Paul M Brent - snb300@aol.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Dare Law - dare.law@usdoj.gov

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

**DEBTOR**
**GTS 900 F, LLC**
9595 Wilshire Boulevard
Penthouse 1010
Beverly HIlls, CA 90212

**DEBTOR'S COUNSEL**
**David S Kupetz**
Sulmeyer Kupetz
333 S Hope St 35th Fl
Los Angeles, CA 90071

**CREDITOR'S COMMITTEE**

Carpet USA
Attn: Jerry Agam, President
11143 W. Washington Blvd.
Culver City, CA 90232

SASCO
Attn: John Stevenson, Legal Affairs Manager
2750 Moore Avenue
Fullerton, CA 92833

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: GTS 900 F, LLC., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-35127-VZ |

## ADDITIONAL SERVICE INFORMATION

Architectural Class & Aluminum
Attn: John Buckley, President
1151 Marina Village Parkway, Suite 101
Alameda, CA 94501

ACCO Engineered Systems, Inc.
Attn: Carlton Seyforth, Risk & Safety Mgr.
6265 San Fernando Road
Glendale, CA 91201

Murray Company
Attn: Richard Stafford, President, CFO
2919 E. Victoria Street
Rancho Dominguez, CA 90221

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

6

F 9013-3.1