Hamid R. Rafatjoo (CA Bar No. 181564)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760

E-mail:  hrafatjoo@pszjlaw.com
         psinger@pszjlaw.com

[Proposed] Attorneys for the Official Committee of
Creditors Holding Unsecured Claims

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GTS 900 F, LLC, a California limited liability company, aka Concerto,<br><br>      Debtor. | Case No.: 2:09-35127-VZ<br><br>Chapter 11<br><br>**APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL *NUNC PRO TUNC* AS OF OCTOBER 16, 2009**<br><br>[No hearing required.] |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE DEBTOR AND DEBTOR IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that the Official Committee of Creditors Holding Unsecured Claims (the "Committee") appointed in the bankruptcy case of the above-captioned debtor and debtor in possession, GTS 900 F, LLC (the "Debtor"), submits this application to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), whose business offices are located at 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California 90067, as its counsel (the "Application").

32986-001\DOCS_SF:68282.1

This Application is brought pursuant to section 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Local Bankruptcy Rule 2014-1, applicable United States trustee guidelines, and the *Notice of Amended Standards To Be Employed in the Review of Applications for Authorization of Employment of Professionals* (the "Employment Application Standards") issued by this Court. In support of this Application, the Committee respectfully represents as follows:

1. On September 17, 2009 (the "Petition Date"), the Debtor commenced this chapter 11 case by filing a voluntary petition under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate its business and manage its financial affairs as a debtor in possession.

2. On October 16, 2009, pursuant to the *Notice of Appointment and Appointment of Committee of Creditors Holding Unsecured Claims* [Docket No. 42], the Office of the United States Trustee appointed the Committee. The members of the Committee are: Carpet USA; SASCO; Architectural Glass & Aluminum; ACCO Engineered Systems, Inc.; and Murray Company.

3. The Committee has elected to retain PSZJ to serve as its counsel.

4. PSZJ is a firm of approximately 69 attorneys with a practice concentrated on reorganization, bankruptcy, litigation and commercial issues. PSZJ attorneys have extensive experience representing creditors' committees, debtors, creditors, trustees and others in a wide variety of bankruptcy cases. Subject to further order of this Bankruptcy Court, PSZJ is expected to render, among other things, the following services to the Committee:

(a) to assist, advise and represent the Committee in its consultations with the Debtor regarding the administration of these cases;

(b) to assist, advise and represent the Committee in analyzing the Debtor's assets and liabilities, investigating the extent and validity of liens, and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

(c) to assist, advise and represent the Committee in any manner relevant to reviewing and determining the Debtor's rights and obligations under leases and other executory contracts;

(d) to assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and the Debtor's financial condition, the Debtor's business operations and the desirability of the continuance of any portion of the business, and any other matters relevant to these cases or to the formulation of a plan;

(e) to assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization;

(f) to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under Section 1104 of the Bankruptcy Code;

(g) to assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committee;

(h) to assist, advise and represent the Committee in the evaluation of claims and on any litigation matters; and

(i) to assist, advise and represent the Committee regarding such other matters and issues as may be necessary or requested by the Committee.

5. The Committee has retained PSZJ for the primary purpose of attempting to maximize the amount of money that would be made available to be distributed to the Debtor's creditors.

6. The Committee believes that PSZJ is well-qualified to render the foregoing services. The professional biographies of the PSZJ attorneys primarily responsible for representing the Committee are attached hereto as **Exhibit A**. Hamid R. Rafatjoo will be responsible for the representation of the Committee. Pamela E. Singer will assist Mr. Rafatjoo. Jorge Rojas will provide paralegal services. Other attorneys and paralegals of the Firm may also assist in representing the Committee as necessary.

7. To the best of the Committee's knowledge, and based upon the Declaration of Hamid R. Rafatjoo (the "Rafatjoo Declaration") filed herewith, neither PSZJ nor any of its attorneys have

any connection with the Debtor, its creditors, or any other party in interest, their respective attorneys or accountants, the United States trustee, or any persons employed in the office of the United States trustee, other than as set forth in the Rafatjoo Declaration.

8. Except as provided in the Rafatjoo Declaration, to the best of the Committee's knowledge, neither PSZJ nor any of its attorneys represent any interest adverse to that of the Committee in the matters on which they are to be retained, and PSZJ's attorneys are disinterested persons under section 101(14) of the Bankruptcy Code.

9. The Committee desires to employ PSZJ with reasonable fees to be determined by the Court. No compensation will be paid to the Firm except upon application to, and approval by, the Bankruptcy Court after notice and a hearing. The Firm has received no retainer in these cases. Neither the Committee nor any of its members (or their representatives) are or will be liable for any fees or costs incurred by PSZJ in its representation of the Committee. The current hourly rates of Mr. Rafatjoo and Ms. Singer, the attorneys likely to work on this case, are $595.00 and $495.00, respectively. Pursuant to the Employment Application Standards, a list of the current hourly rates of each attorney and paraprofessional at the Firm and a list of the Firm's rates of reimbursable expenses are attached hereto as **Exhibit B**.

10. The Committee and the Firm do not have a retention agreement and the Firm has not received a retainer. It is contemplated that the Firm will seek compensation during the case, and final compensation at the conclusion of the case, as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm understands that its compensation in this case is subject to the prior approval of the Bankruptcy Court, after notice and a hearing, in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, the United States Trustee Notices and Guides, and the *Notice of Standards to Be Employed in the Review of Applications for the Allowance of Compensation and the Reimbursement of Expenses* and other procedures set by this Court. There is no agreement between the Firm and any other entity for the sharing of compensation received or to be received for services rendered in connection with the case, except among the partners and attorneys of the Firm.

11. Based on the Rafatjoo Declaration, PSZJ is serving notice of this Application in the form attached hereto as **Exhibit C**, to the Debtor, its counsel, the Office of the United States Trustee, and all parties requesting special notice, pursuant to Local Bankruptcy Rule 2014-1(b)(2).

**WHEREFORE**, the Committee requests that this Court approve the employment of PSZJ as its counsel, *nunc pro tunc* as of October 16, 2009, to render services as described above with compensation to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated: November 10, 2009

OFFICIAL COMMITTEE OF CREDITORS
HOLDING UNSECURED CLAIMS

By    /s/ Jerry Agam
    Jerry Agam, Carpet USA

Its: Chair

32986-001\DOCS_SF:68282.1

5

# Exhibit A



## Hamid R. Rafatjoo

Mr. Rafatjoo specializes in insolvency and corporate restructurings, either through an out-of-court workout process or through a bankruptcy filing.

In every year since 2007, Mr. Rafatjoo has been named a "Super Lawyer" in a region-wide peer survey, a honor bestowed on only 5% of Southern California attorneys, and he holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. He is a graduate of the UC Irvine and received his J.D. from Loyola University School of Law.

## Professional Affiliations

- Member, Orange County Bankruptcy Forum Board of Directors
- National board member, Iranian American Bar Association.
- Alternate Lawyer Representative to the Ninth Circuit Judicial Conference.
- Member, U.S. Bankruptcy Court, Central District of California Long Range Planning Committee (2005-06).

## Publications

- Assistant editor, *Norton Bankruptcy Law and Practice*.
- Contributing author, *Wiley Bankruptcy Law Update* (2002).

## Representations

- Roman Catholic diocese cases: Since 2004, Mr. Rafatjoo has been involved nationally in representing official creditors' committees representing the survivors of childhood sexual abuse, in the bankruptcy cases filed by Roman Catholic Dioceses of Spokane, Washington; Davenport, Iowa; San Diego, California; and Fairbanks, Alaska as well as the Society of Jesus, Oregon Province. Mr. Rafatjoo has also represented such victims in cases where the parties were able to reach a resolution out of court.
- Chapter 11 debtors: Mr. Rafatjoo represented Baldwin Builders/Baldwin Building Contractors, Medieval Times Entertainment, Homelife Furniture, and Crown Simplimatic Inc. in their chapter 11 cases. He has also represented hotel owners, real estate developers, retailers and manufacturers.
- Creditors' committees: Fleetwood Enterprises, Landsource Communities Development, Powerplant Maintenance Specialists, SeraCare Life Sciences, and National R.V. Inc.
- Convenience store cases: Mr. Rafatjoo represented the creditors' committee in Caribbean Petroleum, the leading distributor of gasoline and petroleum products in Puerto Rico, with an interest in 211 retail service stations, 1,500 employees, and approximately $412 million in sales. Mr. Rafatjoo also represented the creditors' committee in the Duke & Long Convenience Holdings and Convenience USA bankruptcy cases, which collectively owned an operated over 500 locations across ten states.

 **Pamela E. Singer**

Ms. Singer has represented debtors, trustees, and creditors in numerous chapter 11 bankruptcy cases in many industries, including real estate, retail, food processing, manufacturing, and high tech.  She has handled the entire range of litigation matters that arise in bankruptcy cases. Ms. Singer is a graduate of Dartmouth College and received her J.D. from Cornell Law School. She also attended Leningrad State University and speaks Russian. She holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. Ms. Singer is admitted to practice in Oregon and California, and is a resident in our San Francisco office.

## Professional Affiliations

- Board of Directors, International Womens Insolvency & Restructuring Confederation
- Member, Financial Womens Association
- Member, Dartmouth Lawyers Association
- Board of Directors, Alliance Française San Francisco

## Publications

- "New Meaning of Ordinary: Anything Short of Extraordinary," 13 Bankruptcy Litigation 1 (Winter/Spring 2006).
- "BAPCPA Headaches Await," 19 BCD Weekly News & Comment No. 19 at 5 (Jan. 10, 2006)(comment on section 547 amendments).
- "Equitable Subordination in Bankruptcy," 6 For the District of Oregon 2 (Federal Bar Ass'n, Oregon Chapter; Fall 2001).

# Exhibit B

Case 2:09-bk-35127-VZ    Doc 77    Filed 11/12/09    Entered 11/12/09 12:08:33    Desc
Main Document    Page 9 of 15

**HOURLY BILLING RATES FOR ATTORNEYS AND PARALEGALS OF
PACHULSKI STANG ZIEHL & JONES LLP
EFFECTIVE July 1, 2009**

| Attorneys | Billing Rate |
|---|---|
| Richard M. Pachulski | $895.00 |
| James I. Stang | $825.00 |
| Dean A. Ziehl | $825.00 |
| Laura Davis Jones | $825.00 |
| Robert J. Feinstein | $825.00 |
| Brad R. Godshall | $795.00 |
| Jeremy V. Richards | $795.00 |
| Robert B. Orgel | $795.00 |
| Ira D. Kharasch | $795.00 |
| Alan J. Kornfeld | $775.00 |
| Richard J. Gruber | $725.00 |
| David J. Barton | $725.00 |
| Debra Grassgreen | $725.00 |
| John A. Morris | $725.00 |
| Henry C. Kevane | $725.00 |
| Jeffrey N. Pomerantz | $725.00 |
| Stanley E. Goldich | $725.00 |
| Linda F. Cantor | $725.00 |
| Iain A.W. Nasatir | $695.00 |
| Andrew W. Caine | $695.00 |
| Kenneth H. Brown | $695.00 |
| David M. Bertenthal | $695.00 |
| John D. Fiero | $675.00 |
| James E. Mahoney | $675.00 |
| James K.T. Hunter | $675.00 |
| Samuel R. Maizel | $675.00 |
| Steven J. Kahn | $675.00 |
| Ellen M. Bender | $675.00 |
| Daryl G. Parker | $675.00 |
| Bruce Grohsgal | $625.00 |
| Shirley S. Cho | $595.00 |
| Harry D. Hochman | $595.00 |
| Maxim B. Litvak | $595.00 |
| Victoria A. Newmark | $595.00 |
| James E. O'Neill | $595.00 |
| Joshua M. Fried | $595.00 |
| Hamid R. Rafatjoo | $595.00 |
| Mary D. Lane | $550.00 |
| Gail S. Greenwood | $550.00 |
| Scotta E. McFarland | $550.00 |
| Gina F. Brandt | $550.00 |
| Jeffrey W. Dulberg | $550.00 |
| Jonathan J. Kim | $550.00 |
| Malhar S. Pagay | $550.00 |
| Robert M. Saunders | $525.00 |
| Jason S. Pomerantz | $525.00 |
| Jeffrey Kandel | $525.00 |
| Beth E. Levine | $525.00 |
| Michael R. Seidl | $525.00 |
| Jeffrey P. Nolan | $525.00 |
| Nina L. Hong | $525.00 |

| | |
|---|---|
| Werner Disse | $495.00 |
| Erin Gray | $495.00 |
| Gillian N. Brown | $495.00 |
| Maria Bove | $495.00 |
| William L. Ramseyer | $495.00 |
| Curtis A. Hehn | $495.00 |
| Elissa A. Wagner | $495.00 |
| Pamela E. Singer | $495.00 |
| Miriam Khatiblou | $495.00 |
| Ilan D. Scharf | $475.00 |
| Celine M. Guillou | $425.00 |
| Kathleen P. Makowski | $425.00 |
| Timothy P. Cairns | $425.00 |
| Teddy M. Kapur | $425.00 |
| John W. Lucas | $425.00 |
| David A. Abadir | $395.00 |
| Cia H. Mackle | $395.00 |
| Mark M. Billion | $375.00 |

| Paralegals | Billing Rate |
|---|---|
| Denise A. Harris | $225.00 |
| Kathleen F. Finlayson | $225.00 |
| Beth D. Dassa | $225.00 |
| Shawn A. Quinlivan | $225.00 |
| Patricia J. Jeffries | $225.00 |
| Monica A. Molitor | $225.00 |
| Felice S. Harrison | $225.00 |
| Louise Tuschak | $215.00 |
| Karina K. Yee | $215.00 |
| Patricia E. Cuniff | $215.00 |
| Margaret L. Oberholzer | $210.00 |
| Cheryl A. Knotts | $205.00 |
| Michael A. Matteo | $195.00 |
| Jorge Rojas | $195.00 |
| Thomas J. Brown | $195.00 |
| Kati L. Suk | $175.00 |
| John F. Bass | $150.00 |
| Andrew C. Sahn | $150.00 |

| Law Library Dir. | Billing Rate |
|---|---|
| Leslie A. Forrester | $250.00 |

| Law Clerks/Clerks | Billing Rate |
|---|---|
| Rita M. Olivere | $125.00 |
| Sheryle L. Pitman | $125.00 |
| Ida L. Lane | $125.00 |
| Beatrice M. Koveleski | $125.00 |
| Charles J. Bouzoukis | $115.00 |
| Andrea R. Paul | $115.00 |
| Karen S. Neil | $115.00 |

DOCS_LA:35875.29

## **PSZJ RATES OF REIMBURSABLE EXPENSES**

PSZJ customarily charges $0.20 per page for photocopying expenses. Whenever feasible, PSZJ sends large copying projects to an outside copy service that charges a reduced rate for photocopying.

Ordinarily, PSZJ charges $1.00 per page for out-going facsimile transmissions. Fax receipts are charged at $0.20 per page, the same cost PSZJ imposes on photocopies. Pursuant to the *Court's Notice of Standards To Be Employed in the Review of Applications for the Allocation of Compensation and the Reimbursement of Expenses*, issued by the Honorable Vincent P. Zurzola, PSZJ will not charge more than the actual cost of long-distance phone charges incurred by sending out-going facsimile transmissions or more than the actual cost of receiving facsimile transmissions.

Regarding providers of on-line legal research (e.g., LEXIS and Westlaw), PSZJ charges the standard usage rates these providers charge the Firm for computerized legal research. PSZJ bills its clients the actual amount charged by such services, with no premium. Any volume discount received by PSZJ is passed on to the client.

PSZJ does not charge for local or long distance calls placed by attorneys from their offices.

PSZJ only bills its clients for the actual costs charged to PSZJ by teleconferencing services in the event that a multiple party teleconference is initiated through PSZJ.

# Exhibit C

Hamid R. Rafatjoo (CA Bar No. 181564)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760

E-mail:   hrafatjoo@pszjlaw.com
          psinger@pszjlaw.com

[Proposed] Attorneys for the Official Committee of
Creditors Holding Unsecured Claims

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GTS 900 F, LLC, a California limited liability company, aka Concerto,<br><br>Debtor. | Case No.: 2:09-35127-VZ<br><br>Chapter 11<br><br>**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL *NUNC PRO TUNC* AS OF OCTOBER 16, 2009**<br><br>[No hearing required.] |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE DEBTOR AND DEBTOR IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that the Official Committee of Creditors Holding Unsecured Claims (the "Committee") in the above-captioned case of GTS 900 F, LLC (the "Debtor") has submitted the *Application of the Official Committee of Creditors Holding Unsecured Claims for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel Nunc Pro Tunc as of October 16, 2009*, (the "Application") to the United States Trustee and the United States Bankruptcy Court.  In the Application, the Committee seeks authority to employ

32986-001\DOCS_SF:68282.1                                  1

1  Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") as its bankruptcy counsel.  Information

2  on the Firm can be found on the Firm's website, at www.pszjlaw.com.

3        **PLEASE TAKE FURTHER NOTICE** that by the Application, the Committee seeks Court

4  approval of the proposed employment of the Firm to, among other things, render the following

5  services to the Committee: (a) to assist, advise and represent the Committee in its consultations with

6  the Debtor regarding the administration of these cases; (b) to assist, advise and represent the

7  Committee in analyzing the Debtor's assets and liabilities, investigating the extent and validity of

8  liens, and participating in and reviewing any proposed asset sales, any asset dispositions, financing

9  arrangements and cash collateral stipulations or proceedings; (c) to assist, advise and represent the

10 Committee in any manner relevant to reviewing and determining the Debtor's rights and obligations

11 under leases and other executory contracts; (d) to assist, advise and represent the Committee in

12 investigating the acts, conduct, assets, liabilities and the Debtor's financial condition, the Debtor's

13 business operations and the desirability of the continuance of any portion of the business, and any

14 other matters relevant to these cases or to the formulation of a plan; (e) to assist, advise and represent

15 the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation

16 or reorganization; (f) to provide advice to the Committee on the issues concerning the appointment

17 of a trustee or examiner under Section 1104 of the Bankruptcy Code; (g) to assist, advise and

18 represent the Committee in the performance of all of its duties and powers under the Bankruptcy

19 Code and the Bankruptcy Rules and in the performance of such other services as are in the interests

20 of those represented by the Committee; (h) to assist, advise and represent the Committee in the

21 evaluation of claims and on any litigation matters; and (i) to assist, advise and represent the

22 Committee regarding such other matters and issues as may be necessary or requested by the

23 Committee.

24       **PLEASE TAKE FURTHER NOTICE** that the Committee desires to employ PSZJ with

25 reasonable fees to be determined by the Court pursuant to section 330 of the Bankruptcy Code.  No

26 compensation will be paid to the Firm except upon application to, and approval by, the Court after

27 notice and a hearing.  The Firm has received no retainer in this case and does not have a written

28 retention agreement with the Committee.  Mr. Rafatjoo, who will be responsible for the

representation of the Committee, has an hourly rate of $595.  Ms. Singer, who will assist Mr. Rafatjoo, has an hourly rate of $495.  A list of the hourly rates of all the professionals in the Firm and a list of the Firm's rates of reimbursable expenses are attached to the Application as <u>Exhibit B</u>.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-1(b)(1)(C), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court.  Pursuant to Local Rule 2014-1(b)(3)(E), any objection to the proposed Application and request for hearing must be in the form prescribed by Local Rule 9013-1(f)(1) and must be filed and served on the Committee, its proposed counsel, and the Office of the United States Trustee no later than fifteen (15) days from the date of service of this notice.  A true and correct copy of the Application can be obtained by contacting Jorge Rojas, Paralegal, at Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 11th Floor, Los Angeles, California 90067, Telephone: (310) 277-6910.

<u>Date of Service</u>:  November 12, 2009

Dated:    November 12, 2009            PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ *Hamid R. Rafatjoo*
       Hamid R. Rafatjoo
       [Proposed] Attorneys for the Official
       Committee of Creditors Holding
       Unsecured Claims