Hamid R. Rafatjoo (CA Bar No. 181564)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

E-mail: hrafatjoo@pszjlaw.com
         psinger@pszjlaw.com

[Proposed] Attorneys for the Official Committee of
Creditors Holding Unsecured Claims

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re:<br><br>GTS 900 F, LLC, a California limited liability company, aka Concerto,<br><br>Debtor. | Case No.: 2:09-35127-VZ<br><br>Chapter 11<br><br>**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL** *NUNC PRO TUNC* **AS OF OCTOBER 16, 2009**<br><br>[No hearing required.] |
|---|---|

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE DEBTOR AND DEBTOR IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that the Official Committee of Creditors Holding Unsecured Claims (the "Committee") in the above-captioned case of GTS 900 F, LLC (the "Debtor") has submitted the *Application of the Official Committee of Creditors Holding Unsecured Claims for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel Nunc Pro Tunc as of October 16, 2009*, (the "Application") to the United States Trustee and the United States Bankruptcy Court. In the Application, the Committee seeks authority to employ

32986-001\DOCS_SF:68282.1      1

Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") as its bankruptcy counsel. Information on the Firm can be found on the Firm's website, at www.pszjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that by the Application, the Committee seeks Court approval of the proposed employment of the Firm to, among other things, render the following services to the Committee: (a) to assist, advise and represent the Committee in its consultations with the Debtor regarding the administration of these cases; (b) to assist, advise and represent the Committee in analyzing the Debtor's assets and liabilities, investigating the extent and validity of liens, and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings; (c) to assist, advise and represent the Committee in any manner relevant to reviewing and determining the Debtor's rights and obligations under leases and other executory contracts; (d) to assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and the Debtor's financial condition, the Debtor's business operations and the desirability of the continuance of any portion of the business, and any other matters relevant to these cases or to the formulation of a plan; (e) to assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization; (f) to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under Section 1104 of the Bankruptcy Code; (g) to assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committee; (h) to assist, advise and represent the Committee in the evaluation of claims and on any litigation matters; and (i) to assist, advise and represent the Committee regarding such other matters and issues as may be necessary or requested by the Committee.

**PLEASE TAKE FURTHER NOTICE** that the Committee desires to employ PSZJ with reasonable fees to be determined by the Court pursuant to section 330 of the Bankruptcy Code. No compensation will be paid to the Firm except upon application to, and approval by, the Court after notice and a hearing. The Firm has received no retainer in this case and does not have a written retention agreement with the Committee. Mr. Rafatjoo, who will be responsible for the

representation of the Committee, has an hourly rate of $595. Ms. Singer, who will assist Mr. Rafatjoo, has an hourly rate of $495. A list of the hourly rates of all the professionals in the Firm and a list of the Firm's rates of reimbursable expenses are attached to the Application as <u>Exhibit B</u>.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-1(b)(1)(C), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court. Pursuant to Local Rule 2014-1(b)(3)(E), any objection to the proposed Application and request for hearing must be in the form prescribed by Local Rule 9013-1(f)(1) and must be filed and served on the Committee, its proposed counsel, and the Office of the United States Trustee no later than fifteen (15) days from the date of service of this notice. A true and correct copy of the Application can be obtained by contacting Jorge Rojas, Paralegal, at Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 11th Floor, Los Angeles, California 90067, Telephone: (310) 277-6910.

<u>Date of Service</u>: November 12, 2009

Dated: November 12, 2009    PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ *Hamid R. Rafatjoo*
Hamid R. Rafatjoo
[Proposed] Attorneys for the Official
Committee of Creditors Holding
Unsecured Claims