1  Hamid R. Rafatjoo (CA Bar No. 181564)
   Pamela E. Singer (CA Bar No. 224758)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd.
3  11th Floor
   Los Angeles, California  90067-4100
4  Telephone: 310/277-6910
   Facsimile:  310/201-0760
5  Email: hrafatjoo@pszjlaw.com
          psinger@pszjlaw.com
6
   [Proposed] Attorneys for the Official Committee of
7  Creditors Holding Unsecured Claims

FILED & ENTERED

JAN 06 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

CHANGES MADE BY COURT

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                 LOS ANGELES DIVISION

11  In re:                                        Case No.: 2:09-35127-VZ

12  GTS 900 F, LLC, a California limited liability  Chapter 11
    company, aka Concerto,
13                                                 **ORDER GRANTING MOTION OF**
                                                   **THE OFFICIAL COMMITTEE OF**
14              Debtor.                            **CREDITORS HOLDING UNSECURED**
                                                   **CLAIMS FOR ORDER APPROVING**
15                                                 **INFORMATION ACCESS**
                                                   **PROTOCOL UNDER SECTION**
16                                                 **1102(B)(3) OF THE BANKRUPTCY**
                                                   **CODE**
17
                                                   [*No hearing requested.*]
18

19       Upon the *Motion of the Official Committee Of Creditors Holding Unsecured Claims for*

20  *Order Approving Information Access Protocol Under Section 1102(B)(3) of the Bankruptcy Code*

21  (the "Motion"), filed by the Official Committee of Creditors Holding Unsecured Claims (the

22  "Committee") on November 30, 2009, and no objection being filed, and cause appearing therefor,

23       **IT IS ORDERED**:

24       1.    The relief requested in the Motion is granted *nunc pro tunc* to October 16, 2009.

25       3.    The Committee is authorized to withhold Confidential Information and Privileged

26  Information as such terms are defined in the Motion.

27       4.    The Committee shall satisfy its obligation to "provide access to information" under

28  section 1102(b)(3)(A) of the Bankruptcy Code and to "solicit and receive comments" from its

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

32986-001\DOCS_SF:69360.1

1

1  constituency under section 1102(b)(3)(B) of the Bankruptcy Code by creating and maintaining a web

2  page accessible via Committee counsel's existing internet sit (or, if necessary, an alternate domain),

3  dedicated to the *GTS Creditors' Committee*.  This web page shall contain (a) links to public sources

4  for pleadings and other case information (such as Pacer and this Court's internet site), (b) documents

5  that can be downloaded or viewed using the Adobe Acrobat reader, (c) links to email addresses for

6  Committee counsel to whom questions or information requests may be directed, and (d) periodic

7  updates or reports to creditors generally.  In each instance, of course, only non-confidential and non-

8  privileged information shall be made available to unsecured creditors.

9       5.      This Court shall retain exclusive jurisdiction to interpret and enforce the provisions of

10  this Order in all respects and further to hear and determine all matters arising from the construction

11  and implementation of this Order.

12                                         ####

13

14

15

16

17

18

19

20

21

22

23

24

25

26  DATED: January 6, 2010

27                                   United States Bankruptcy Judge

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

In re:
GTS 900 F, LLC

CHAPTER 11

Debtor(s).

CASE NUMBER 2:09-35127-VZ

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR ORDER APPROVING INFORMATION ACCESS PROTOCOL UNDER SECTION 1102(B)(3) OF THE BANKRUPTCY CODE** was entered on the date indicated as   Entered   on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 22, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒    Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

NONE

☐    Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒    Service information continued on attached page

32986-001\DOCS_SF:69360.1

In re:
   GTS 900 F, LLC

CHAPTER 11

Debtor(s).

CASE NUMBER 2:09-35127-VZ

## I. Served by NEF:

- Paul M Brent    snb300@aol.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Allan H Ickowitz    aickowitz@nossaman.com
- John W Kim    jkim@nossaman.com
- Michael S Kogan    mkogan@ecjlaw.com
- Andy Kong    Kong.Andy@ArentFox.com
- David S Kupetz    dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- Mette H Kurth    kurth.mette@arentfox.com
- Dare Law    dare.law@usdoj.gov
- Joel S. Miliband    jmiliband@rusmiliband.com
- Frank W Molloy    jgalombos@hmspasadena.com, mdickey@hmspasadena.com
- Hamid R Rafatjoo    hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com
- Kurt Ramlo    kurt.ramlo@skadden.com
- Bruce D Rudman    bdr@agrlaw.net
- Gregory M Salvato    gsalvato@pmcos.com, calendar@pmcos.com
- Nathan A Schultz    schultzn@gtlaw.com
- Pamela E Singer    psinger@pszjlaw.com, ksuk@pszjlaw.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- Marcus Tompkins    mtompkins@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Ronald Weiss    rwattyatlaw@aol.com
- Aimee Y Wong    aywong@mckennalong.com

## III. To be Served by the Lodging Party (via U.S. Mail)

| | | |
|---|---|---|
| CMF, Inc.<br>1317 West Grove Avenue<br>Orange, CA 92865 | Alno Pasadena<br>70 E. Montecito Ave.<br>Sierra Madre, CA 91024 | **COUNSEL FOR CORUS CONSTRUCTION VENTURES LLC. SECURED CREDITOR (SUCCESSOR TO CORUS BANK. N.A. AND FDIC)**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Van C. Durrer II<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 |
| Golden Construction<br>32910 Deerglen Lane<br>Santa Clarita, CA 91390 | Borbon, Inc.<br>7312 Walnut Avenue<br>Buena Park, CA 90620 | Alno U.S.A.<br>1 Design Center Place, Suite 653<br>Boston, MA 02210 |
| Murray Company<br>2919 E. Victoria St<br>Rancho Dominguez, CA 90221 | DeStefano and Partners, Ltd.<br>633 W. 5th Street, Suite 5700<br>Los Angeles, CA 90071 | Fire Protection Group, Inc. & Master Fireguard, Corp.<br>3712 W. Jefferson Blvd.<br>Los Angeles, CA 90016 |
| SMG Stone Company<br>8460 San Fernando Rd<br>Sun Valley, CA 91352 | JW Door Corporation<br>14764 Oxnard Street<br>Van Nuys, CA 91411 | Troyer Contracting Company<br>10122 Freeman Avenue<br>Santa Fe Springs, CA 90670 |
| Weiss Sheet Metal Company<br>1715 W. 135th Street<br>Gardena, CA 90249 | Otis Elevator<br>Dept. LA 21684<br>Pasadena, CA 91185-1684 | TAXING AUTHORITIES<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

| In re:<br>GTS 900 F, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-35127-VZ |

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency I Stop 5022<br>300 North Los Angeles Street, Room 4062<br>Los Angeles, CA 90012-9903 | Superior Wall Systems<br>1232 E. Orangethorpe Ave.<br>Fullerton, CA 92831 | United States Department of Justice<br>Tax Division<br>Civil Trial Section, Western Region<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, DC 20044 |
| Franchise Tax Board<br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Wescor Construction Inc.<br>18607 Ventura Blvd, Suite 204<br>Tarzana, CA 91356 | Civil Process Clerk<br>United States Attorney's Office<br>Federal Building, Room 7516<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 |
| James R. Maddox, Jr.<br>Steve Green<br>Kibei Green, Inc.<br>2001 Wilshire Blvd., Suite 420<br>Santa Monica, CA 90403 | Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 | Richard S. Friedman<br>Rita M. Haeusler<br>Hughes Hubbard & Reed LLP<br>350 So. Grand Avenue<br>Los Angeles, CA 90071-3442 |
| Michael S. Kogan<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard, Ninth Floor<br>Beverly Hills, CA 90212-2974 | United States Attorney's Office Tax Division<br>Federal Building, Room 7211<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 | Amie Y. Wong<br>McKenna Long & Aldridge<br>300 South Grand Avenue<br>Los Angeles, CA 90071 |
| Richard A. Clark<br>Gary Ganchrow<br>Parker, Milliken, Clark et al.<br>555 S. Flower, 30th Floor<br>Los Angeles, CA 90071-2240 | United States Bankruptcy Court - Central District of California<br>ATTN CHAMBERS COPIES<br>Honorable Vincent P. Zurzolo<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1360<br>Los Angeles, CA 90012 | |

**III. To be Served by the Lodging Party (via Email)**

| | | |
|---|---|---|
| **DEBTOR**<br>GTS 900 F, LLC<br>c/o Sonny Astani<br>Concerto Manager, Inc.<br>9595 Wilshire Blvd., Ste. 1010<br>Beverly Hills, CA 90212<br>**sonny@astanienterprises.com**<br>**Brenda@astanienterprises.com** | **CORUS Bank, NA**<br>Attn: Paul Carlson, Joel C. Solomon, Peter C. Heinrich<br>3959 N. Lincoln Ave.<br>Chicago, IL 60613<br>**pcarlson@corusbank.com**<br>**jsolomon@corusbank.com**<br>**phenrich@corusbank.com** | **CORUS Bank, NA**<br>c/o Dean A. Isaacs, Esq.<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>**disaacs@mayerbrown.com** |
| **Attorneys for Masonry Concepts, LLC**<br>Gary Gray, Esq.<br>Gray Duffy, LLP<br>15760 Ventury Blvd., 16th Floor<br>Encino, CA 91436<br>**ggray@grayduffylaw.com** | **Carpet USA**<br>Attn: Jerry Agam, President<br>11143 W. Washington Blvd.<br>Culver City, CA 90232<br>**jerryag2000@yahoo.com** | **SASCO**<br>SASCO<br>Attn: John Stevenson<br>2750 Moore Avenue<br>Fullerton, CA 92833<br>**jstevenson@sasco.com** |
| **Architectural Glass & Aluminum**<br>Attn: John Buckley, President<br>1151 Marina Village Parkway, Suite 101<br>Alameda, CA 94501<br>**jbuckley@aga-ca.com** | **ACCO Engineered Systems Inc.**<br>Attn: Carlton Seyforth<br>6265 San Fernando Rd.<br>Glendale, CA 91201<br>**cseyforth@accoes.com** | **Mr. Crane**<br>Attn: Mr. Steve Corso<br>Chief Financial Officer<br>647 N. Hariton<br>Orange, CA 92868-7160<br>**steve@mrcrane.com** |

32986-001\DOCS_SF:69360.1

In re:
    GTS 900 F, LLC

CHAPTER 11

Debtor(s).   CASE NUMBER 2:09-35127-VZ

| Attorneys for Troyer Contracting Company, Inc.<br>Richard P. Wagner<br>Wagner Palmer, PC<br>400 Oceangate, Suite 700<br>Long Beach, CA 90802<br>**richwagner@wagnerpalmer.com** | | |