Hamid R. Rafatjoo (CA Bar No. 181564)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: hrafatjoo@pszjlaw.com
       psinger@pszjlaw.com

[Proposed] Attorneys for the Official Committee of
Creditors Holding Unsecured Claims

**FILED & ENTERED**

**JAN 06 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GTS 900 F, LLC, a California limited liability company, aka Concerto,<br><br>　　　　　Debtor. | Case No.: 2:09-35127-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL *NUNC PRO TUNC* AS OF OCTOBER 16, 2009**<br><br>[*No hearing requested.*] |

Upon the *Application of the Official Committee of Creditors Holding Unsecured Claims for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel Nunc Pro Tunc as of October 16, 2009* (the "Application"), filed by the Official Committee of Creditors Holding Unsecured Claims (the "Committee") on November 12, 2009 [Docket No. 77], and it appearing that Pachulski Stang Ziehl & Jones LLP ("PSZY") does not hold or represent any interest adverse to the estate, that PSZJ is a disinterested person, that the relief requested in the

1  Application is in the best interest of the estate, that no objections to the Application were filed, and
2  cause appearing therefor,

3  **IT IS ORDERED**:

4  1.  The relief requested in the Application is granted *nunc pro tunc* to October 16, 2009.

5  3.  The Committee is authorized to employ PSZJ to render services as described above
6  with compensation to be paid as an administrative expense in such amounts as this Court may
7  hereafter determine and allow.

8  ####

DATED: January 6, 2010

United States Bankruptcy Judge

32986-001\DOCS_SF:69426.3

2

| | |
|---|---|
| In re:<br>GTS 900 F, LLC | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 2:09-35127-VZ |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL *NUNC PRO TUNC* AS OF OCTOBER 16, 2009** was entered on the date indicated as   Entered   on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 30, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒   Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

NONE

☐   Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒   Service information continued on attached page

In re:
GTS 900 F, LLC

CHAPTER 11

Debtor(s).

CASE NUMBER 2:09-35127-VZ

**I. Served by NEF:**

- Paul M Brent    snb300@aol.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Allan H Ickowitz    aickowitz@nossaman.com
- John W Kim    jkim@nossaman.com
- Michael S Kogan    mkogan@ecjlaw.com
- Andy Kong    Kong.Andy@ArentFox.com
- David S Kupetz    dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- Mette H Kurth    kurth.mette@arentfox.com
- Dare Law    dare.law@usdoj.gov
- Joel S. Miliband    jmiliband@rusmiliband.com
- Frank W Molloy    jgalombos@hmspasadena.com, mdickey@hmspasadena.com
- Hamid R Rafatjoo    hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com
- Kurt Ramlo    kurt.ramlo@skadden.com
- Bruce D Rudman    bdr@agrlaw.net
- Gregory M Salvato    gsalvato@pmcos.com, calendar@pmcos.com
- Nathan A Schultz    schultzn@gtlaw.com
- Pamela E Singer    psinger@pszjlaw.com, ksuk@pszjlaw.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- Marcus Tompkins    mtompkins@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Ronald Weiss    rwattyatlaw@aol.com
- Aimee Y Wong    aywong@mckennalong.com

**II. To Be Served By the Lodging Party by US Mail**

| | | |
|---|---|---|
| CMF, Inc.<br>1317 West Grove Avenue<br>Orange, CA 92865 | Alno Pasadena<br>70 E. Montecito Ave.<br>Sierra Madre, CA 91024 | **COUNSEL FOR CORUS CONSTRUCTION VENTURES LLC. SECURED CREDITOR (SUCCESSOR TO CORUS BANK. N.A. AND FDIC)**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Van C. Durrer II<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 |
| Golden Construction<br>32910 Deerglen Lane<br>Santa Clarita, CA 91390 | Borbon, Inc.<br>7312 Walnut Avenue<br>Buena Park, CA 90620 | Alno U.S.A.<br>1 Design Center Place, Suite 653<br>Boston, MA 02210 |
| Murray Company<br>2919 E. Victoria St<br>Rancho Dominguez, CA 90221 | DeStefano and Partners, Ltd.<br>633 W. 5th Street, Suite 5700<br>Los Angeles, CA 90071 | Fire Protection Group, Inc. & Master Fireguard, Corp.<br>3712 W. Jefferson Blvd.<br>Los Angeles, CA 90016 |
| SMG Stone Company<br>8460 San Fernando Rd<br>Sun Valley, CA 91352 | JW Door Corporation<br>14764 Oxnard Street<br>Van Nuys, CA 91411 | Troyer Contracting Company<br>10122 Freeman Avenue<br>Santa Fe Springs, CA 90670 |
| Weiss Sheet Metal Company<br>1715 W. 135th Street<br>Gardena, CA 90249 | Otis Elevator<br>Dept. LA 21684<br>Pasadena, CA 91185-1684 | TAXING AUTHORITIES<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

| | | |
|---|---|---|
| In re:<br>GTS 900 F, LLC<br><br>Debtor(s). | | CHAPTER 11<br><br>CASE NUMBER 2:09-35127-VZ |

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency I Stop 5022<br>300 North Los Angeles Street, Room 4062<br>Los Angeles, CA 90012-9903 | Superior Wall Systems<br>1232 E. Orangethorpe Ave.<br>Fullerton, CA 92831 | United States Department of Justice<br>Tax Division<br>Civil Trial Section, Western Region<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, DC 20044 |
| Franchise Tax Board<br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Wescor Construction Inc.<br>18607 Ventura Blvd, Suite 204<br>Tarzana, CA 91356 | Civil Process Clerk<br>United States Attorney's Office<br>Federal Building, Room 7516<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 |
| James R. Maddox, Jr.<br>Steve Green<br>Kibei Green, Inc.<br>2001 Wilshire Blvd., Suite 420<br>Santa Monica, CA 90403 | Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 | Richard S. Friedman<br>Rita M. Haeusler<br>Hughes Hubbard & Reed LLP<br>350 So. Grand Avenue<br>Los Angeles, CA 90071-3442 |
| Michael S. Kogan<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard, Ninth Floor<br>Beverly Hills, CA 90212-2974 | United States Attorney's Office Tax Division<br>Federal Building, Room 7211<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 | Amie Y. Wong<br>McKenna Long & Aldridge<br>300 South Grand Avenue<br>Los Angeles, CA 90071 |
| Richard A. Clark<br>Gary Ganchrow<br>Parker, Milliken, Clark et al.<br>555 S. Flower, 30th Floor<br>Los Angeles, CA 90071-2240 | United States Bankruptcy Court - Central District of California<br>ATTN CHAMBERS COPIES<br>Honorable Vincent P. Zurzolo<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1360<br>Los Angeles, CA 90012 | |
| **III. To Be Served By the Lodging Party by Email:** | | |
| **DEBTOR**<br>GTS 900 F, LLC<br>c/o Sonny Astani<br>Concerto Manager, Inc.<br>9595 Wilshire Blvd., Ste. 1010<br>Beverly Hills, CA 90212<br>**sonny@astanienterprises.com**<br>**Brenda@astanienterprises.com** | **CORUS Bank, NA**<br>Attn: Paul Carlson, Joel C. Solomon, Peter C. Heinrich<br>3959 N. Lincoln Ave.<br>Chicago, IL 60613<br>**pcarlson@corusbank.com**<br>**jsolomon@corusbank.com**<br>**phenrich@corusbank.com** | **CORUS Bank, NA**<br>c/o Dean A. Isaacs, Esq.<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>**disaacs@mayerbrown.com** |
| **Attorneys for Masonry Concepts, LLC**<br>Gary Gray, Esq.<br>Gray Duffy, LLP<br>15760 Ventury Blvd., 16th Floor<br>Encino, CA 91436<br>**ggray@grayduffylaw.com** | **Carpet USA**<br>Attn: Jerry Agam, President<br>11143 W. Washington Blvd.<br>Culver City, CA 90232<br>**jerryag2000@yahoo.com** | **SASCO**<br>SASCO<br>Attn: John Stevenson<br>2750 Moore Avenue<br>Fullerton, CA 92833<br>**jstevenson@sasco.com** |
| **Architectural Glass & Aluminum**<br>Attn: John Buckley, President<br>1151 Marina Village Parkway, Suite 101<br>Alameda, CA 94501<br>**jbuckley@aga-ca.com** | **ACCO Engineered Systems Inc.**<br>Attn: Carlton Seyforth<br>6265 San Fernando Rd.<br>Glendale, CA 91201<br>**cseyforth@accoes.com** | **Mr. Crane**<br>Attn: Mr. Steve Corso<br>Chief Financial Officer<br>647 N. Hariton<br>Orange, CA 92868-7160<br>**steve@mrcrane.com** |

32986-001\DOCS_SF:69426.3

2

| In re: | | CHAPTER 11 |
|---|---|---|
| GTS 900 F, LLC | | |
| | Debtor(s). | CASE NUMBER 2:09-35127-VZ |

| Attorneys for Troyer Contracting Company, Inc.<br>Richard P. Wagner<br>Wagner Palmer, PC<br>400 Oceangate, Suite 700<br>Long Beach, CA 90802<br>**richwagner@wagnerpalmer.com** | | |
|---|---|---|