Alan G. Tippie (CA Bar No. 89587)
atippie@sulmeyerlaw.com
David S. Kupetz (CA Bar No. 125062)
dkupetz@sulmeyerlaw.com
Marcus A. Tompkins (CA Bar No. 190922)
mtompkins@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Bankruptcy Counsel for GTS 900 F, LLC,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

In re

GTS 900 F, LLC, a California limited liability company, aka Concerto,

Debtor.

Tax ID # 20-2396211

Case No. 2:09-bk-35127-VZ

Chapter 11

**MOTION FOR ORDER: (1) APPROVING DEBTOR'S DISCLOSURE STATEMENT, (2) FIXING VARIOUS DEADLINES RELATING TO PLAN CONFIRMATION, AND (3) APPROVING FORM OF BALLOT, SOLICITATION LETTER, AND NOTICE; DECLARATION OF SONNY ASTANI**

DATE: February 18, 2010
TIME: 1:30 p.m.
PLACE: U.S. Bankruptcy Court
Courtroom 1368
255 East Temple Street
Los Angeles, CA 90012

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

GTS 900 F, LLC (the "Debtor"), the debtor and debtor in possession, having filed a Disclosure Statement and Plan of Reorganization on January 13, 2010, respectfully requests that the Court determine and order the following:

1. That the Disclosure Statement contains adequate information and is approved;

2. That the Debtor shall distribute to all creditors, equity holders, the unsecured creditors' committee, the United States Trustee, the Internal Revenue Service and any other parties who have requested special notice in this case, by a fixed date, the Disclosure Statement and Plan of Reorganization, a ballot (the "Ballot"), and a notice of the hearing regarding confirmation of the Plan and various deadlines relating to the Plan (the "Notice");

3. That the time within which acceptances and rejections of the Plan (the "Ballots") must be received by the Debtor's bankruptcy counsel in order to be counted is fixed for a date certain;

4. That the hearing to consider confirmation of the Plan is fixed to commence on a date and time certain;

5. That the last day for filing and serving objections to confirmation of the Plan pursuant to Rule 3020(b)(1) of the Federal Rules of Bankruptcy Procedure is fixed for a date certain;

6. That the last day for filing and serving replies to any objection to confirmation of the Plan be fixed for a date certain;

7. That the Court approve the form of Ballot attached hereto as Exhibit 1, or other form substantially conforming therewith;

8. That the Court approve the form of Plan solicitation letter attached hereto as Exhibit 2, or other form substantially conforming therewith;

9. That the Court approve the form of Notice attached hereto as Exhibit 3, or other form substantially conforming therewith; and

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

10. That service of the Notice and distribution of the Disclosure Statement and Plan of Reorganization, as set forth herein, shall constitute full compliance with Rule 3017(d) of the Federal Rules of Bankruptcy Procedure.

The proposed form of order approving the Disclosure Statement, and setting various dates relating to Plan confirmation, and approving the proposed manner of service is attached hereto as Exhibit 4.

**WHEREFORE**, the Debtor respectfully requests that the Court issue an Order as requested above (and set forth in Exhibit 4 hereto) to enable the Debtor to bring the Plan before the Court for confirmation, and to proceed with the administration of this case.

DATED: January 13, 2010

**Sulmeyer**Kupetz
A Professional Corporation

By: [signature]
David S. Kupetz
Bankruptcy Counsel for GTS 900 F, LLC
Debtor and Debtor in Possession

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**DECLARATION OF SONNY ASTANI**

I, Sonny Astani, declare:

1. I have personal knowledge of the facts stated herein. I can testify that said facts are true and correct.

2. I am the authorized representative of GTS 900 F, LLC ("GTS" or the "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 reorganization case.

3. GTS is a California limited liability company. I am an equity holder in and/or control entities that are equity holders in GTS. I am also the manager of Concerto Manager, Inc., the managing entity of GTS.

4. The Debtor commenced the above-captioned case by filing a voluntary Chapter 11 petition on September 17, 2009. The Debtor continues to act as a debtor in possession.

5. I have read the Debtor's Disclosure Statement and Plan of Reorganization and believe that the information contained therein is accurate, true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of January, 2010, at Los Angeles, California.

Sonny Astani

# EXHIBIT 1

Exhibit 1

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

In re

**GTS 900 F, LLC, a California limited liability company, aka Concerto,**

**Debtor.**

Tax ID # 20-2396211

Case No. 2:09-bk-35127-VZ

Chapter 11

**BALLOT**

**FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

The Plan of Reorganization (the "Plan") filed by GTS 900 F, LLC (the "Debtor"), on _________, 2010, can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan. In the event that the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Code. To have your vote count, you must complete and return this Ballot as directed below.

The undersigned, a Class _____ creditor of the above-named Debtor in the unpaid principal amount of $_______:

☐ Accepts the Plan

☐ Rejects the Plan

Date:

______________________________
[Signature of person executing ballot]

______________________________
[print or type name and title (if any) of person signing]

______________________________
[print or type name of claimant]

______________________________
[print or type address]

______________________________
[city, state, zip]

TO BE COUNTED, THIS BALLOT MUST BE RECEIVED BY THE DEBTOR'S COUNSEL, **SULMEYER**KUPETZ, 333 SOUTH HOPE STREET, 35TH FLOOR, LOS ANGELES, CA 90071, ATTN: ANN L. SOKOLOWSKI, NO LATER THAN THE CLOSE OF BUSINESS ON ______________, 2010.

A BALLOT DOES NOT CONSTITUTE A VALID PROOF OF CLAIM IN THIS BANKRUPTCY CASE.

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

# EXHIBIT 2

Exhibit 2

______________, 2010

To: **ALL CREDITORS OF GTS 900 F, LLC., a California limited liability company, aka Concerto**

**Re: Plan of Reorganization of GTS 900 F, LLC, (Case No. 2:09-bk-35127-VZ)**

We are pleased to announce the Bankruptcy Court's approval of the Disclosure Statement submitted by GTS 900 F, LLC ("GTS" or the "Debtor"). We request your acceptance of the Debtor's Plan of Reorganization (the "Plan"). In order that you may make an informed decision regarding the Plan, we have enclosed the Disclosure Statement and Plan of Reorganization for GTS 900 F, LLC.

We have also enclosed copies of (1) the Notice of the hearing regarding confirmation of the Plan and regarding various deadlines relating to confirmation of the Plan, and (2) a Ballot we request that you complete (if you are a creditor in Class 1, Class 2 or Class 3 under the Plan) and return to us indicating your vote regarding the Plan.

The Court has set a hearing on confirmation of the Plan for ______, 2010, at ____. The Plan provides creditors of GTS with the opportunity to receive full payment of their allowed claims over time plus interest at the rate of 4% per annum. Allowed mechanics' lien claims (Class 2) and allowed general unsecured claims (Class 3) are projected to be paid in full by March 2011. The allowed secured claim of Corus Construction Venture, LLC, is projected to be paid in full by March 2013 under the Plan.

The Debtor has concluded that the Plan provides fair and equitable treatment of all classes of creditors and that the Plan maximizes the value of the bankruptcy estate. GTS therefore solicits your support and urges you to complete the enclosed Ballot (if you are a member of Classes 1, 2, or 3 under the Plan) indicating your acceptance of the Plan.

In order for your Ballot to be counted, it must be received by the Debtor's Bankruptcy Counsel, SulmeyerKupetz, Attn: Ann L. Sokolowski, 333 South Hope Street, 35th Floor, Los Angeles, CA 90071 no later than 5:00 p.m. on __________, 2010.

Ballots may be sent by mail, facsimile (213) 629-4520. and/or e-mail (asokolowski@sulmeyerlaw.com).

We thank you for your support.

DATED: _________, 2010

**Sulmeyer**Kupetz
A Professional Corporation

By: ______________________________
David S. Kupetz
Bankruptcy Counsel for GTS 900 F, LLC
Debtor and Debtor in Possession

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

# EXHIBIT 3

EXHIBIT 3

Alan G. Tippie (CA Bar No. 89587)
atippie@sulmeyerlaw.com
David S. Kupetz (CA Bar No. 125062)
dkupetz@sulmeyerlaw.com
Marcus A. Tompkins (CA Bar No. 190922)
mtompkins@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Bankruptcy Counsel for GTS 900 F, LLC,
Debtor and Debtor in Possession

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

In re

GTS 900 F, LLC, a California limited liability company, aka Concerto,

Debtor.

Tax ID # 20-2396211

Case No. 2:09-bk-35127-VZ

Chapter 11

**NOTICE OF: (1) APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT; (2) PLAN CONFIRMATION HEARING; AND (3) DATES AND DEADLINES RELATING TO PLAN CONFIRMATION HEARING**

DATE:
TIME:
PLACE: U.S. Bankruptcy Court
Courtroom 1368
255 East Temple Street
Los Angeles, CA 90012

**TO ALL CREDITORS OF GTS 900 F, LLC, THE CREDITORS' COMMITTEE, EQUITY HOLDERS, THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the Court has approved the Disclosure Statement submitted by GTS 900 F, LLC (the "Debtor"), the above-captioned debtor in possession, in the Debtor's reorganization case pending under Chapter 11 of the United States

Bankruptcy Code. The Court has set a hearing to consider confirmation of the Debtor's Plan of Reorganization which will commence on ____________, 2010, at _____, in Courtroom 1368, United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California. The Court has fixed ________________, 2010, as the last day for any interested party to file and serve on bankruptcy counsel for the Debtor (at the address set forth in the upper left corner of the first page of this Notice) any opposition to confirmation of the Plan. Failure to timely file and serve an opposition may be deemed by the Court to be consent to confirmation of the Plan. The Court fixed __________________, 2010, as the last day for the Debtor to file and serve any reply to any opposition that is filed with respect to confirmation of the Plan.

In order to be counted, all Ballots with respect to the Plan must be received by bankruptcy counsel for the Debtor no later than 5:00 p.m. on _________________, 2010, at **Sulmeyer**Kupetz, 333 South Hope Street, 35th Floor, Los Angeles, California 90071, Attention: Ann L. Sokolowski, telephone (213) 626-2311, facsimile (213) 629-4520, and/or e-mail: asokolowski@sulmeyerlaw.com. Ballots maybe sent by mail, facsimile or e-mail.

DATED: _________, 2010

**Sulmeyer**Kupetz
A Professional Corporation

By: ________________________________
David S. Kupetz
Bankruptcy Counsel for GTS 900 F, LLC
Debtor and Debtor in Possession

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

# EXHIBIT 4

EXHIBIT 4

Alan G. Tippie (CA Bar No. 89587)
atippie@sulmeyerlaw.com
David S. Kupetz (CA Bar No. 125062)
dkupetz@sulmeyerlaw.com
Marcus A. Tompkins (CA Bar No. 190922)
mtompkins@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Bankruptcy Counsel for GTS 900 F, LLC,
Debtor and Debtor in Possession

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

In re

GTS 900 F, LLC, a California limited liability company, aka Concerto,

Debtor.

Tax ID # 20-2396211

Case No. 2:09-bk-35127-VZ

Chapter 11

**ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT, FIXING VARIOUS DEADLINES RELATING TO PLAN CONFIRMATION, AND APPROVING FORM OF BALLOT, SOLICITATION LETTER, AND NOTICE**

DATE:
TIME:
PLACE: U.S. Bankruptcy Court
Courtroom 1368
255 East Temple Street
Los Angeles, CA 90012

The disclosure statement (the "Disclosure Statement") filed by GTS 900 F, LLC (the "Debtor"), debtor and debtor in possession, on _____________, 2010, came on for hearing before this Court on ________, 2010. The Court considered all papers filed in this matter and the arguments and representations of counsel presented at the hearing.

The Court has determined that the Disclosure Statement contains adequate information. Based on the foregoing, and good cause appearing therefor,

**IT IS ORDERED that:**

1. The Disclosure Statement is approved;

2. The Debtor shall distribute to all creditors, equity holders, the unsecured creditors' committee, the United States Trustee, the Internal Revenue Service, and all other parties who have requested special notice in this case, by ____________ , 2010, the Disclosure Statement and Plan of Reorganization for GTS 900 F, LLC, a ballot and a notice (the "Notice") of the hearing regarding confirmation of the Plan and various deadlines relating to the Plan;

4. The acceptances and rejections of the Plan (the "Ballots") must be received by the Debtor's bankruptcy counsel no later than the close of business on _____________, 2010, in order to be counted;

5. The hearing to consider confirmation of the Plan shall commence on _____________, 2010, at _____;

6. The last day for filing and serving objections to confirmation of the Plan pursuant to Rule 3020(b)(1) of the Federal Rules of Bankruptcy Procedure shall be _____________, 2010;

7. The last day for filing and serving replies to any opposition to confirmation of the Plan shall be ________________, 2010;

8. The form of the Ballot with respect to the Plan shall substantially conform to the Ballot attached hereto as Exhibit 1 and is approved;

9. The solicitation letter to be sent to creditors of the Debtor with respect to the Plan, a copy of the substantial form of which is attached hereto as Exhibit 2, is approved;

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

10. The form of the Notice shall substantially conform to the notice attached hereto as Exhibit 3 and is approved.

###

DATED:

HON. VINCENT P. ZURZOLO
UNITED STATES BANKRUPTCY JUDGE

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

Main Document Page 16 of 22

| In re: GTS 900 F, LLC, a California limited liability company, aka Concerto Debtor(s). | CHAPTER: 11 CASE NUMBER: 2:09-bk-35127-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as MOTION FOR ORDER: (1) APPROVING DEBTOR'S DISCLOSURE STATEMENT, (2) FIXING VARIOUS DEADLINES RELATING TO PLAN CONFIRMATION, AND (3) APPROVING FORM OF BALLOT, SOLICITATION LETTER, AND NOTICE; DECLARATION OF SONNY ASTANI will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____________ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☒ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On January 13, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on January 13, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 13, 2010 | Debbie Perez | /s/ Debbie Perez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

Main Document Page 17 of 22

| In re: GTS 900 F, LLC, a California limited liability company, aka Concerto Debtor(s). | CHAPTER: 11 CASE NUMBER: 2:09-bk-35127-VZ |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**DEBTOR**
GTS 900 F, LLC
c/o Sonny Astani
Concerto Manager, Inc.
9595 Wilshire Blvd., Ste. 1010
Beverly Hills, CA 90212
sonny@astanienterprises.com
marlene@hpgmanagement.com
Brenda@astanienterprises.com
(Served via U.S. Mail & e-mail)

**OFFICE OF THE UNITED STATES TRUSTEE**
Office of the United States Trustee
Attn: Dare Law, Esq.
Ernst & Young Plaza
725 South Figueroa St., 26th Floor
Los Angeles, CA 90017
(Served via U.S. Mail)

**COUNSEL FOR FEDERAL DEPOSIT INSURANCE CORPORATION**
Nossaman LLP
Attn: Allan H. Ickowitz
Attn: Robert S. McWhorter
Attn: John Kim
445 South Figueroa Street, Suite 31st Floor
Los Angeles, Ca 90071
aickowitz@nossaman.com
rmcwhorter@nossaman.com
jkim@nossaman.com
(Served via U.S. Mail & e-mail)

**COUNSEL FOR CORUS CONSTRUCTION VENTURES LLC, SECURED CREDITOR (SUCCESSOR TO CORUS BANK, N.A. AND FDIC)**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Van C. Durrer II
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
van.durrer@skadden.com
(Served via U.S. Mail & e-mail)

**ATTY. FOR COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**
Hamid Rafatjoo
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100
hrafatjoo@pszjlaw.com
(Served via U.S. Mail & e-mail)

**COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**
Carpet USA
11143 W. Washington Blvd.
Culver City, CA 90232
Telephone: (310) 204-5717
Jerryag2000@yahoo.com
(Served via email & U.S. Mail)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

Main Document Page 18 of 22

| In re: GTS 900 F, LLC, a California limited liability company, aka Concerto Debtor(s). | CHAPTER: 11 CASE NUMBER: 2:09-bk-35127-VZ |
|---|---|

SASCO
Attn: John Stevenson
2750 Moore Avenue
Fullerton, CA 92833
Telephone: (714) 870-0217 ext 615
jstevenson@sasco.com
(Served via email & U.S. Mail)

Architectural Class & Aluminum
Attn: John Buckley, President
1151 Marina Village Parkway, Suite 101
Alameda, CA 94501
Telephone: (510) 444-6100
jbuckley@aga-ca.com
(Serve via email & U.S. Mail)

ACCO Engineered Systems Inc.
6265 San Fernando Rd.
Glendale, CA 91201
Telephone: (818) 244-6571
cseyforth@accoes.com
(Served via email & U.S. Mail)

Murray Company
Attn: Richard Stafford, President, CFO
2919 E. Victoria Street
Rancho Dominguez, CA 90221
rstafford@murraycompany.com
(Served via email & U.S. Mail)

**20 LARGEST UNSECURED CREDITORS**

ACCO Engineered Systems Inc.
6265 San Fernando Rd.
Glendale, CA 91201
(Served via U.S. Mail)

Alno Pasadena
70 E. Montecito Ave.
Sierra Madre, CA 91024
(Served via U.S. Mail)

Alno U.S.A.
1 Design Center Place, Suite 653
Boston, MA 02210
(Served via U.S. Mail)

Architectural Glass & Aluminum Co.
1151 Marina Village Parkway, Suite 101
Alameda, CA 94501
(Served via U.S. Mail)

Borbon, Inc.
7312 Walnut Avenue
Buena Park, CA 90620
(Served via U.S. Mail)

Carpet USA
11143 W. Washington Blvd.
Culver City, CA 90232
(Served via U.S. Mail)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

Main Document Page 19 of 22

| In re:<br>GTS 900 F, LLC, a California limited liability company, aka Concerto<br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:09-bk-35127-VZ |
|---|---|

CMF, Inc.
1317 West Grove Avenue
Orange, CA 92865
(Served via U.S. Mail)

DeStefano and Partners, Ltd.
633 W. 5th Street, Suite 5700
Los Angeles, CA 90071
(Served via U.S. Mail)

Fire Protection Group, Inc. &
Master Fireguard, Corp.
3712 W. Jefferson Blvd.
Los Angeles, CA 90016
(Served via U.S. Mail)

Golden Construction
32910 Deerglen Lane
Santa Clarita, CA 91390
(Served via U.S. Mail)

JW Door Corporation
14764 Oxnard Street
Van Nuys, CA 91411
(Served via U.S. Mail)

Mr. Crane
647 N. Hariton Street
Orange, CA 92868
(Served via U.S. Mail)

Murray Company
2919 E. Victoria St
Rancho Dominguez, CA 90221
(Served via U.S. Mail)

Otis Elevator
Dept. LA 21684
Pasadena, CA 91185-1684
(Served via U.S. Mail)

SASCO
2750 Moore Avenue
Fullerton, CA 92833
(Served via U.S. Mail)

SMG Stone Company
8460 San Fernando Rd
Sun Valley, CA 91352
(Served via U.S. Mail)

Superior Wall Systems
1232 E. Orangethorpe Ave.
Fullerton, CA 92831
(Served via U.S. Mail)

Troyer Contracting Company
10122 Freeman Avenue
Santa Fe Springs, CA 90670
(Served via U.S. Mail)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: GTS 900 F, LLC, a California limited liability company, aka Concerto Debtor(s). | CHAPTER: 11 CASE NUMBER: 2:09-bk-35127-VZ |
|---|---|

Weiss Sheet Metal Company
1715 W. 135th Street
Gardena, CA 90249
(Served via U.S. Mail)

Wescor Construction Inc.
18607 Ventura Blvd, Suite 204
Tarzana, CA 91356
(Served via U.S. Mail)

TAXING AUTHORITIES
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114
(Served via U.S. Mail)

Internal Revenue Service
Insolvency I Stop 5022
300 North Los Angeles Street, Room 4062
Los Angeles, CA 90012-9903
(Served via U.S. Mail)

Attorney General
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044
(Served via U.S. Mail)

United States Department of Justice Tax Division
Civil Trial Section, Western Region
P.O. Box 683
Ben Franklin Station
Washington, DC 20044
(Served via U.S. Mail)

United States Attorney's Office Tax Division
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, CA 90012
(Served via U.S. Mail)

Civil Process Clerk
United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012
(Served via U.S. Mail)

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952
(Served via U.S. Mail)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: GTS 900 F, LLC, a California limited liability company, aka Concerto Debtor(s). | CHAPTER: 11 CASE NUMBER: 2:09-bk-35127-VZ |
|---|---|

**SPECIAL LITIGATION COUNSEL**
Gregory M. Salvato, Esq.
Richard Clark, Esq.
Parker, Milliken, Clark, O'Hara & Samuelian, APC
City National Bank Tower
555 So. Flower Street, 30th Floor
Los Angeles, California 90071
gsalvato@pmcos.com
rclark@pmcos.com
(Served via U.S. Mail & e-mail)

OTHER (COURTESY COPIES)
Richard S. Friedman
Rita M. Haeusler
Hughes Hubbard & Reed LLP
350 So. Grand Avenue
Los Angeles, CA 90071-3442
friedman@hugheshubbard.com
haeusler@hugheshubbard.com
(Served via U.S. Mail & e-mail)

James R. Maddox, Jr.
Steve Green
Kibel Green, Inc.
2001 Wilshire Blvd., Suite 420
Santa Monica, CA 90403
jmaddox@kginc.com
sgreen@kginc.com
(Served via U.S. Mail & e-mail)

**PARTIES REQUESTING SPECIAL NOTICE**
Corus Construction Venture, LLC
as purchaser of Corus loan from FDIC as receiver to Corus Bank, N.A.
c/o Van C. Durrer II, Esq.
c/o Kurt Ramlo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
van.durrer@skadden.com
kurt.ramlo@skadden.com

Morrow Equipment Co., LLC
c/o Bruce A. Hatkoff
A Law Corporation
16633 Ventura Blvd., Suite 940
Encino, CA 91436-1801
(Service via U.S. Mail)

Troyer Contracting Company, Inc.
c/o Richard P. Wagner, Esq.
Wagner Palmer, PC
400 Oceangate, Suite 700
Long Beach, CA 90802
richwagner@wagnerpalmer.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: GTS 900 F, LLC, a California limited liability company, aka Concerto Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 2:09-bk-35127-VZ |
|---|---|

Coastal International Inc.
c/o Robin L. Itkin
Katherine C. Piper
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
ritkin@steptoe.com
kpiper@steptoe.com

**COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)**
Catherine M. Castaldi
Joel S. Milband
Rus, Miliband & Smith, APC
2600 Michelson Dr., Suite 700
Irvine, CA 92612
ccastaldi@rusmiliband.com
jmiliband@rusmiliband.com

Amie Y. Wong
McKenna Long & Aldridge
300 South Grand Avenue
Los Angeles, CA 90071
awong@mckennalong.com

Allan H. Ickowitz
John W. Kim
445 South Figueroa Street, Suite 31st Floor
Los Angeles, Ca 90071
aickowitz@nossaman.com
jkim@nossaman.com

Andy Kong
Mette H. Kurth
Arent Fox LLP
10900 Wilshire Blvd., Suite 500
Los Angeles, CA 90013
kong.andy@arentfox.com
kurth.mette@arentfox.com

Michael S. Kogan
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974
mkogan@ecjlaw.com

Eli J. Karpeles
Karpeles & Associates
8383 Wilshire Blvd., Suite 346
Beverly Hills, CA 90211

Equitable Variable Life/Insurance Co.
9595 Wilshire Blvd., Suite 1010
Beverly Hills, CA 90212

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**