**EXHIBIT 8**

| MECHANIC'S LIEN CLAIMANT | TOTAL AMOUNT ASSERTED |
|---|---:|
| Morrow Equipment Co.<br>Post Office Box 3306<br>Salem, OR  97302 | $ 131,156.45 |
| Murray Company<br>2919 East Victoria Street<br>Rancho Dominguez, CA  90221 | $ 997,496.88 |
|  | $ 190,784.60 |
| SASCO<br>Attn:  Fausto Gonzalez<br>2750 Moore Avenue<br>Fullerton, CA  92833 | $ 114,394.00 |
|  | $ 398,512.00 |
|  | $ 661,810.00 |
|  | $ 2,020,970.20 |
| Masonry Concepts, Inc.<br>15408 Cornet Street<br>Santa Fe Springs, CA  90670 | $ 240,197.10 |
| Mr. Crane, Inc.<br>647 North Hariton Street<br>Orange, CA  92868 | $ 477,626.00 |
| Carpet USA, Ltd.<br>11143 West Washington Boulevard<br>Culver City, CA  90232 | $ 1,751,611.27 |
| Carpet USA, Ltd.<br>11143 West Washington Boulevard<br>Culver City, CA  90232 | $ 411,060.65 |
| Troyer Contracting Company, Inc.<br>10122 Freeman Avenue<br>Santa Fe Springs, CA  90670 | $ 141,904.50 |
| JW Door Installations, Inc.<br>14758 Oxnard Street<br>Van Nuys, CA  91411 | $ 458,881.98 |
| The Burks Co.<br>4521 Bend Drive<br>Los Angeles, CA  90065 | $ 173,532.00 |

| MECHANIC'S LIEN CLAIMANT | TOTAL AMOUNT ASSERTED |
|---|---:|
| Fire Protection Group, Inc.<br>3712 West Jefferson Boulevard<br>Los Angeles, CA 90016 | $ 169,892.45 |
| Troyer Contracting Company, Inc.<br>10122 Freeman Avenue<br>Santa Fe Springs, CA 90670 | $ 431,478.80 |
| | $ 141,904.50 |
| Weiss Sheet Metal Company<br>Post Office Box 1605<br>Gardena, CA 90249 | $ 249,030.90 |
| Alno Pasadena<br>70 East Montecito Avenue<br>Sierra Madre, CA 91024 | $ 395,136.00 |
| | $ 91,244.00 |
| Wescor Construction, Inc.<br>18607 Ventura Boulevard<br>Suite 204<br>Tarzana, CA 91356 | $ 664,191.00 |
| Coastal International, Inc.<br>599 Bridgeway<br>Sausalito, CA 94965 | $ 361,997.50 |
| Borbon, Inc.<br>7312 Walnut Avenue<br>Buena Park, CA 90620 | $ 1,088,222.20 |
| L&W Supply Corporation dba Cal-Wal Gypsum Supply<br>Attn: Yvonne P. Gutierrez<br>8535 East Florence Avenue<br>Downey, CA 90240 | $ 141,470.11 |
| CMF, Inc.<br>1317 West Grove Avenue<br>Orange, CA 92865 | $ 841,792.40 |

**EXHIBIT 9**

VALUATION & ADVISORY SERVICES

**CBRE**
CB RICHARD ELLIS

CB Richard Ellis, Inc.
355 South Grand Avenue
Suite 1200
Los Angeles, CA 90071-1549
www.cbre.com

January 11, 2010

Mr. Sonny Astani
Manager
**GTS 900 F LLC**
9595 Wilshire Boulevard, Suite 1010
Beverly Hills, California 90212

RE: Market Value Appraisal
The Concerto
Under construction condominium project
Figueroa – 9th – Flower
Downtown Los Angeles, California 90015
**CBRE File No. 09-0966**

Dear Mr. Astani:

At your request, we have prepared the following appraisal of Concerto, a two-phase, mixed-use (residential condominum and retail) development, currently under construction in the South Park neighborhood of Downtown Los Angeles. The site is located at the southeast corner of Figueroa Street and 9th Street, extending east to Flower Street. The gross land area is 100,955 square feet and a net land area is 96,492 square feet.

Upon completion, the project will include two high-rise condominium towers with ground floor retail, a seven-story "loft" condominium building with ground floor retail and a freestanding retail pad building. These structures will surround a parking structure topped with an amenity deck serving all residences. There will be a total of 629 residential units, totaling 674,307 net saleable square feet, 25,371 square feet of ground floor retail, 49,213 square feet of storage and 978 parking spaces. The various project components are summarized in the following chart.

| PROJECT SUMMARY | | | |
|---|---|---|---|
| Type of Space | Sq. Ft. | Units | Avg. Unit SF |
| Residential | | | |
| Tower I - Phase I | 291,818 | 271 | 1,077 |
| Lofts - Phase I | 83,619 | 77 | 1,086 |
| Tower II - Phase II | 298,870 | 281 | 1,064 |
| Subtotal - Residential | 674,307 | 629 | 1,072 |
| Retail | | | |
| Tower I - Phase I | 4,761 | N/A | N/A |
| Lofts - Phase I | 6,807 | N/A | N/A |
| Freestanding - Phase I | 8,000 | N/A | N/A |
| Tower II - Phase II | 5,803 | N/A | N/A |
| Subtotal - Retail | 25,371 | N/A | N/A |
| Storage | | | |
| Tower I - Phase I | 33,468 | N/A | N/A |
| Lofts - Phase I | 1,405 | N/A | N/A |
| Tower II - Phase II | 14,340 | N/A | N/A |
| Subtotal - Storage | 49,213 | N/A | N/A |

Source: Developer

© 2010 CB Richard Ellis, Inc.

Mr. Sonny Astani
January 11, 2010
Page 2

As of the date of this report, the seven-story "loft" condominium building is complete and move-ins have begun. The parking structure and amenity deck, and one high-rise tower (Tower I) are nearly complete. These elements, along with the freestanding retail pad (not currently under construction), comprise Phase I of the project.

On August 29, 2009, the developer held a one-day sales event for the 77-unit low-rise loft condominium building and placed all 77 units under contract. The total gross sales price of these units was $30,764,513, equal to $399,539 per unit, or $368 per square foot. This building is completed and has been issued a temporary certificate of occupancy, which will allow the developer to close escrow and residents to move in. According to the developer, as of the date of this report, units are beginning to close escrow and residents are moving in. We have assumed that as of June 1, 2010, the date of our Prospective Value Upon Completion of Tower I, escrows will have closed on all of these units. Therefore, our Prospective Value Upon Completion of Tower I does not include any revenue from sales of residential units in the loft condominium building; however, the ground floor commercial/retail condominium is included in the Phase I retail component, which we have assumed is sold in a single transaction upon stabilization.

The developer anticipates opening a sales office for Tower I in early 2010, with completion of construction and issuance of certificate of occupancy by June 1, 2010. We have therefore used June 1, 2010 as our Prospective Value Upon Completion of Tower I, at which point we have assumed no remaining Phase I construction costs except for the freestanding retail pad and lease up costs and tenant improvement costs for all of the retail Phase I retail.

Phase II consists of the second high-rise tower (Tower II), for which 400 parking spaces, substructure, and amenities are near completion as part of the Phase I construction, with these costs included in the Phase I construction costs. Most of the construction documents, engineering and city fees for Tower II have also been paid and are included in the Phase I construction costs. The developer estimates that the cost allocation for the parking, substructure and fees associated with Phase II/Tower II is approximately $22,504,580. There is currently no timeframe for beginning construction of the Phase II tower. Based on a May 2006 estimate prepared by Webcor Builders, the remaing cost to complete Phase II is $105,731,876. (Note that for valuation purposes, the already-built garage component and substructure required for the Phase II Tower are allocated to the Phase II valuation.)

This appraisal is subject to the following two extraordinary assumptions: 1) The current business plan assumes a restructuring of the existing construction loan. Based on this, we have made the following extraordinary assumption: the subject will have non-recourse debt financing of $162,098,032, with an annual rate of 4.00%, which will be repaid with proceeds from sales of the Phase I condominium units, prior to any developer's profit. As will be discussed within this report, this extraordinary assumption has a significant impact on the discount rate used within our analysis. 2) Phase I is complete, with certificate of occupancy received, all construction costs expended (except for the freestanding retail) and sale of all 77 residential units in the loft building completed. (It should be noted that the ground floor commercial/retail component of the 77-unit loft building is included in the Phase I retail component, which we have assumed is sold in a single transaction, with the other Phase I retail components, upon stabilization.)

The purpose of the appraisal is to provide the prospective value for Phases I and II, upon completion of Tower I, as of June 1, 2010.

© 2010 CB Richard Ellis, Inc.

Mr. Sonny Astani
January 11, 2010
Page 3

Under these terms and conditions, the prospective value of the subejct property upon completion of Tower I is as follows:

| Phase | Appraisal Premise | Interest Appraised | Date of Value | Per FAR | Value Conclusion |
|---|---|---|---|---|---|
| **PROSPECTIVE VALUE UPON COMPLETION OF TOWER I** | | | | | |
| Phase I | Prospective Value Upon Completion of Tower I | Fee Simple | June 1, 2010 | | $ 168,800,000 |
| Phase II | Prospective Value Upon Completion of Tower I | Fee Simple | June 1, 2010 | | $ 34,500,000 |
| **TOTAL** | | | | | **$ 203,300,000** |
| Compiled by CBRE | | | | | |

A narrative report, together with exhibits, Certification, Limiting Conditions, and Specific Assumptions, are an integral part of this appraisal assignment.

Sincerely,

**CB RICHARD ELLIS, INC.**
**Valuation & Advisory Services**

David A. Zoraster, MAI
Vice President
CA Certification No. AG001735
Phone – (213) 613-3658
Fax – (213) 613-3131
Email – david.zoraster@cbre.com

Mark S. Moniz
Appraiser

Phone – (213)-613-3036
Fax – (213)-613-3131
Email – mark.moniz@cbre.com

© 2010 CB Richard Ellis, Inc.

## CERTIFICATION OF THE APPRAISAL

**CERTIFICATION OF THE APPRAISER**

We certify to the best of my knowledge and belief:

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.
3. We have no present or prospective interest in or bias with respect to the property that is the subject of this report and have no personal interest in or bias with respect to the parties involved with this assignment.
4. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.
5. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal, such as the approval of a loan.
6. This appraisal assignment was not based upon a requested minimum valuation, a specific valuation, or the approval of a loan.
7. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice of The Appraisal Foundation and the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.
8. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.
9. David A. Zoraster, MAI has completed the requirements of the continuing education program of the Appraisal Institute.
10. David A. Zoraster, MAI and Mark S. Moniz have made a personal inspection of the property that is the subject of this report.
11. No one provided significant professional appraisal assistance to the person signing this report.
12. David A. Zoraster, MAI and Mark S. Moniz have extensive experience in the appraisal/review of similar property types.
13. David A. Zoraster, MAI is currently certified in the state where the subject is located.
14. Valuation and Advisory Services operates as an independent economic entity within CB Richard Ellis, Inc. Although other employees of CB Richard Ellis, Inc. divisions may be contacted as a part of our routine market research investigations, absolute client confidentiality and privacy are maintained at all times with regard to this assignment without conflict of interest.

David A Zoraster, MAI
Vice President
CA State Certification No. AG001735

Mark S. Moniz
Appraiser

i

© 2010 CB Richard Ellis, Inc.



84

**EXHIBIT 10**

**FOR IMMEDIATE RELEASE**

## STARWOOD CAPITAL GROUP, TPG CAPITAL AND PERRY CAPITAL LEAD ACQUISITION OF $4.5 BILLION CORUS BANK REAL ESTATE ASSETS

**GREENWICH, CT AND FORT WORTH, TX – October 7, 2009** – Starwood Capital Group, TPG Capital, Perry Capital and WLR LeFrak today announced that they have reached a definitive agreement with the Federal Deposit Insurance Corporation (FDIC) to acquire an equity interest in a limited liability company (LLC) which will hold the construction loans and real estate owned (REO) assets formerly owned by Chicago-based Corus Bank, NA. The $4.5 billion portfolio consists of more than 100 loan and REO assets linked to high-quality condominiums, multifamily housing, office properties, and land, representing nearly 23 million square feet.

The transaction, which represents one of the largest acquisitions of distressed commercial real estate assets, is valued at approximately $2.77 billion. This equates to approximately 60% of unpaid principal balance (UPB) and a significantly greater discount to total construction costs. The portfolio consists of three major components: first, a significant number of loans which are performing and expected to stay performing; second, a group of owned real estate which includes multifamily, office as well as completed condominium projects; and third, a subset of loans which may or may not be performing but on which title is expected to be recovered.

Under the terms of the deal, the FDIC will own a 60 percent equity interest in Corus Construction Ventures, LLC, and will provide financing with a 0% coupon for 50% of the purchase price to the LLC. The FDIC will also extend up to a $1 billion facility for working capital purposes and to fund project completions. The majority of the new equity capital will be provided equally by Starwood Capital and TPG Capital, with Perry Capital and WLR LeFrak contributing the remainder. Starwood Capital will oversee the day-to-day management of the portfolio, an area where the firm has a wealth of experience dating back to the 1990s when it was an active owner of distressed loan portfolios. The newly-formed company's board of directors will have five members, with Starwood nominating two members, TPG two members, and Perry one member.

The investor group has extensive experience in real estate investing and in the turnaround of distressed assets, and plans to actively manage each property according to an asset-specific business plan.

"We are excited to partner with the FDIC in acquiring the assets of Corus Bank. The portfolio is unique - not only because of the average loan size - but also due to the exceptional quality and geographic diversity of the assets," said Barry Sternlicht, chairman and CEO of Starwood Capital. "The financial structure of this transaction affords the buyer to be exceedingly patient to protect, maintain and enhance the assets while maximizing profit potential for the equity participants."

"This is a unique opportunity to purchase a sizeable portfolio of high-quality assets with strong recovery potential in key U.S. markets," said Kelvin Davis, a partner at TPG. "A number of TPG principals were very active in real estate investing during the last distressed cycle in the early 1990s, and we are excited to be participating in this promising opportunity as part of our broader real estate interests."

"Along with the FDIC and the rest of our partners, we will work diligently to most effectively manage this portfolio of real estate assets," added Richard C. Perry, president and co-founder of Perry Capital. "Perry Capital plans to devote the time, energy and resources to make this investment successful for all constituents."

Corus Bank was seized by the FDIC on September 11, 2009. Its deposits were sold and the FDIC had been conducting a private auction for the remaining assets.

Corus Bank historically provided senior construction loans to high-end developments in major markets. The 102 properties in the portfolio include 79 condominium buildings, 14 multifamily complexes, eight office buildings and one land development project. Properties are located in a number of markets, including Los Angeles, Miami, Washington, D.C., New York, Chicago and Atlanta. There are over 12,000 condominium units, accounting for 15 million square feet.

**About Starwood Capital Group**
Starwood Capital is a private, US-based investment firm with a core focus on global real estate. Since the group's inception in 1991, the firm, through its various funds, has invested more than $6 billion of equity capital, representing $21 billion in assets. Starwood currently has approximately $13 billion of assets under management. Starwood maintains offices in Greenwich, Atlanta, San Francisco, Washington, D.C., London, Mumbai and Tokyo. Starwood has invested in nearly every class of real estate on a global basis, including office, retail, residential, senior housing, golf, hotels, resorts and industrial assets. Starwood and its affiliates have successfully executed an investment strategy that includes building enterprises around core real estate portfolios in both the private and public markets.

**About TPG Capital**
TPG Capital is the global buyout group of TPG, a leading private investment firm founded in 1992 with approximately $45 billion of assets under management and 15 offices in 10 countries around the world. Since inception TPG has invested in approximately 140 companies across diverse industries, investing more than $30 billion of equity capital across a number of different economic and credit cycles. Currently, TPG has approximately 70 active investments throughout the world, including such real estate intensive businesses as Harrah's, Neiman Marcus, ParkwayLife REIT, PETCO and Surgical Care Affiliates. Please visit www.tpg.com.

**About Perry Capital**
Perry Capital is a private investment firm founded in 1988. It currently manages approximately $7 billion across a variety of asset classes including publicly traded equity and debt securities, private equity and real estate. Perry Capital has offices in New York, London, and Hong Kong.

**About WLR LeFrak**

86

WLR LeFrak is a joint venture of the LeFrak Organization and WL Ross & Co LLC. Founded in 1901, the LeFrak Organization is recognized as one of the world's leading real estate firms with a wholly owned portfolio in excess of 20,000 residential units and nine million square feet of office and retail space, primarily in the New York and Los Angeles metropolitan regions. The company historically has focused on large-scale, mixed-use development, but is active in all aspects of real estate investing and ownership as well as in securities, oil and gas, merchant banking and other alternative investments. WL Ross & Co. LLC, founded by Wilbur L. Ross, Jr., based in New York City, has sponsored more than $8 billion of equity-linked investments since its inception in 2000. Many of these investments have been in the financial sector, such as banking, loan servicing and insurance and the industrial sector, such as the steel, automotive, coal and rail space.

###

**Contacts:**

For Starwood Capital Group
Tom Johnson
Abernathy MacGregor Group
212-371-5999

For TPG Capital
Kristin Celauro
Owen Blicksilver Public Relations, Inc.
732-433-5200

For Perry Capital
Rich Myers
Edelman
212-819-4807

For WLR LeFrak
Andrea Gorlyn
LeFrak Organization
212-708-6644