Alan G. Tippie (CA Bar No. 89587)
atippie@sulmeyerlaw.com
David S. Kupetz (CA Bar No. 125062)
dkupetz@sulmeyerlaw.com
Marcus A. Tompkins (CA Bar No. 190922)
mtompkins@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Bankruptcy Counsel for GTS 900 F, LLC,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GTS 900 F, LLC, a California limited liability company, aka Concerto,,<br><br>Debtor.<br><br>Tax ID # 20-2396211 | Case No. 2:09-bk-35127-VZ<br><br>Chapter 11<br><br>**NOTICE OF MODIFIED BUDGET IN CONNECTION WITH ORDER GRANTING DEBTOR'S MOTION AUTHORIZING USE OF CASH COLLATERAL (PROCEEDS OF SALES OF RESIDENTIAL LOFT UNITS) ENTERED ON OCTOBER 30, 2009; DECLARATION OF DAVID S. KUPETZ**<br><br>Date: [None Required]<br>Time: [None Required]<br>Place: U.S. Bankruptcy Court<br>Courtroom 1368<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that GTS 900 F, LLC (the "Debtor"), debtor in possession, Corus Construction Venture, LLC, holder of the claim against the Debtor and lien on property of the estate formerly held by Corus Bank, N.A., and the official committee of creditors appointed in this case have agreed upon a modified budget (the "Budget") in connection with the "Order Granting Debtor's Motion Authorizing Use of Cash Collateral (Proceeds of Sales of Residential Loft Units)" (the "Cash Collateral

1  Order") entered in this case on October 30, 2009. A true and correct copy of the Budget
2  is attached hereto as Exhibit 1 and is incorporated herein by this reference. In
3  accordance with Paragraph 6(b) of the Cash Collateral Order, the Budget is the Final
4  Budget under the Cash Collateral Order.

6  DATED: January 19, 2010         **SulmeyerKupetz**
                                    A Professional Corporation

                                    By: /s/ David S. Kupetz
                                    David S. Kupetz
                                    Bankruptcy Counsel for GTS 900 F, LLC
                                    Debtor and Debtor in Possession

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

## DECLARATION OF DAVID S. KUPETZ

I, David S. Kupetz, declare:

1. I am an attorney duly admitted and qualified to law before the above-entitled Court.

2. I have personal knowledge of the facts stated herein. I can testify that said facts are true and correct.

3. I am a member of the law firm SulmeyerKupetz ("SK"), a professional corporation. SK is bankruptcy counsel to GTS 900 F, LLC (the "Debtor").

4. The Debtor filed a voluntary chapter 11 petition commencing the above-captioned reorganization case on September 17, 2009.

5. On October 30, 2009, the Court entered its "Order Granting Debtor's Motion Authorizing Use of Cash Collateral (Proceeds of Sales of Residential Loft Units)" (the "Cash Collateral Order").

6. The Debtor, Corus Construction Venture, LLC, holder of the claim against the Debtor and lien on property of the estate formerly held by Corus Bank N.A., and the official creditors' committee appointed in this case have agreed on a modified budget (the "Budget") in connection with the Cash Collateral Order.

7. In accordance with Paragraph 6(b) of the Cash Collateral Order, the Budget is the Final Budget under the Cash Collateral Order.

8. A true and correct copy of the Budget is attached hereto as Exhibit 1 and is incorporated herein by this reference.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED JANUARY 19, 2010, AT LOS ANGELES, CALIFORNIA.

_____
David S. Kupetz

3

# EXHIBIT 1

| SUMMARY OF COSTS TO COMPLETE | | | | LOFT SALES | | | | | TOWER SALES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As of Dec. 15, 2009 | | Remaining Costs | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| Description | Contractor | to Complete | Sep-09 | Oct-09 | Nov-09 | Dec-09 | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 |
| **TOWER - REMAINING HARD COSTS** | | | | | | | | | | | | |
| Final Clean Up | | 175,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $58,333 | $58,333 | $58,334 |
| Temporary Job Construction | | 126,091 | 0 | 0 | 0 | 26,091 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 0 |
| Concrete Paving | Golden Construction | 638,931 | 0 | 0 | 0 | 0 | 125,286 | 248,072 | 189,179 | 71,393 | 5,001 | 0 |
| Landscaping | Park West | 430,844 | 0 | 0 | 0 | 0 | 0 | 86,167 | 258,500 | 64,625 | 21,552 | 0 |
| Swimming Pool & Equipment | Addison | 201,600 | 0 | 0 | 0 | 0 | 20,160 | 80,640 | 80,640 | 20,160 | 0 | 0 |
| Miscellaneous Metals | ACSS | 381,633 | 0 | 0 | 0 | 0 | 20,332 | 111,990 | 111,990 | 76,327 | 58,494 | 2,500 |
| Millwork | Alno (Pasadena) | 280,400 | 0 | 0 | 0 | 0 | 34,040 | 90,120 | 78,120 | 56,080 | 22,040 | 0 |
| Cabinets, Residential | Alno, USA | 450,000 | 0 | 0 | 0 | 0 | 0 | 112,500 | 112,500 | 112,500 | 112,500 | 0 |
| Membrane Coatings & Fluid Applied Roofing | Troyer #2 | 356,692 | 0 | 0 | 0 | 0 | 112,008 | 97,008 | 112,008 | 35,668 | 0 | 0 |
| Hardware & Labor | The Burks Co. | 133,641 | 0 | 0 | 0 | 0 | 26,728 | 26,728 | 26,728 | 26,728 | 13,364 | 13,365 |
| (Structural Glass) Curtainwall Systems | AGA | 121,270 | 0 | 0 | 0 | 0 | 40,381 | 36,381 | 30,381 | 5,064 | 9,063 | 0 |
| Gypsum Drywall | Superior Wall Systems | 107,400 | 0 | 0 | 0 | 0 | 14,740 | 28,220 | 23,220 | 21,480 | 16,740 | 3,000 |
| Tile | Carpet USA | 812,283 | 0 | 0 | 0 | 0 | 162,457 | 162,457 | 162,457 | 162,456 | 162,456 | 0 |
| Tile/Stone | SMG | 249,399 | 0 | 0 | 0 | 0 | 40,910 | 64,850 | 59,850 | 59,850 | 23,939 | 0 |
| Carpet & Wood Flooring | Carpet USA | 969,116 | 0 | 0 | 0 | 0 | 0 | 145,367 | 242,279 | 242,279 | 242,279 | 96,912 |
| Painting & Finishes, Int | Borbon, Inc. | 787,910 | 0 | 0 | 0 | 0 | 143,582 | 143,582 | 71,791 | 71,791 | 178,582 | 178,582 |
| Shower & Tub Enclosures | MASCO | 133,538 | 0 | 0 | 0 | 0 | 19,279 | 28,918 | 28,918 | 37,851 | 18,572 | 0 |
| Residential Appliances | Alno (Pasadena) | 1,014,834 | 0 | 0 | 0 | 0 | 382,707 | 507,417 | 124,710 | 0 | 0 | 0 |
| Fire Sprinklers | Fire Protection Group | 116,021 | 0 | 0 | 0 | 0 | 29,005 | 52,209 | 29,005 | 5,802 | 0 | 0 |
| Plumbing | Murray Company | 431,450 | 0 | 0 | 0 | 0 | 60,968 | 86,290 | 65,968 | 65,967 | 65,967 | 86,290 |
| HVAC | ACCO | 251,465 | 0 | 0 | 0 | 0 | 38,970 | 50,293 | 61,616 | 61,616 | 27,647 | 11,323 |
| Electrical | Sasco | 291,134 | 0 | 0 | 0 | 0 | 43,670 | 72,784 | 72,784 | 43,670 | 29,113 | 29,113 |
| Electrical | Sasco Low Voltage | 245,586 | 0 | 0 | 0 | 0 | 23,059 | 34,588 | 46,117 | 51,367 | 39,838 | 50,617 |
| Signage | CPS | 338,595 | 0 | 0 | 0 | 0 | 32,360 | 32,360 | 64,718 | 101,579 | 70,718 | 36,860 |
| Contingency for sub replacement | | 600,000 | 0 | 0 | 0 | 0 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |
| All Other Tower Hard Costs | Various | 945,587 | 0 | 0 | 0 | 0 | 217,939 | 232,813 | 213,696 | 107,348 | 86,901 | 86,890 |
| **TOWER - TOTAL REMAINING HARD COSTS** | | **$10,590,420** | **$0** | **$0** | **$0** | **$26,091** | **$1,708,581** | **$2,651,754** | **$2,387,175** | **$1,679,934** | **$1,383,099** | **$753,786** |
| | | | | | | | | | | | | |
| **LOFT - REMAINING HARD COSTS** | | | | | | | | | | | | |
| Ornamental Fencing Gates | ACSS | 25,000 | 0 | 0 | 0 | 6,250 | 18,750 | 0 | 0 | 0 | 0 | 0 |
| Cabinets, Residential | Alno USA | 25,000 | 0 | 0 | 0 | 6,250 | 18,750 | 0 | 0 | 0 | 0 | 0 |
| Window & Doors | Mirrors, Showers & Wardrobes | 119,000 | 0 | 0 | 0 | 29,750 | 89,250 | 0 | 0 | 0 | 0 | 0 |
| Painting & Finishes | Borbon | 152,700 | 0 | 0 | 0 | 75,000 | 77,700 | 0 | 0 | 0 | 0 | 0 |
| Toilet Accessories | (owed to Tower) | 28,000 | 0 | 0 | 0 | 0 | 8,000 | 20,000 | 0 | 0 | 0 | 0 |
| Low Voltage | Sasco | 54,385 | 0 | 0 | 0 | 24,385 | 30,000 | 0 | 0 | 0 | 0 | 0 |
| Signage | CPS | 35,000 | 0 | 0 | 0 | 8,750 | 26,250 | 0 | 0 | 0 | 0 | 0 |
| All Other Loft Hard Costs | Various | 142,800 | 0 | 0 | 0 | 47,600 | 47,600 | 47,600 | 0 | 0 | 0 | 0 |
| **LOFT - TOTAL REMAINING HARD COSTS** | | **$581,885** | **$0** | **$0** | **$0** | **$197,985** | **$316,300** | **$67,600** | **$0** | **$0** | **$0** | **$0** |
| | | | | | | | | | | | | |
| **OTHER HARD COSTS** | | | | | | | | | | | | |
| General Conditions | Astani Construction | 86,050 | 0 | 0 | 0 | 86,050 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deputy Inspectors | | 30,000 | 0 | 0 | 0 | 0 | 0 | 7,500 | 7,500 | 7,500 | 7,500 | 0 |
| G.C. Fee to Astani Construction, Inc. | Astani Construction | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Owner's Hard Cost Contingency | | 116,050 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | **0** | **0** | **0** | **86,050** | **0** | **7,500** | **7,500** | **7,500** | **7,500** | **0** |
| | | | | | | | | | | | | |
| **GENERAL CONDITIONS PAYMENTS** | Astani Construction | 1,461,450 | 0 | 211,500 | 49,950 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 |
| (Net of General Conditions Reimbursement) | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **TOTAL COSTS TO COMPLETE** | | **$12,749,805** | **$0** | **$435,576** | **$2,160,881** | **$2,919,354** | **$2,594,675** | **$1,887,434** | **$1,590,599** | **$961,286** | **$200,000** |

4

## Total Costs to Complete
## Astani_Concerto

LOAN #  00-1435101

| | | PSF | Commitment Budget | Previous Change Orders &/or Reallocations | Change Orders &/or Reallocations This Request | Total Change Orders &/or Reallocations | Adjusted Budget |
|---|---|---|---|---|---|---|---|
| **LAND AND CARRY** | | | | | | | |
| 1 | Land Cost | $ - | $ - | $ - | $ - | $ - | $ - |
| **HARD COSTS** | | | | | | | |
| 2 | Parking Garage & Tower | $ 25.78 | $ 9,990,420 | $ - | $ - | $ - | $ 9,990,420 |
| 3 | CM Fee and Gen. Conditions to Webcor | $ - | $ - | $ - | $ - | $ - | $ - |
| 4 | Loft Building | $ 1.50 | $ 581,885 | $ - | $ - | $ - | $ 581,885 |
| 5 | General Conditions | $ 3.99 | $ 1,547,500 | $ - | $ - | $ - | $ 1,547,500 |
| 6 | Deputy Inspectors | $ 0.08 | $ 30,000 | $ - | $ - | $ - | $ 30,000 |
| 7 | G.C. Fee to Astani Construction, Inc. | $ 1.55 | $ - | $ - | $ - | $ - | $ - |
| 8 | Contingency for Contractor Replacement | $ - | $ 600,000 | $ - | $ - | $ - | $ 600,000 |
| 9 | Owner's Hard Cost Contingency | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL HARD COSTS** | | $ 32.91 | $ 12,749,805 | $ - | $ - | $ - | $ 12,749,805 |
| **SOFT COSTS** | | | | | | | |
| 10 | Interest Reserve | $ - | | $ - | $ - | $ - | $ - |
| 11 | Loan Fee | $ - | | $ - | $ - | $ - | $ - |
| 12 | Loan Costs | $ - | | $ - | $ - | $ - | $ - |
| 13 | Broker's Fee | $ - | | $ - | $ - | $ - | $ - |
| 14 | Architecture & Engineering | $ 0.32 | $ 125,000 | $ - | $ - | $ - | $ 125,000 |
| 15 | Consultants | $ - | | $ - | $ - | $ - | $ - |
| 16 | Approvals, Permits | $ 0.11 | $ 43,789 | $ - | $ - | $ - | $ 43,789 |
| 17 | Legal, Accounting (Professional Fees) | $ 3.16 | $ 1,225,000 | $ - | $ - | $ - | $ 1,225,000 |
| 18 | Insurance | $ 0.42 | $ 164,428 | $ - | $ - | $ - | $ 164,428 |
| 19 | Marketing/Sales Center | $ 0.31 | $ 120,000 | $ - | $ - | $ - | $ 120,000 |
| 20 | Developer's Fee | $ - | | $ - | $ - | $ - | $ - |
| 21 | Real Estate Taxes (1/07-12/08) | $ - | | $ - | $ - | $ - | $ - |
| 22 | HOA | $ 0.04 | $ 14,438 | $ - | $ - | $ - | $ 14,438 |
| 23 | Gym & Pool Furniture & Equipment | $ 0.52 | $ 200,000 | $ - | $ - | $ - | $ 200,000 |
| 24 | Soft Cost Contingency | $ - | | $ - | $ - | $ - | $ - |
| **TOTAL SOFT COSTS** | | $ 4.88 | $ 1,892,655 | $ - | $ - | $ - | $ 1,892,655 |
| **TOTAL PROJECT BUDGET** | | $ 37.79 | $ 14,642,460 | $ - | $ - | $ - | $ 14,642,460 |

5

| In re: | CHAPTER: 11 |
|---|---|
| GTS 900 F, LLC, a California limited liability company, aka Concerto, | |
| Debtor(s). | CASE NUMBER: 2:09-bk-35127-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as NOTICE OF MODIFIED BUDGET IN CONNECTION WITH ORDER GRANTING DEBTOR'S MOTION AUTHORIZING USE OF CASH COLLATERAL (PROCEEDS OF SALES OF RESIDENTIAL LOFT UNITS) ENTERED ON OCTOBER 30, 2009; DECLARATION OF DAVID S. KUPETZ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 19, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

SEE ATTACHED SERVICE LIST

☒ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On January 19, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on January 19, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1360
255 E. Temple Street
Los Angeles, CA 90012-3332

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 19, 2010 | Debbie A. Perez | /s/ Debbie A. Perez |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

6

| In re:                                                                                      | CHAPTER: 11                          |
|---------------------------------------------------------------------------------------------|--------------------------------------|
| GTS 900 F, LLC, a California limited liability company, aka Concerto,                       |                                      |
|                                                                               Debtor(s).    | CASE NUMBER: 2:09-bk-35127-VZ        |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**DEBTOR**
GTS 900 F, LLC
c/o Sonny Astani
Concerto Manager, Inc.
9595 Wilshire Blvd., Ste. 1010
Beverly Hills, CA 90212
sonny@astanienterprises.com
marlene@hpgmanagement.com
Brenda@astanienterprises.com
(Served via U.S. Mail & e-mail)

**OFFICE OF THE UNITED STATES TRUSTEE**
Office of the United States Trustee
Attn: Dare Law, Esq.
Ernst & Young Plaza
725 South Figueroa St., 26th Floor
Los Angeles, CA 90017
(Served via U.S. Mail)

**COUNSEL FOR FEDERAL DEPOSIT INSURANCE CORPORATION**
Nossaman LLP
Attn: Allan H. Ickowitz
Attn: Robert S. McWhorter
Attn: John Kim
445 South Figueroa Street, Suite 31st Floor
Los Angeles, Ca 90071
aickowitz@nossaman.com
rmcwhorter@nossaman.com
jkim@nossaman.com
(Served via U.S. Mail & e-mail)

**COUNSEL FOR CORUS CONSTRUCTION VENTURES LLC, SECURED CREDITOR (SUCCESSOR TO CORUS BANK, N.A. AND FDIC)**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Van C. Durrer II
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
van.durrer@skadden.com
(Served via U.S. Mail & e-mail)

**ATTY. FOR COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**
Hamid Rafatjoo
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100
hrafatjoo@pszjlaw.com
(Served via U.S. Mail & e-mail)

**COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**
Carpet USA
11143 W. Washington Blvd.
Culver City, CA 90232
Telephone: (310) 204-5717
Jerryag2000@yahoo.com
(Served via email & U.S. Mail)

SASCO
Attn: John Stevenson
2750 Moore Avenue
Fullerton, CA 92833
Telephone: (714) 870-0217 ext 615
jstevenson@sasco.com
(Served via email & U.S. Mail)

Architectural Glass & Aluminum

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
DKUPETZ\ 613012.1 1/19/2010 (1:06 PM)

F 9013-3.1

7

| In re:                                                                      | CHAPTER: 11                        |
|---|---|
| GTS 900 F, LLC, a California limited liability company, aka Concerto,      |                                    |
|                                                              Debtor(s).    | CASE NUMBER: 2:09-bk-35127-VZ      |

Attn: John Buckley, President
1151 Marina Village Parkway, Suite 101
Alameda, CA 94501
Telephone: (510) 444-6100
jbuckley@aga-ca.com
(Serve via email & U.S. Mail)

ACCO Engineered Systems Inc.
6265 San Fernando Rd.
Glendale, CA 91201
Telephone: (818) 244-6571
cseyforth@accoes.com
(Served via email & U.S. Mail)

Murray Company
Attn: Richard Stafford, President, CFO
2919 E. Victoria Street
Rancho Dominguez, CA 90221
rstafford@murraycompany.com
(Served via email & U.S. Mail)

**20 LARGEST UNSECURED CREDITORS**
ACCO Engineered Systems Inc.
6265 San Fernando Rd.
Glendale, CA 91201
(Served via U.S. Mail)

Alno Pasadena
70 E. Montecito Ave.
Sierra Madre, CA 91024
(Served via U.S. Mail)

Alno U.S.A.
1 Design Center Place, Suite 653
Boston, MA 02210
(Served via U.S. Mail)

Architectural Glass & Aluminum Co.
1151 Marina Village Parkway, Suite 101
Alameda, CA 94501
(Served via U.S. Mail)

Borbon, Inc.
7312 Walnut Avenue
Buena Park, CA 90620
(Served via U.S. Mail)

Carpet USA
11143 W. Washington Blvd.
Culver City, CA 90232
(Served via U.S. Mail)

CMF, Inc.
1317 West Grove Avenue
Orange, CA 92865
(Served via U.S. Mail)

DeStefano and Partners, Ltd.
633 W. 5th Street, Suite 5700
Los Angeles, CA 90071
(Served via U.S. Mail)

Fire Protection Group, Inc. &
Master Fireguard, Corp.
3712 W. Jefferson Blvd.
Los Angeles, CA 90016
(Served via U.S. Mail)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
DKUPETZ\ 613012.1 1/19/2010 (1:06 PM)

F 9013-3.1
8

| In re: | CHAPTER: 11 |
|---|---|
| GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor(s). | CASE NUMBER: 2:09-bk-35127-VZ |

Golden Construction
32910 Deerglen Lane
Santa Clarita, CA 91390
(Served via U.S. Mail)

JW Door Corporation
14764 Oxnard Street
Van Nuys, CA 91411
(Served via U.S. Mail)

Mr. Crane
647 N. Hariton Street
Orange, CA 92868
(Served via U.S. Mail)

Murray Company
2919 E. Victoria St
Rancho Dominguez, CA 90221
(Served via U.S. Mail)

Otis Elevator
Dept. LA 21684
Pasadena, CA 91185-1684
(Served via U.S. Mail)

SASCO
2750 Moore Avenue
Fullerton, CA 92833
(Served via U.S. Mail)

SMG Stone Company
8460 San Fernando Rd
Sun Valley, CA 91352
(Served via U.S. Mail)

Superior Wall Systems
1232 E. Orangethorpe Ave.
Fullerton, CA 92831
(Served via U.S. Mail)

Troyer Contracting Company
10122 Freeman Avenue
Santa Fe Springs, CA 90670
(Served via U.S. Mail)

Weiss Sheet Metal Company
1715 W. 135th Street
Gardena, CA 90249
(Served via U.S. Mail)

Wescor Construction Inc.
18607 Ventura Blvd, Suite 204
Tarzana, CA 91356
(Served via U.S. Mail)

**TAXING AUTHORITIES**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114
(Served via U.S. Mail)

Internal Revenue Service
Insolvency I Stop 5022
300 North Los Angeles Street, Room 4062
Los Angeles, CA 90012-9903
(Served via U.S. Mail)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
DKUPETZ\ 613012.1 1/19/2010 (1:06 PM)

**F 9013-3.1**

9

| In re: | CHAPTER: 11 |
|---|---|
| GTS 900 F, LLC, a California limited liability company, aka Concerto, | |
| Debtor(s). | CASE NUMBER: 2:09-bk-35127-VZ |

Attorney General
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044
(Served via U.S. Mail)

United States Department of Justice Tax Division
Civil Trial Section, Western Region
P.O. Box 683
Ben Franklin Station
Washington, DC 20044
(Served via U.S. Mail)

United States Attorney's Office Tax Division
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, CA 90012
(Served via U.S. Mail)

Civil Process Clerk
United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012
(Served via U.S. Mail)

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952
(Served via U.S. Mail)

**SPECIAL LITIGATION COUNSEL**
Gregory M. Salvato, Esq.
Richard Clark, Esq.
Parker, Milliken, Clark, O'Hara & Samuelian, APC
City National Bank Tower
555 So. Flower Street, 30th Floor
Los Angeles, California 90071
gsalvato@pmcos.com
rclark@pmcos.com
(Served via U.S. Mail & e-mail)

**OTHER (COURTESY COPIES)**
Richard S. Friedman
Rita M. Haeusler
Hughes Hubbard & Reed LLP
350 So. Grand Avenue
Los Angeles, CA 90071-3442
friedman@hugheshubbard.com
haeusler@hugheshubbard.com
(Served via U.S. Mail & e-mail)

James R. Maddox, Jr.
Steve Green
Kibel Green, Inc.
2001 Wilshire Blvd., Suite 420
Santa Monica, CA 90403
jmaddox@kginc.com
sgreen@kginc.com
(Served via U.S. Mail & e-mail)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
DKUPETZ\ 613012.1 1/19/2010 (1:06 PM)

F 9013-3.1

10

| In re: | CHAPTER: 11 |
|---|---|
| GTS 900 F, LLC, a California limited liability company, aka Concerto, | |
| Debtor(s). | CASE NUMBER: 2:09-bk-35127-VZ |

**PARTIES REQUESTING SPECIAL NOTICE**
Corus Construction Venture, LLC
as purchaser of Corus loan from FDIC as receiver to Corus Bank, N.A.
c/o Van C. Durrer II, Esq.
c/o Kurt Ramlo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
van.durrer@skadden.com
kurt.ramlo@skadden.com

Morrow Equipment Co., LLC
c/o Bruce A. Hatkoff
A Law Corporation
16633 Ventura Blvd., Suite 940
Encino, CA 91436-1801
(Service via U.S. Mail)

Troyer Contracting Company, Inc.
c/o Richard P. Wagner, Esq.
Wagner Palmer, PC
400 Oceangate, Suite 700
Long Beach, CA 90802
richwagner@wagnerpalmer.com

Coastal International Inc.
c/o Robin L. Itkin
Katherine C. Piper
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
ritkin@steptoe.com
kpiper@steptoe.com

**COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)**
Catherine M. Castaldi
Joel S. Miliband
Rus, Miliband & Smith, APC
2600 Michelson Dr., Suite 700
Irvine, CA 92612
ccastaldi@rusmiliband.com
jmiliband@rusmiliband.com

Amie Y. Wong
McKenna Long & Aldridge
300 South Grand Avenue
Los Angeles, CA 90071
awong@mckennalong.com

Allan H. Ickowitz
John W. Kim
445 South Figueroa Street, Suite 31st Floor
Los Angeles, Ca 90071
aickowitz@nossaman.com
jkim@nossaman.com

Andy Kong
Mette H. Kurth
Arent Fox LLP
10900 Wilshire Blvd., Suite 500
Los Angeles, CA 90013
kong.andy@arentfox.com
kurth.mette@arentfox.com

Michael S. Kogan
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212-2974
mkogan@ecjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
DKUPETZ\ 613012.1 1/19/2010 (1:06 PM)

**F 9013-3.1**

**11**

| In re: | CHAPTER: 11 |
|---|---|
| GTS 900 F, LLC, a California limited liability company, aka Concerto, | |
| Debtor(s). | CASE NUMBER: 2:09-bk-35127-VZ |

Eli J. Karpeles
Karpeles & Associates
8383 Wilshire Blvd., Suite 346
Beverly Hills, CA  90211

Equitable Variable Life/Insurance Co.
9595 Wilshire Blvd., Suite 1010
Beverly Hills, CA  90212

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
DKUPETZ\ 613012.1 1/19/2010 (1:06 PM)

F 9013-3.1

12