Alan G. Tippie (CA Bar No. 89587)
  atippie@sulmeyerlaw.com
David S. Kupetz (CA Bar No. 125062)
  dkupetz@sulmeyerlaw.com
Marcus A. Tompkins (CA Bar No. 190922)
  mtompkins@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Bankruptcy Counsel for GTS 900 F, LLC,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re

GTS 900 F, LLC, a California limited liability company, aka Concerto,

Debtor.

Tax ID # 20-2396211

Case No. 2:09-bk-35127-VZ

Chapter 11

**DEBTOR'S REPLY TO OBJECTION OF COASTAL INTERNATIONAL, INC. TO DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION FOR GTS 900 F, LLC**

DATE: August 6, 2010
TIME: 10:00 a.m.
PLACE: Courtroom 1368
       255 East Temple Street
       Los Angeles, CA 90012

GTS 900 F, LLC (the "Debtor"), debtor in possession, replies to the objection (the "Objection") of Coastal International, Inc. ("Coastal"), to the Debtor's Second Amended Plan of Reorganization (the "Plan"), as follows:

1. Coastal asserts that the Plan violates various provisions of Section 1129(b) of the Bankruptcy Code with respect to classes 2 and 3 under the Plan. However, both classes 2 and 3 under the Plan have accepted the Plan. See Ballot

1 | Summary re Voting on Debtor's Second Amended Chapter 11 Plan (the "Voting Report")
2 | filed in this case on July 15, 2010. Accordingly, Section 1129(b) does not apply with
3 | respect to classes 2 and 3 under the Plan (as discussed in the Debtor's motion for
4 | approval of the Plan filed on July 16, 2010). Coastal's objections based on Section
5 | 1129(b) are misplaced and should be overruled.

6 |     2.    Coastal's contention that the Plan does not comply with
7 | Section 506(b) is also misguided. The Plan provides for the treatment of allowed claims.
8 | The Plan does not determine the allowance of claims or the amount of such claims.

9 |     3.    Coastal's contention that the Plan is not feasible, among other
10 | things, fails to take into account the valuation of the Debtor's Project that Corus
11 | Construction Venture, LLC ("CCV"), contends is the best current value of the Project and
12 | that has been accepted and adopted by the Debtor for purposes of determining CCV's
13 | allowed secured claim in connection with CCV's pending motion for relief from the
14 | automatic stay (set for hearing on August 10, 2010) and with regard to the Plan (set for
15 | confirmation hearing on August 6, 2010). See the Debtor's Reply to CCV's Objection to
16 | the Plan.

17 |     WHEREFORE, the Debtor respectfully requests that the Court overrule
18 | Coastal's objections.

21 | DATED: July 30, 2010          SulmeyerKupetz
22 |                                A Professional Corporation
23 |                                By: /s/ David S. Kupetz
24 |                                David S. Kupetz
25 |                                Bankruptcy Counsel for GTS 900 F, LLC
                                    Debtor and Debtor in Possession

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

| In re:<br>GTS 900 F, LLC | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:09-BK-35127-vz |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as **DEBTOR'S REPLY TO OBJECTION OF COASTAL INTERNATIONAL, INC. TO DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION FOR GTS 900 F, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 30, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Paul M Brent - on behalf of Creditor Masonry Concepts                                    snb300@aol.com
- Cathrine M Castaldi - on behalf of Creditor MR. CRANE, INC.                              ccastaldi@rusmiliband.com
- Kevin C Fields - on behalf of Creditor Superior Wall Systems, Inc.                       KevinF@FieldsLG.com
- David K. Eldan – on behalf of Interested Party Courtesy NEF    alvarado@pmcos.com; rpinal@pmcos.com; calendar@pmcos.com
- Yan Gershfeld - on behalf of Creditor Carpenters Southwest Administrative Corporation etc.    ygershfeld@deconsel.com
- Barry S Glaser  - on behalf of Creditor Psomas, a California corporation                 bglaser@swjlaw.com
- Allan H Ickowitz - on behalf of Defendant FDIC as Receiver for Corus Bank, N.A.          aickowitz@nossaman.com
- Nicolino I Iezza - on behalf of Creditor West Coast Door and Moulding                    niezza@spiwakandiezza.com
- Robbin L Itkin - on behalf of Interested Party Coastal International, Inc.               ritkin@steptoe.com
- Jeanne M Jorgensen - on behalf of Creditor Park West Landscape, Inc.    jjorgensen@pj-law.com, esorensen@pj-law.com
- Gary M Kaplan - on behalf of Creditor Psomas, a California corporation                   gkaplan@fbm.com
- John W Kim - of Interested Party FDIC as Receiver for Corus Bank, N.A.                   jkim@nossaman.com
- Michael S Kogan - on behalf of Creditor Ervin Cohen & Jessup LLP                         mkogan@ecjlaw.com
- Tamar Kouyoumjian - on behalf of Debtor GTS 900 F, LLC                                   tkouyoumjian@sulmeyerlaw.com
- David S Kupetz - on behalf of Debtor GTS 900 F, LLC                                      dkupetz@sulmeyerlaw.com
- Dare Law - on behalf of U.S. Trustee United States Trustee (LA)                          dare.law@usdoj.gov
- Joel S. Miliband - on behalf of Interested Party Courtesy NEF                            jmiliband@rusmiliband.com
- Frank W Molloy - on behalf of Creditor Alno Pasadena    jgalambos@hmspasadena.com, mdickey@hmspasadena.com
- James S Monroe - on behalf of Creditor Sold2U, Inc                                       jim@monroe-law.com
- Ramon Naguiat - on behalf of Interested Party Courtesy NEF                               rnaguiat@skadden.com
- Daryl G Parker - on behalf of Plaintiff Official Committee of Creditors Holding Unsecured Claims    dparker@pszjlaw.com
- Katherine C Piper  - on behalf of Interested Party Coastal International, Inc.           kpiper@steptoe.com
- Hamid R Rafatjoo  - on behalf of Creditor Committee of Creditors Holding Unsecured Claims    hrafatjoo@venable.com
-                    ataylor@venable.com; revey@venable.com; jnassiri@venable.com; bclark@venable.com
- Kurt Ramlo -  on behalf of Creditor Corus Construction Venture, LLC                      kurt.ramlo@dlapiper.com
- Bruce D Rudman  - on behalf of Creditor JW DOOR CORPORATION                              bdr@agrlaw.net
- Gregory M Salvato - on behalf of Creditor Astani Construction, Inc.                      gsalvato@salvatolawoffices.com
- Nathan A Schultz  - on behalf of Creditor Murray Company                                 schultzn@gtlaw.com
- Marian K Selvaggio - on behalf of Creditor ACCO Engineered Systems, Inc                  selvaggio@huntortmann.com
- Pamela E Singer - on behalf of Creditor Com.ee of Creditors Holding Unsecured Claims     psinger@pszjlaw.com
-                                                                                          ksuk@pszjlaw.com
- Shashauna Szczechowicz - on behalf of Creditor Architectural Glass and Aluminum Company    sszczechowicz@wolkincurran.com
- Alan G Tippie  - on behalf of Debtor GTS 900 F, LLC                                      atippie@sulmeyerlaw.com
- Marcus Tompkins - on behalf of Debtor GTS 900 F, LLC                                     mtompkins@sulmeyerlaw.com
- United States Trustee (LA)                                                               ustpregion16.la.ecf@usdoj.gov
- Ronald Weiss - on behalf of Creditor 888 Enterprises Ltd                                 rwattyatlaw@aol.com
- Sharon Z Weiss - on behalf of Creditor DeStefano and Partners, Ltd.                      sharon.weiss@hro.com
- William E Winfield - on behalf of Creditor ALNO USA                                      wwinfield@nchc.com
- Steven Werth – on behalf of Debtor GTC 900 F, LLC                                        swerth@sulmeyerlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              F 9013-3.1
DKUPETZ\ 674987.1 7/30/2010 (10:24 AM)

| In re: | | CHAPTER: 11 |
|---|---|---|
| GTS 900 F, LLC | | |
| | Debtor(s). | CASE NUMBER: 2:09-BK-35127-vz |

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On July 30, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Richard A Clark
Parker, Milliken, Clark et al.
555 S Flower 30th Flr
Los Angeles, CA 90071-2440

Gary Ganchrow
Parker Milliken Clark et al
555 S Flower 30th Fl
Los Angeles, CA 90071-2440

Van C Durrer
Skadden Arps Slate Meagher & Flom LLP
300 S. Grand Avenue, Ste. 3400
Los Angeles, CA 90071-3144

Jeffrey Cluett
QUADROS & JOHNSON, LLP
247 North San Mateo Drive
San Mateo, CA 94401

Bruce A Hatkoff
16633 Ventura Blvd #940
Encino, CA 91436-1801

Michael S Kogan
ERVIN, COHEN & JESSUP LLP
9401 Wilshire blvd., Ninth Floor
Beverly Hills, CA 90212-2974

David C. Palmer
Wagner Palmer PC
400 Oceangate Ste. 700
Long Beach, CA 90802

James D Curran
Wolkn Curran LLP
555 Montgomery St Ste 1100
San Francisco, CA 94111

Andy Kong
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

Mette H. Kurth
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

E Scott Holbrook
1290 E Ctr Crt Dr
Covina, CA 91724

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on July 30, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of suite 1360
225 E. Temple Street
Los Angeles, CA 90012

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 30, 2010 | Debbie A. Perez | /s/ Debbie a. Perez |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
DKUPETZ\ 674987.1 7/30/2010 (10:24 AM)

F 9013-3.1

| In re:<br>GTS 900 F, LLC | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:09-BK-35127-vz |

<u>ADDITIONAL SERVICE INFORMATION (if needed):</u>

Richard S. Friedman, Rita M. Haeusler
Hughes Hubbard & Reed LLP
350 So. Grand Avenue
Los Angeles, CA 90071-3442
friedman@hugheshubbard.com
haeusler@hugheshubbard.com

James R. Maddox, Jr.
Steve Green
Kibel Green, Inc.
2001 Wilshire Blvd., Suite 420
Santa Monica, CA 90403
jmaddox@kginc.com
sgreen@kginc.com

Alno, U.S.A.
c/o Chad L. Hershman, Esq.
c/o Doreen M. Zankowski, Esq.
Hinkley Allen & Snyder LLP
28 State Street
Boston, MA 01209
chershman@haslaw.com

Troyer Contracting Company, Inc.
c/o Richard Wagner, Esq.
WAGNER PALMER, PC
400 Oceangate, Ste. 700
Long Beach, CA 90802
richwagner@wagnerpalmer.com

Mr. Crane, Inc.
Attn: Mr. Steve Corso
Chief Financial Officer
647 N. Hariton
Orange, CA 92868-1311
steve@mrcrane.com

Murray Company
Attn: Richard Stafford, President, CFO
2919 E. Victoria Street
Rancho Dominguez, CA 90221
rstafford@murraycompany.com

Carpet USA Ltd
Attn: Jerry Agam, President
11143 W. Washington Blvd.
Culver City, CA 90232
jerryag2000@yahoo.com

SASCO
Attn: John Stevenson
Sasco Legal Affairs Manager
2750 Moore Avenue
Fullerton, CA 92833
jstevenson@sasco.com

Masonry Concepts, Inc.
c/o Gray Duffy, LLP
15760 Ventura Blvd., 16th Floor
Encino, CA 91436
Ggray@grayduffylaw.com

ACCO Engineered Systems, Inc.
Attn: Carlton Seyforth
Risk & Safety Mgr.
6265 San Fernando Rd.
Glendale, CA 91201
cseyforth@accoes.com

Architectural Glass & Aluminum
Attn: John Buckley, President
1151 Marina Village Parkway, # 101
Alameda, CA 94501
jbuckley@aga-ca.com

Carpet USA Ltd
Attn: Jerry Agam, President
11143 W. Washington Blvd.
Culver City, CA 90232
jerryag2000@yahoo.com
Ken Grossbart ksg@aglaw.net

Murray Company
Attn: Richard Stafford, President, CFO
2919 E. Victoria Street
Rancho Dominguez, CA 90221
rstafford@murraycompany.com

Golden Construction
32910 Deerglen Lane
Santa Clarita, CA 91390
Dgat1@sbcglobal.net

J.W. Door Corporation
Attn: Gerald E Weiss (Registered Agent)
14764 Oxnard Street
Van Nuys, CA 91411
Jwdoor-jane@hotmail.com

Otis Elevator
Dept. LA 21684
Pasadena, CA 91185-1684
Rychelle.bloss@otis.com

Troyer Contracting Company, Inc.
c/o Richard Wagner, Esq., David C. Palmer
WAGNER PALMER, PC
400 Oceangate, Ste. 700
Long Beach, CA 90802
richwagner@wagnerpalmer.com

Debtor
GTS 900 F, LLC
c/o Sonny Astani
Concerto Manager, Inc.
9595 Wilshire Blvd., Ste. 1010
Beverly Hills, CA 90212
sonny@astanienterprises.com
marlene@hpgmanagement.com
Brenda@astanienterprises.com
Marco@astanienterprises.com

CMF, Inc.
1317 West Grove Avenue
Orange, CA 92865
jdouglas@cmfinc.com

ACCO Engineered Systems, Inc.
Attn: Carlton Seyforth
Risk & Safety Mgr.
6265 San Fernando Rd.
Glendale, CA 91201
cseyforth@accoes.com

Alno, U.S.A.
c/o Chad L. Hershman, Esq.
c/o Doreen M. Zankowski, Esq.
Hinkley Allen & Snyder LLP
28 State Street
Boston, MA 01209
chershman@haslaw.com

Architectural Glass & Aluminum
Attn: John Buckley, President
1151 Marina Village Parkway, Suite 101
Alameda, CA 94501
jbuckley@aga-ca.com

Borbon, Inc.
7312 Walnut Avenue
Buena Park, CA 90620
Nicole@borbon.net

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
DKUPETZ\ 674987.1 7/30/2010 (10:24 AM)

F 9013-3.1