Alan G. Tippie (CA Bar No. 89587)
  atippie@sulmeyerlaw.com
David S. Kupetz (CA Bar No. 125062)
  dkupetz@sulmeyerlaw.com
Steven F. Werth (CA Bar No. 205434)
  swerth@sulmeyerlaw.com
**SulmeyerKupetz**
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone:   213.626.2311
Facsimile:   213.629.4520

Bankruptcy Counsel for GTS 900 F, LLC
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re

GTS 900 F, LLC, a California limited liability company, aka Concerto,

          Debtor.


Tax Id # 20-2396211

Case No.  2:09-bk-35127-VZ

Chapter 11

**STIPULATION BETWEEN GTS 900 F, LLC AND COASTAL INTERNATIONAL, INC. REGARDING DISCOVERY DEADLINES IN CONNECTION WITH OBJECTION TO COASTAL INTERNATIONAL INC.'S CLAIM**

**DATE:**   June 22, 2010
**TIME:**   1:30 p.m.
**PLACE:**  U.S. Bankruptcy Court
           Courtroom 1368
           255 East Temple Street
           Los Angeles, CA  90012

On June 22, 2010 at 1:30 p.m., the Court heard the Debtor's Motion for Order Disallowing Claim No. 42 Asserted By Coastal International, Inc. (the "Motion"). Appearances were as noted in the Court's record.  At the hearing, the Court set forth certain deadlines which would apply in connection with resolution of the Motion if GTS 900 F, LLC and Coastal International, Inc. (together, the "Parties") could not stipulate to a

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA  90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1   different timeline by June 29, 2010.  The Parties had not entered into stipulation setting

2   forth a different deadline at that time, and therefore the Debtor submitted an order (the

3   "Order") setting forth the discovery cutoffs set by the Court at the June 22, 2010 hearing.

4   The Order has not yet been entered.

5               Since the lodging of the Order, the Parties have been engaged in

6   settlement discussions to resolve their underlying dispute.  The Parties agree that an

7   additional 2 week continuance of the Parties' deadline to conduct discovery against each

8   other will give the Parties adequate additional time to attempt to resolve this dispute

9   consensually.

10               WHEREFORE, the Parties hereby agree to the following:

11           1.     The last day for the Parties to conduct discovery is October 1, 2010;

12           2.     A Pre-Trial Conference is set for October 28, 2010 at 11:00 a.m.;

13   and

14           3.     A Joint Pre-Trial Order is due by October 14, 2010.

15

16   DATED: August 5, 2010             **Sulmeyer**Kupetz
                                        A Professional Corporation

17

18

19                         By: _____
                                  Steven F. Werth

20                                   Attorney for Debtor and Debtor in Possession,
                                  GTS 900 F, LLC

21

22

23   DATED: August 5, 2010             STEPTOE & JOHNSON LLP
                                  Katherine C. Piper, Esq.

24

25

26                         By: /s/ *Katherine C. Piper*
                                  Katherine C. Piper, Esq.

27                                   Attorneys for Coastal International, Inc.

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

AMUHTAR\ 675908.1                 2

| In re: | CHAPTER: 11 |
| GTS 900 F, LLC, a California limited liability company, aka Concerto | |
| Debtor(s). | CASE NUMBER: 2:09-bk-35127-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as <u>STIPULATION BETWEEN GTS 900 F, LLC AND COASTAL INTERNATIONAL, INC. REGARDING DISCOVERY DEADLINES IN CONNECTION WITH OBJECTION TO COASTAL INTERNATIONAL INC.'S CLAIM</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>August 5, 2010</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Paul M Brent on behalf of Creditor Masonry Concepts                snb300@aol.com

- Cathrine M Castaldi on behalf of Creditor MR. CRANE, INC.            ccastaldi@rusmiliband.com

- David K Eldan on behalf of Interested Party Courtesy NEF  malvarado@pmcos.com, rpinal@pmcos.com;calendar@pmcos.com

- Kevin C Fields on behalf of Creditor Superior Wall Systems, Inc.        KevinF@FieldsLG.com

- Yan Gershfeld on behalf of Creditor Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts                ygershfeld@deconsel.com

- Barry S Glaser on behalf of Creditor Psomas, a California corporation        bglaser@swjlaw.com

- Allan H Ickowitz on behalf of Defendant FDIC as Receiver for Corus Bank, N.A.    aickowitz@nossaman.com

- Nicolino I Iezza on behalf of Creditor West Coast Door and Moulding        niezza@spiwakandiezza.com

- Robbin L Itkin on behalf of Interested Party Coastal International, Inc.        ritkin@steptoe.com

- Jeanne M Jorgensen on behalf of Creditor Park West Landscape, Inc.    jjorgensen@pj-law.com, esorensen@pj-law.com

- John W Kim on behalf of Interested Party FDIC as Receiver for Corus Bank, N.A.    jkim@nossaman.com

- Michael S Kogan on behalf of Creditor Ervin Cohen & Jessup Llp        mkogan@ecjlaw.com

- Tamar Kouyoumjian on behalf of Debtor GTS 900 F, LLC            tkouyoumjian@sulmeyerlaw.com

- David S Kupetz on behalf of Debtor GTS 900 F, LLC        dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

- Dare Law on behalf of U.S. Trustee United States Trustee (LA)            dare.law@usdoj.gov

- Joel S. Miliband on behalf of Interested Party Courtesy NEF            jmiliband@rusmiliband.com

- Frank W Molloy on behalf of Creditor Alno Pasadena        jgalambos@hmspasadena.com, mdickey@hmspasadena.com

- Daryl G Parker on behalf of Plaintiff Official Committee of Creditors Holding Unsecured Claims        dparker@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                **F 9013-3.1**

In re:
GTS 900 F, LLC, a California limited liability company, aka Concerto

Debtor(s).

CHAPTER: 11

CASE NUMBER: 2:09-bk-35127-VZ

- Katherine C Piper on behalf of Interested Party Coastal International, Inc.          kpiper@steptoe.com

- Hamid R Rafatjoo on behalf of Creditor Committee Committee of Creditors Holding Unsecured Claims

    hrafatjoo@venable.com, ataylor@venable.com;revey@venable.com

- Kurt Ramlo on behalf of Creditor Corus Construction Venture, LLC          kurt.ramlo@skadden.com

- Bruce D Rudman on behalf of Creditor Carpet U.S.A. LTD., INC.          bdr@agrlaw.net

- Gregory M Salvato on behalf of Creditor Astani Construction, Inc.    gsalvato@pmcos.com, calendar@salvatolawoffices.com

- Nathan A Schultz on behalf of Creditor Murray Company          schultzn@gtlaw.com

- Marian K Selvaggio on behalf of Creditor ACCO Engineered Systems, Inc          selvaggio@huntortmann.com

- Pamela E Singer on behalf of Creditor Committee Committee of Creditors Holding Unsecured Claims

    psinger@pszjlaw.com, ksuk@pszjlaw.com

- Shashauna Szczechowicz on behalf of Creditor Architectural Glass and Aluminum Company

    sszczechowicz@wolkincurran.com

- Alan G Tippie on behalf of Debtor GTS 900 F, LLC          atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

- Marcus Tompkins on behalf of Debtor GTS 900 F, LLC          mtompkins@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

- United States Trustee (LA)          ustpregion16.la.ecf@usdoj.gov

- Ronald Weiss on behalf of Creditor 888 Enterprises Ltd          rwattyatlaw@aol.com

- Sharon Z Weiss on behalf of Creditor DeStefano and Partners, Ltd.          sharon.weiss@hro.com

- Steven Werth on behalf of Debtor GTS 900 F, LLC          swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com

- William E Winfield on behalf of Creditor ALNO USA          wwinfield@nchc.com

- Aimee Y Wong on behalf of Interested Party Courtesy NEF          aywong@mckennalong.com

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  August 5, 2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA  90012-3332

Office of the U.S. Trustee
Dare Law
725 S Figueroa St 26th Fl
Los Angeles, CA 90017

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:                                                      | CHAPTER: 11                   |
|-------------------------------------------------------------|-------------------------------|
| GTS 900 F, LLC, a California limited liability company, aka Concerto |                        |
|                                             Debtor(s).      | CASE NUMBER:  2:09-bk-35127-VZ |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 5, 2010 | Lauren Dionneau | /s/ Lauren Dionneau |
|----------------|-----------------|---------------------|
| *Date*         | *Type Name*     | *Signature*         |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 9013-3.1**