Van C. Durrer II (SBN 226693)
Ramon M. Naguiat (SBN 209271)
Bertrand Pan (SBN 233472)
Emily C. Ma (SBN 246014)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com
bertrand.pan@skadden.com
emily.ma@skadden.com

Attorneys for Corus Construction Venture, LLC;
CCV Concerto Lien 1, LLC; CCV Concerto
Lien 2, LLC; CCV Concerto Lien 3, LLC;
CCV Concerto Lien 4, LLC; CCV Concerto
Lien 5, LLC; CCV Concerto Lien 6, LLC;
CCV Concerto Lien 7, LLC; and
CCV Concerto Lien 8, LLC

**FILED & ENTERED**

**AUG 11 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY speters    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GTS 900 F, LLC, a California limited liability company, aka Concerto,<br><br>Debtor.<br><br>Tax ID # 20-2396211 | Case No.: 2:09-bk-35127-VZ<br><br>Chapter 11<br><br>**Order Approving Stipulation Regarding Authenticity and Admissibility of Documents in Connection with the Hearing to Consider Confirmation of the Second Amended Plan of Reorganization Proposed by GTS 900 F, LLC**<br><br>Date:      August 6, 2010<br>Time:      10:00 a.m.<br>Judge:     Hon. Vincent P. Zurzolo<br>Location:  Courtroom 1368<br>           255 E. Temple Street<br>           Los Angeles, CA  90012 |

Order Approving Stipulation Regarding Authenticity and Admissibility of Documents

1   The Court having reviewed the Stipulation Regarding Authenticity and Admissibility of Documents in Connection with the Hearing to Consider Confirmation of the Second Amended Plan of Reorganization Proposed by GTS 900 F, LLC [Docket No. 666] (the "<u>Stipulation</u>"), **HEREBY ORDERS** as follows:

    1.    The Stipulation is approved.

###

DATED: August 11, 2010

_____
United States Bankruptcy Judge

---

1

Order Approving Stipulation Regarding Authenticity and Admissibility of Documents

611682-Los Angeles Server 2A - MSW

| In re: | CHAPTER 11 |
| --- | --- |
| GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor; | CASE NUMBER: 2:09-bk-35127-VZ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 300 S. Grand Ave., #3400, Los Angeles, CA 90071

A true and correct copy of the foregoing document described **Order Approving Stipulation Regarding Authenticity and Admissibility of Documents in Connection with the Hearing to Consider Confirmation of the Second Amended Plan of Reorganization Proposed by GTS 900 F, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

   **NOTE:** - *Proposed orders are not docketed. Therefore, do not list any addresses in Category I.*

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 4, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 08/04/10 | Andy Shah | /s/ Andy Shah |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

1

Order Approving Stipulation Regarding Authenticity and Admissibility of Documents
611682-Los Angeles Server 2A - MSW

| | |
|---|---|
| In re:<br>GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor; | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-35127-VZ |

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**

**VIA FIRST CLASS MAIL**

Debtor

GTS 900 F, LLC
c/o Sonny Astani
9595 Wilshire Boulevard
Penthouse 1010
Beverly HIlls, CA 90212

Bankruptcy Counsel to the Debtor

Alan G. Tippie
David S. Kupetz
Marcus A. Tompkins
SulmeyerKupetz
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, CA 90071

Special Litigation Counsel to the Debtor

Richard A. Clark
Gary Ganchrow
Parker, Milliken, Clark, et al.
555 S. Flower St., 30th Fl.
Los Angeles, CA 90071-2440

United States Trustee

Dare Law
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

Counsel to Committee of Creditors Holding Unsecured Claims

Hamid R. Rafatjoo
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067

Counsel to Coastal International, Inc.

Coastal International, Inc.
c/o Robbin L. Itkin, Esq.
Katherine C. Piper, Esq.
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067

**VIA OVERNIGHT MAIL**

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court, Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332

| | |
|---|---|
| In re:<br>GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor; | CHAPTER 11<br><br>CASE NUMBER:  2:09-bk-35127-VZ |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed order or judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Approving Stipulation Regarding Authenticity and Admissibility of Documents in Connection with the Hearing to Consider Confirmation of the Second Amended Plan of Reorganization Proposed by GTS 900 F, LLC**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of Aug. 4, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: No later than the deadline specified in paragraph 3.b.(3) of this order, the party lodging the order must serve a complete copy bearing an "Entered" stamp on the persons/entities identified in paragraph 3.b.(3) using the service method(s) required by paragraph 3.b.(3).

☒ Service information continued on attached page

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                                                 Page 3

| In re: | CHAPTER 11 |
|---|---|
| GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor; | CASE NUMBER: 2:09-bk-35127-VZ |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

| | |
|---|---|
| Paul M. Brent | snb300@aol.com |
| Cathrine M. Castaldi | ccastaldi@rusmiliband.com |
| David K Eldan | malvarado@pmcos.com, rpinal@pmcos.com;calendar@pmcos.com |
| Kevin C Fields | KevinF@FieldsLG.com |
| Yan Gershfeld | ygershfeld@deconsel.com |
| Margaret R. Gifford | mgifford@deconsel.com |
| Barry S Glaser | bglaser@swjlaw.com |
| Allan H. Ickowitz | aickowitz@nossaman.com |
| Nicolino I Iezza | niezza@spiwakandiezza.com |
| Robbin L Itkin | ritkin@steptoe.com |
| Jeanne M Jorgensen | jjorgensen@pj-law.com, esorensen@pj-law.com |
| Gary M Kaplan | gkaplan@fbm.com |
| John W. Kim | jkim@nossaman.com |
| Michael S Kogan | mkogan@ecjlaw.com |
| Tamar Kouyoumjian | tkouyoumjian@sulmeyerlaw.com |
| David S. Kupetz | dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com |
| Dare Law | dare.law@usdoj.gov |
| Joel S. Miliband | jmiliband@rusmiliband.com |
| Frank W Molloy | jgalambos@hmspasadena.com, mdickey@hmspasadena.com |
| James S Monroe | jim@monroe-law.com |
| Daryl G Parker | dparker@pszjlaw.com |
| Katherine C Piper | kpiper@steptoe.com |
| Hamid R Rafatjoo | hrafatjoo@venable.com; ataylor@venable.com; revey@venable.com |
| | jnassiri@venable.com; bclark@venable.com |
| Bruce D Rudman | bdr@agrlaw.net |
| Gregory M. Salvato | gsalvato@pmcos.com, calendar@pmcos.com |
| Nathan A Schultz | schultzn@gtlaw.com |
| Marian K Selvaggio | selvaggio@huntortmann.com |
| Pamela E Singer | psinger@pszjlaw.com, ksuk@pszjlaw.com |
| Shashauna Szczechowicz | sszczechowicz@wolkincurran.com |
| Alan G. Tippie | atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com |
| Marcus Tompkins | mtompkins@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com |
| United States Trustee | ustpregion16.la.ecf@usdoj.gov |
| Ronald Weiss | rwattyatlaw@aol.com |
| Sharon Z Weiss | sweiss@richardsonpatel.com |
| Steven Werth | swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com |
| William E Winfield | wwinfield@nchc.com |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                                                                               Page 4

| In re: | CHAPTER 11 |
|---|---|
| GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor; | CASE NUMBER:  2:09-bk-35127-VZ |

### III.  TO BE SERVED BY THE LODGING PARTY

**VIA UNITED STATES MAIL**

Debtor

GTS 900 F, LLC
c/o Sonny Astani
9595 Wilshire Boulevard
Penthouse 1010
Beverly HIlls, CA 90212

Bankruptcy Counsel to the Debtor

Alan G. Tippie
David S. Kupetz
Marcus A. Tompkins
SulmeyerKupetz
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, CA 90071

Special Litigation Counsel to the Debtor

Richard A. Clark
Gary Ganchrow
Parker, Milliken, Clark, et al.
555 S. Flower St., 30th Fl.
Los Angeles, CA 90071-2440

United States Trustee

Dare Law
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

Counsel to Committee of Creditors Holding
Unsecured Claims

Hamid R. Rafatjoo
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067

Counsel to Coastal International, Inc.

Coastal International, Inc.
c/o Robbin L. Itkin, Esq.
Katherine C. Piper, Esq.
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067

1
Order Approving Stipulation Regarding Authenticity and Admissibility of Documents
611682-Los Angeles Server 2A - MSW