FILED & ENTERED

AUG 13 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY speters   DEPUTY CLERK

1  Alan G. Tippie (CA Bar No. 89587)
        atippie@sulmeyerlaw.com
2  David S. Kupetz (CA Bar No. 125062)
        dkupetz@sulmeyerlaw.com
3  Steven F. Werth (CA Bar No. 205434)
        swerth@sulmeyerlaw.com
4  **Sulmeyer**Kupetz
   A Professional Corporation
5  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California  90071-1406
6  Telephone: 213.626.2311
   Facsimile: 213.629.4520
7
   Bankruptcy Counsel for GTS 900 F, LLC
8  Debtor and Debtor in Possession

9

10              **UNITED STATES BANKRUPTCY COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12                  **LOS ANGELES DIVISION**

13  In re                              Case No.  2:09-bk-35127-VZ

    GTS 900 F, LLC, a California limited   Chapter 11
14  liability company, aka Concerto,
                                        **ORDER APPROVING STIPULATION**
15  Debtor.                             **BETWEEN DEBTOR AND COASTAL**
                                        **INTERNATIONAL, INC. REGARDING**
16                                      **CLAIM NO. 42**

17  Tax Id # 20-2396211
                                        DATE:      June 22, 2010
18                                      TIME:      1:30 p.m.
                                        PLACE:     U.S. Bankruptcy Court
19                                                 Courtroom 1368
                                                    255 East Temple Street
20                                                 Los Angeles, CA  90012

21

22

23

24

25

26

27

28

*Sulmeyer* Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA  90071-1406
TEL  213.626.2311 • FAX 213.629.4520

LDIONNEAU\ 676200.1

1

2        The Court has considered the "ORDER APPROVING STIPULATION

3   BETWEEN DEBTOR AND COASTAL INTERNATIONAL, INC. REGARDING CLAIM NO.

4   42" filed by GTS 900 F, LLC, the above-captioned debtor and debtor in possession, on

5   August 6, 2010, 2010 [docket # 673] (the "Stipulation"), and good cause appearing, the

6   Stipulation is approved.

7        **IT IS SO ORDERED.**

8                                                        ###

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   DATED: August 13, 2010

27                                              United States Bankruptcy Judge

28

**Sulmeyer** Kupetz,  A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA  90071-1406
TEL  213.626.2311 • FAX 213.629.4520

LDIONNEAU\ 676200.1

| In re: | CHAPTER: 11 |
| GTS 900 F, LLC, a California limited liability company, aka Concerto | |
| Debtor(s). | CASE NUMBER:  2:09-bk-35127-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California  90071-1406

A true and correct copy of the foregoing document described as <u>ORDER APPROVING STIPULATION BETWEEN DEBTOR AND COASTAL INTERNATIONAL, INC. REGARDING CLAIM NO. 42 </u>will  be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>** (indicate method for each person or entity served):
On <u>August 6, 2010</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332

Office of the U.S. Trustee
Dare Law
725 S Figueroa St 26th Fl
Los Angeles, CA 90017

☐ Service Information continued on attached page.

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 6, 2010 | Lauren Dionneau | */s/ Lauren Dionneau* |
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                **F 9013-3.1**
LDIONNEAU\ 676200.1

| In re:<br>GTS 900 F, LLC, a California limited liability company, aka Concerto | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-BK-35127-VZ |

### NOTE TO USERS OF THIS FORM:

1. Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2. The title of the judgment or order and all service information must be filled in by the party lodging the order.
3. **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4. **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled  ORDER APPROVING STIPULATION BETWEEN DEBTOR AND COASTAL INTERNATIONAL, INC. REGARDING CLAIM NO. 42  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of August 6, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

- Paul M Brent on behalf of Creditor Masonry Concepts                                    snb300@aol.com

- Cathrine M Castaldi on behalf of Creditor MR. CRANE, INC.                              ccastaldi@rusmiliband.com

- David K Eldan on behalf of Interested Party Courtesy NEF malvarado@pmcos.com, rpinal@pmcos.com;calendar@pmcos.com

- Kevin C Fields on behalf of Creditor Superior Wall Systems, Inc.                       KevinF@FieldsLG.com

- Yan Gershfeld on behalf of Creditor Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts                         ygershfeld@deconsel.com

- Barry S Glaser on behalf of Creditor Psomas, a California corporation                  bglaser@swjlaw.com

- Allan H Ickowitz on behalf of Defendant FDIC as Receiver for Corus Bank, N.A.          aickowitz@nossaman.com

- Nicolino I Iezza on behalf of Creditor West Coast Door and Moulding                    niezza@spiwakandiezza.com

- Robbin L Itkin on behalf of Interested Party Coastal International, Inc.               ritkin@steptoe.com

- Jeanne M Jorgensen on behalf of Creditor Park West Landscape, Inc.           jjorgensen@pj-law.com, esorensen@pj-law.com

- John W Kim on behalf of Interested Party FDIC as Receiver for Corus Bank, N.A.         jkim@nossaman.com

- Michael S Kogan on behalf of Creditor Ervin Cohen & Jessup Llp                         mkogan@ecjlaw.com

- Tamar Kouyoumjian on behalf of Debtor GTS 900 F, LLC                                   tkouyoumjian@sulmeyerlaw.com

- David S Kupetz on behalf of Debtor GTS 900 F, LLC           dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

- Dare Law on behalf of U.S. Trustee United States Trustee (LA)                          dare.law@usdoj.gov

- Joel S. Miliband on behalf of Interested Party Courtesy NEF                            jmiliband@rusmiliband.com

- Frank W Molloy on behalf of Creditor Alno Pasadena           jgalambos@hmspasadena.com, mdickey@hmspasadena.com

- Daryl G Parker on behalf of Plaintiff Official Committee of Creditors Holding Unsecured Claims          dparker@pszjlaw.com

- Katherine C Piper on behalf of Interested Party Coastal International, Inc.            kpiper@steptoe.com

- Hamid R Rafatjoo on behalf of Creditor Committee Committee of Creditors Holding Unsecured Claims

hrafatjoo@venable.com, ataylor@venable.com;revey@venable.com

- Kurt Ramlo on behalf of Creditor Corus Construction Venture, LLC          kurt.ramlo@skadden.com

- Bruce D Rudman on behalf of Creditor Carpet U.S.A. LTD., INC.          bdr@agrlaw.net

- Gregory M Salvato on behalf of Creditor Astani Construction, Inc.    gsalvato@pmcos.com, calendar@salvatolawoffices.com

- Nathan A Schultz on behalf of Creditor Murray Company          schultzn@gtlaw.com

- Marian K Selvaggio on behalf of Creditor ACCO Engineered Systems, Inc          selvaggio@huntortmann.com

- Pamela E Singer on behalf of Creditor Committee Committee of Creditors Holding Unsecured Claims

  psinger@pszjlaw.com, ksuk@pszjlaw.com

- Shashauna Szczechowicz on behalf of Creditor Architectural Glass and Aluminum Company

                                                                sszczechowicz@wolkincurran.com

- Alan G Tippie on behalf of Debtor GTS 900 F, LLC          atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

- Marcus Tompkins on behalf of Debtor GTS 900 F, LLC          mtompkins@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

- United States Trustee (LA)          ustpregion16.la.ecf@usdoj.gov

- Ronald Weiss on behalf of Creditor 888 Enterprises Ltd          rwattyatlaw@aol.com

- Sharon Z Weiss on behalf of Creditor DeStefano and Partners, Ltd.          sharon.weiss@hro.com

- Steven Werth on behalf of Debtor GTS 900 F, LLC          swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com

- William E Winfield on behalf of Creditor ALNO USA          wwinfield@nchc.com

- Aimee Y Wong on behalf of Interested Party Courtesy NEF          aywong@mckennalong.com

☐ Service Information continued on attached page.

**II.  SERVED BY THE COURT VIA U.S. MAIL**:  A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service Information continued on attached page.

**III.  TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                **F 9021-1.1**