# EXHIBIT B-1

**Class 2 - Estimated Allowed Amounts of Mechanic's Lien Claims**

| Secured Creditor | POC No. | Payable Amount | Notes | Transferred to CCV Affiliate |
|---|---|---|---|---|
| **CCV Concerto Lien 25, LLC (ALNO Pasadena)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 27 | $217,016.00 | This amount reflects a stipulation [Docket No. 721] entered between parties. | X |
| **CCV Concerto Lien 21, LLC (ALNO U.S.A.)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 34 | $198,919.00 | | X |
| **Amir Madadi**<br>800 W Sixth St Ste 500<br>Los Angeles CA 90017 | 14 | $0.00 | | |
| **Astani Construction, Inc. (Sunstate Equipment)**<br>c/o Astani Construction, Inc.<br>Gregory M. Salvato, Esq.<br>Parker, Milliken, Clark, O'Hara & Samuelian<br>555 S. Flower Street, 30th Floor<br>Los Angeles, CA 90071-2440 | 96 | $0.00 | Claimant is classified in Class 5. | |
| **Astani Construction, Inc.**<br>c/o Gregory M. Salvato, Esq.<br>Parker, Milliken, Clark, O'Hara & Samuelian<br>555 S. Flower Street, 30th Floor<br>Los Angeles, CA 90071-2440 | 45 | $0.00 | Claimant is classified in Class 5. | |
| **Borbon, Inc.**<br>Attn: Cecilia Morales, President<br>73120 Walnut Avenue<br>Buena Park, CA 90620-1760 | 74 | $480,259.00 | | |
| **Calex Engineering Company**<br>Attn: Opin Asmuth, Controller<br>23651 Pine Street<br>Newhall, CA 91321 | 46, 47 | $6,100.00 | | |
| **California Lite Weight Concrete**<br>Attn: Managing Agent<br>2474 N. Renn Ave.<br>Fresno, CA 93727 | Scheduled | $10,731.00 | | |

**Class 2 - Estimated Allowed Amounts of Mechanic's Lien Claims**

| Secured Creditor | POC No. | Payable Amount | Notes | Transferred to CCV Affiliate |
|---|---|---|---|---|
| **Calportland Company**<br>c/o Joseph M. Hanna<br>Lanak & Hanna, P.C.<br>400 North Tustin Ave., Suite 120<br>Santa Ana, CA 92703 | Scheduled | $39,235.74 | | |
| **CCV Concerto Lien 45, LLC (Cal-Wal Gypsum Supply (L&W Supply Corp.))**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 18, 86 | $141,470.11 | This amount reflects a stipulation [Docket No. 440] entered between the parties and approved by the court [Docket No. 464]. | X |
| **CCV Concerto Lien 1, LLC (Andy's Precision Seal & Stripe, Inc.)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 61 | $81,507.00 | This amount reflects a stipulation [Docket No. 400] entered between the parties and approved by the court [Docket No. 432]. | X |
| **CCV Concerto Lien 10, LLC (ACCO Engineered Systems, Inc.)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 32 | $1,459,732.00 | This amount reflects a stipulation [Docket No. 488] entered between the parties and approved by the court [Docket No. 495]. | X |
| **CCV Concerto Lien 11, LLC (Wescor Construction, Inc.)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 38, 73 | $175,599.19 | This amount reflects a stipulation [Docket No. 440] entered between the parties and approved by the court [Docket No. 464]. | X |
| **CCV Concerto Lien 12, LLC (Carpet USA, Ltd., Inc.)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 39, 64, 72 | $2,215,621.93 | This amount reflects claimant's withdrawal of Proof of Claim Nos. 64 and 72 as duplicative of Proof of Claim No. 39 [Docket No. 217]. | X |
| **CCV Concerto Lien 14, LLC (Golden Construction)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 70 | $339,143.00 | This amount reflects an objection [Docket No. 294] granted by the court [Docket No. 567]. | X |

**Class 2 - Estimated Allowed Amounts of Mechanic's Lien Claims**

| Secured Creditor | POC No. | Payable Amount | Notes | Transferred to CCV Affiliate |
|---|---|---|---|---|
| CCV Concerto Lien 15, LLC (Superior Wall Systems, Inc.)<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 104 | $1,497,773.00 | This amount reflects a stipulation [Docket No. 430] entered between the parties and approved by the court [Docket No. 450]. | X |
| CCV Concerto Lien 16, LLC (Brunton Enterprises, Inc. d/b/a Plas-Tal Mfg. Co.)<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 78 | $128,731.00 | | X |
| CCV Concerto Lien 17, LLC (Door Systems)<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 9 | $14,795.00 | | X |
| CCV Concerto Lien 18, LLC (Cal-Lite Concrete)<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 6 | $90,675.55 | | X |
| CCV Concerto Lien 19, LLC (CMF, Inc.)<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 60 | $841,792.40 | | X |
| CCV Concerto Lien 2, LLC (Mr. Crane, Inc.)<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 19 | $493,518.01 | | X |
| CCV Concerto Lien 22, LLC (Weiss Sheet Metal)<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 25 | $249,039.90 | | X |

**Class 2 - Estimated Allowed Amounts of Mechanic's Lien Claims**

| Secured Creditor | POC No. | Payable Amount | Notes | Transferred to CCV Affiliate |
|---|---|---|---|---|
| **CCV Concerto Lien 23, LLC (Carpenters Southwest Administrative Corporation)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 105 | $180,045.70 | This amount reflects a stipulation [Docket No. 440] entered between the parties and approved by the court [Docket No. 464]. | X |
| **CCV Concerto Lien 26, LLC (SASCO)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 48 | $1,787,509.00 | This amount reflects an objection [Docket No. 268] granted by the court [Docket No. 533]. | X |
| **CCV Concerto Lien 27, LLC (SASCO)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 49 | $500,890.00 | | X |
| **CCV Concerto Lien 28, LLC (SASCO)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 50 | $458,841.00 | This amount reflects a stipulation [Docket No. 726] entered between the parties and approved by the court [Docket No. 748]. | X |
| **CCV Concerto Lien 29, LLC (SASCO)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 51 | $67,769.00 | This amount reflects an objection [Docket No. 291] granted by the court [Docket No. 532]. | X |
| **CCV Concerto Lien 3, LLC (Murray Plumbing and Heating Corporation, dba Murray Company)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 36 | $1,124,694.00 | This amount reflects a stipulation [Docket No. 413] entered between the parties and approved by the court [Docket No. 452]. | X |
| **CCV Concerto Lien 31, LLC (Architectural Glass & Aluminum Co., Inc.)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 43 | $1,952,429.00 | This amount reflects a stipulation [Docket No. 401] entered between parties and approved by the court [Docket No. 431]. | X |

**Class 2 - Estimated Allowed Amounts of Mechanic's Lien Claims**

| Secured Creditor | POC No. | Payable Amount | Notes | Transferred to CCV Affiliate |
|---|---|---|---|---|
| **CCV Concerto Lien 34, LLC (CPS Signage & Marketing Corp.)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 15, 67 | $2,072.00 | This amount reflects an objection [Docket No. 359] granted by the court [Docket No. 570]. | X |
| **CCV Concerto Lien 35, LLC (Troyer Contracting Company, Inc.)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 20 | $365,474.30 | | X |
| **CCV Concerto Lien 37, LLC (Anderson Charnesky Structural Steel)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 75 | $659,666.00 | This amount reflects an objection [Docket No. 363] by the Debtor, to which a response was filed [Docket Nos. 444, 445, 461], agreeing to a reduction in the asserted amount of the claim, subject to certain conditions. | X |
| **CCV Concerto Lien 4, LLC (Fire Protection Group, Inc.)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 65, 103 | $489,731.00 | This amount reflects an objection [Docket No. 286] granted by the court [Docket No. 571]. | X |
| **CCV Concerto Lien 5, LLC (West Coast Firestopping, Inc.)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 28 | $43,099.10 | | X |
| **CCV Concerto Lien 6, LLC (Park West Landscape, Inc.)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 41 | $50,093.00 | This amount reflects a stipulation [Docket No. 434] entered between the parties and approved by the court [Docket No. 449]. | X |
| **CCV Concerto Lien 7, LLC (Masco Contractor d/b/a Inland Empire)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 54 | $16,982.00 | This amount reflects an objection [Docket No. 300] granted by the court [Docket No. 569]. | X |

**Class 2 - Estimated Allowed Amounts of Mechanic's Lien Claims**

| Secured Creditor | POC No. | Payable Amount | Notes | Transferred to CCV Affiliate |
|---|---|---|---|---|
| **CCV Concerto Lien 8, LLC (Masonry Concepts, Inc.)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 35, 108 | $329,287.22 | This amount reflects claimant's withdrawal of Proof of Claim No. 108 [Docket No. 217]. | X |
| **CCV Concerto Lien 9, LLC (The Burks Company, Inc.)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 66 | $142,312.00 | This amount reflects an outstanding objection [Docket No. 316] by the Debtor, to which no timely response was filed. CCV intends to seek relief confirming the allowed amount of the claim. | X |
| **CCV Concerto Lien 20, LLC (Chute Systems)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 68 | $31,472.50 | | X |
| **CCV Concerto Lien 43, LLC (Coastal International, Inc.)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 42 | $602,500.00 | This amount reflects a stipulation [Docket No. 673] entered between the parties and approved by the court [Docket No. 683]. | X |
| **D 7 Consulting, Inc.**<br>3920 Birch Street, Suite 103<br>Newport Beach, CA 92660 | 106 | $0.00 | This amount reflects an objection [Docket No. 813] granted by the court [Docket No. 874]. | |
| **DeStefano and Partners, Ltd.**<br>Attn: Managing Agent<br>633 W. 5th Street, Suite 5700<br>Los Angeles, CA  90071-2022<br><br>DeStefano and Partners, Ltd.<br>c/o Sharon Z. Weiss<br>Holmes Roberts & Own LLP<br>800 West Olympic Blvd 4th Floor<br>Los Angeles, CA 90015 | 17 | $342,568.50 | This amount reflects a stipulation [Docket No. 501] entered between the parties and approved by the court [Docket No. 505]. | |
| **CCV Concerto Lien 42, LLC (DNM Construction Co., Inc.)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 80 | $197,500.44 | | X |

**Class 2 - Estimated Allowed Amounts of Mechanic's Lien Claims**

| Secured Creditor | POC No. | Payable Amount | Notes | Transferred to CCV Affiliate |
|---|---|---|---|---|
| **CCV Concerto Lien 32, LLC (JW Door Corporation)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 37, 40, 76, 77 | $26,622.00 | This amount reflects claimant's withdrawal Proof of Claim Nos. 37, 40, and 76, and settlement of Proof of Claim No. 77 in amount of $26,622.00 [Docket No. 423]. | X |
| **McKeon Door West, Inc.**<br>Attn: Managing Agent<br>10743 Progress Way<br>Cypress, CA 90630 | 82-2, 107 | $85,154.10 | | |
| **CCV Concerto Lien 13, LLC (Mirrors Showers & Wardrobes)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 56-2 | $88,038.00 | | X |
| **Morrow Equipment Co., Inc.**<br>c/o Bruce A. Hatkoff<br>Bruce A. Hatkoff, A Law Corporation<br>16633 Ventura Blvd., Suite 940<br>Encino, CA 91436 | 33 | $131,156.45 | | |
| **CCV Concerto Lien 38, LLC (Otis Elevator Company)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 81-2 | $483,353.00 | Proof of Claim No. 81-1 was originally filed in the amount of $114,125.00. The original claim was recently amended by Proof of Claim 81-2, asserting a claim in the amount of $483,353.00, however, the amended claim provided no supporting documentation. CCV intends to seek relief confirming the allowed amount of the claim. | X |
| **Pacifica Insulation Company, Inc.**<br>Kerry G. Osaki<br>Wheatley & Osaki<br>1835 W. Orangewood Avenue, Suite 255<br>Orange, CA 92868 | Scheduled | $31,326.00 | | |
| **Paramount Scaffold**<br>Kenneth J. Freed, Esq.<br>14226 Ventura Blvd<br>Sherman Oaks, CA 91423 | 87 | $25,560.50 | | |
| **CCV Concerto Lien 30, LLC (Psomas)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 44, 63 | $80,432.00 | This amount reflects an objection [Docket No. 294] granted by the court [Docket No. 567]. | X |

**Class 2 - Estimated Allowed Amounts of Mechanic's Lien Claims**

| Secured Creditor | POC No. | Payable Amount | Notes | Transferred to CCV Affiliate |
|---|---|---|---|---|
| **Sheldon Extinguisher Co., Inc.**<br>3931 N. Peck Road<br>El Monte, CA  91732<br>Attn: Linda Barney, CFO<br><br>Sheldon Extinguisher Co., Inc.<br>c/o Donald E. Faubus<br>22632 Golden Springs Drive, Suite 280-A<br>Diamond Bar, CA  91765 | 83 | $9,351.69 | | |
| **CCV Concerto Lien 41, LLC (SMG Stone Company)**<br>c/o Van C. Durrer II<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 S. Grand Ave, Ste 3400<br>Los Angeles, CA 90071 | 1 | $398,593.00 | This amount reflects a stipulation [Docket No. 436] entered between the parties and approved by the court [Docket No. 448]. | X |
| **So-Cal Insulation, Inc.**<br>Attn: Ed Tibbals, President<br>2401 Eads Street<br>Los Angeles, CA 90031-1018 | 10 | $0.00 | | |
| **Stock Building Supply**<br>Attn:  Managing Agent<br>8020 Arco Corporate Drive<br>Raleigh, NC 27617<br><br>Stock Building Supply<br>6933 Woodley Avenue<br>Van Nuys, CA  91406 | Scheduled | $617.10 | | |
| **Traffic Management**<br>Attn: Lily Betts<br>2435 Lemon Avenue<br>Signal Hill, CA 90755 | 97 | $20,794.42 | | |
| **TRE Elevator**<br>Attn:  Managing Agent<br>11333 Chandler Boulevard<br>North Hollywood, CA 91601-2709 | Scheduled | $92,401.00 | | |
| **Waterproofing Experts, Inc.**<br>Betty S. Chain<br>15233 Ventura Blvd., Suite 1200<br>Sherman Oaks, CA  91403 | 57, 109 | $ 131,373.00 | | |

**Class 2 - Estimated Allowed Amounts of Mechanic's Lien Claims**

| Secured Creditor | POC No. | Payable Amount | Notes | Transferred to CCV Affiliate |
|---|---|---|---|---|
| **West Coast Door and Moulding**<br>c/o Nicolino I. Iezza<br>Spiwak & Iezza, LLP<br>555 Marin Street, Suite 140<br>Thousand Oaks, CA 91360 | 23, 59 | $20,576.20 | Claimant withdrew Proof of Claim No. 59 as duplicative of Proof of Claim No. 23 [Docket No. 216]. | |
| **White Cap Construction (Golden)**<br>Attn: Managing Agent<br>2975 Red Hill Avenue<br>Suite 100<br>Costa Mesa, CA 92626-5923 | Scheduled | $4,665.38 | | |
| **TOTAL** | | $19,656,608.43 | | |