# EXHIBIT A-1

## DECLARATION OF THOMAS E. KABAT, MAI, CRE

I, THOMAS E. KABAT, MAI, CRE, have personal knowledge of
the facts contained herein, and I hereby state the
following:

### I. QUALIFICATIONS

1. I am over the age of 18 and under no legal disability.
I make this Declaration based on my own personal knowledge.
2. I am a real estate consultant, appraiser and economist.
I received a Bachelor of Science degree with a
concentration in Real Estate and Insurance from the
University of Wisconsin-Madison in 1985, and a Master of
Government Administration degree from the University of
Pennsylvania in 1989. I have been engaged in real estate
consulting, appraisal, brokerage, and development
management since 1988. I specialize in the evaluation and
quantification of economic damages in real estate-related
disputes.
3. I am currently a Managing Director in and practice
leader of the Real Estate practice of LECG, LLC. Until
recently, I was a Partner in the Advisory Services practice
of PricewaterhouseCoopers LLP ("PwC"), and the leader of
PwC's Real Estate Litigation Support practice.
4. I am a designated member of the Appraisal Institute
(MAI), The Counselors of Real Estate (CRE), and the
Commercial Investment Real Estate Institute (CCIM). I am
also a member of ULI-Urban Land Institute and Lambda Alpha
International Land Economics Fraternity. I presently hold
active licenses as a certified general real estate
appraiser in Alabama, Arizona, California, Colorado,
Connecticut, Georgia, Illinois, Kansas, Louisiana,
Michigan, Missouri, Nevada, New Jersey, New York, Ohio,
Oklahoma, Pennsylvania, Washington, and the District of
Columbia. I am also licensed as a real estate broker in the
State of Illinois.
5. I have written and spoken extensively on topics
concerning proper analytical procedures for evaluating and
quantifying damages in the context of real estate-related
disputes, including those dealing with contract performance
and related terms and conditions. I have also testified on
these topics on numerous occasions in state and federal
court venues, and in the context of arbitration. Over the
past twenty-two years, I have evaluated and/or appraised
thousands of properties within and outside the United
States, including high-, low-, and mid-rise condominium

development projects, mixed-use properties, and all other major commercial property types. My curriculum vitae is attached as **Exhibit 1** to this declaration.

## II. SCOPE OF EVALUATION

6. I have been asked by the law firm of Parker, Milliken, Clark, O'Hara, & Samuelian, P.C. (the "Client") to provide a preliminary estimate of economic damages incurred by GTS 900 F, LLC ("GTS") in connection with its loan from Corus Bank and events resulting therefrom. The documents and information considered in the course of developing my preliminary estimate include, among other things, court pleadings, disclosure statements and other filings, the debtor's plan of reorganization, appraisals prepared by CB Richard Ellis and others, proformas and other Project-related information from Mr. Sonny Astani, and sales and marketing information on comparable condominium projects.

7. In addition to reviewing and analyzing these documents, I performed a personal inspection of the Concerto project and other competitive condominium projects in the immediate neighborhood on February 19, 2010.

## III. PRELIMINARY EVALUATION AND THEORY OF DAMAGES

8. GTS was unable to complete the Concerto mixed-use residential condominium project (the "Project") as planned. I have been asked to assume the delays that were incurred resulted from breaches of certain contractual obligations of Corus Bank, N.A., and successors in interest to the Loan Agreement, collectively referred to herein as "Corus."

I have concluded that significant economic damages have been and are being incurred by GTS as a result of the delays.

Specifically, I have concluded that the completion and sale of the portion of the Project commonly known as "The Lofts" was delayed by at least four months.

In addition, construction of the remainder of the Project (Phase I - Tower 1 and Phase II) also has been delayed. Tower 1 is near completion, however, sales of the Phase II land and parking structure cannot be completed until Phase I is complete and the construction loan is paid.

Damages to GTS result from the following:

- Delay of receipt of sale proceeds from condominium closings for the Lofts and Tower 1. I have assumed for purposes of my preliminary analysis that the Loft pricing "but for" Corus's actions (or inactions) would have been somewhat higher. I have assumed no change in the initial pricing of Tower 1 condominium unit prices. Furthermore, I have assumed no Tower 1 pricing increases in subsequent years.

- Anticipated marketing and absorption time for Tower 1 has increased somewhat relative to the "but for" analysis. I have assumed that GTS could have sold a large number of Tower 1 units in its initial month after opening. Whereas now, I am assuming for purposes of this analysis that Tower 1 will likely be sold at a slower rate of approximately eight units per month. I am still assessing potential differences in the absorption rate between the "but for" and "actual" scenarios for Tower 1.

- Sale of the retail space located within Tower 1 also has been and will continue to be delayed as a result of the actions (or inactions) of Corus.

- The largest component of damages results from loan carrying costs. The longer GTS has to carry the construction loan without being able to pay it down from receipt of sale proceeds, the higher the interest costs to the Project. I have preliminarily accounted for the proposed post-petition 4% interest rate on the construction loan in the "actual" scenario.

- GTS incurs additional out-of-pocket costs every month associated with the Project. Therefore, a delay of the Project causes certain of these costs to be incurred over a longer period of time. These costs include homeowners association fees, special assessments, property taxes, builder's risk insurance, and OCIP (owner controlled insurance policy) insurance.

- At this time, I am not providing an opinion on loss of reputation. In addition, in my current analysis I have not included any additional costs and delays associated with finding alternate, qualified sub-contractors to complete construction of Phase I.

- Within my preliminary analysis I have accounted for interim parking income from the previously-constructed parking structures serving Phases I and II.

- I have assumed in both the "but for" and "actual" scenarios that upon completion and sellout of Phase I, Phase II land and the improvements thereon will be immediately sold. I am still assessing the potential development scenarios for Phase II, however, I expect there will be higher damages than in my current analysis if I determine it's more appropriate to analyze a build-out and sale of Tower 2 condominium units by GTS, rather than an outright sale of the Phase II land and improvements.

## III. PRELIMINARY CONCLUSION REGARDING ECONOMIC DAMAGES

As a result of my preliminary evaluation, and based upon my present assumptions, I have concluded that the present value of damages suffered by GTS as of the currently assumed damage date of November 1, 2008 (without regard to pre-judgment interest) is in excess of forty-six million dollars ($177.3 million "but for" scenario minus $130.6 million "actual" scenario). Attached as **Exhibit 2** are draft damages schedules which support this preliminary conclusion.

My evaluation and analysis is ongoing, and I expect that I will continue to receive and evaluate additional information that may impact my analysis and conclusions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


_Thomas E. Kabat_              _3/10/10_
Thomas E. Kabat, MAI, CRE       Date

# Exhibit 1

**THOMAS E. KABAT, MAI, CRE**

**PAGE 1**

## POSITION

Managing Director, Real Estate, LECG, LLC

## EDUCATION

B.S. - Concentration in Real Estate and Insurance, University of Wisconsin-Madison, 1985

Master of Governmental Administration, University of Pennsylvania, 1989

## EXPERIENCE

### I.    REAL ESTATE DAMAGES

Experienced in preparation and delivery of expert testimony for litigation involving real estate valuation and analysis. Special emphasis in complex real estate valuation matters, including impacts of contamination or hazard, regulatory influences, construction and development standards and costs, and other influences on the value and use of real property. Selected assignments include the following:

*Property Value Diminution – Commercial and Industrial Property Litigation*

- Bullivant Houser Bailey, P.C., Portland, OR. Analysis and testimony on behalf of Burlington Northern & Sante Fe Railway Company concerning sale-leaseback transaction of a major mixed-use development site affected by environmental conditions in downtown Portland.

- Aiken, St. Louis & Siljeg, Seattle, WA. Valuation of multi-family properties located adjacent to Tacoma Landfill Superfund Site in Tacoma, WA. Work included estimates of market value and property value diminution, and rebuttal of plaintiff experts' testimony.

- Chemoil Corporation, San Francisco, CA. Evaluated former refinery site with regard to residual contaminants and their effect on the value, marketability and redevelopment potential for alternative use.

- McDermott, Will & Emery, Los Angeles, CA. Analysis and testimony on behalf of Mobil Oil Corporation in an LUST case involving soil and groundwater contamination at a service station in Glendale, Arizona.

- Morgan, Lewis & Bockius LLP, Los Angeles, CA. Valuation of industrial property for insurance dispute involving claims of lost profits and diminished property value due to soil and groundwater contamination at an aerospace manufacturing facility.

- Murnane, Conlin, White, Brandt & Hoffman, Minneapolis, MN. Engaged on behalf of Amoco Corporation to analyze alleged impact of groundwater contamination on commercial property adjacent to a service station site in Minneapolis.

- NEC Electronics, Inc., Mountain View, CA. Valuation and analysis of single-tenant industrial property for dispute alleging lost rent and stigma damages due to groundwater contamination.

**THOMAS E. KABAT, MAI, CRE**

PAGE 2

- Ohio Department of Transportation, Columbus, OH. Analysis and testimony concerning diminished property value due to off-site migration of solvent contamination at a highway construction staging site.

- Sheppard, Mullin, Richter & Hampton LLP, Los Angeles, CA. Designated expert in a case alleging diminished property value and lost business opportunity in connection with acquisition and disposition of a retail shopping center.

- Steptoe & Johnson LLP, Phoenix, AZ. Engaged on behalf of Harris Trust Bank in a matter involving disclosure of environmental conditions upon sale of a commercial shopping center site in Phoenix, Arizona.

*Property Value Diminution – Class Action Litigation*

- Wallace King Marraro & Branson, PLLC, Washington, DC. Evaluation and critique of plaintiff assertions concerning property value damages due to MTBE contamination of groundwater.

- Arnold & Porter, Los Angeles, CA. Retained on behalf of ARCO Pipeline Co. to evaluate plaintiff methodology and other evidence provided in support of Motion for Class Certification related to a crude oil pipeline spill in Long Beach, California.

- Chevron USA, Inc., Houston, TX. Assisted in development of real estate transactions database and regression model used to assess allegations of residential property value diminution from soil contamination.

- Fortune 100 Chemical Manufacturing Company. Performed case study analysis regarding home sales velocity and pricing in a residential neighborhood surrounding a Superfund Site affected by heavy metals contamination.

- Jones, Walker, Waechter, Poitevent, Carrere & DeNegre, New Orleans, LA. Expert analysis performed on behalf of Browning-Ferris Industries, Inc. in class action matter alleging property value diminution near a solid waste landfill in Lake Charles, Louisiana.

- Paul, Hastings, Janofsky & Walker LLP, San Francisco, CA. Retained as consulting experts in a major class action suit involving groundwater contamination at a rocket-manufacturing and development site in southern California.

*Condemnation and Regulatory Takings*

- Gallagher & Kennedy, P.A., Phoenix, AZ. Valuation and testimony in condemnation of large residential acreage tract in Scottsdale on behalf of homebuilder Toll Brothers, Inc.

- Earl Neal & Associates, Chicago, IL. Eminent domain action involving historic office building in downtown Chicago. Responsible for valuation of property taken, analysis of market forces impacting value, and review of materials submitted by opposing experts.

- Gibson, Dunn & Crutcher L.L.P., Irvine, CA. Inverse condemnation action involving development site affected by endangered species designation.

- Latham & Watkins, Los Angeles, CA. Represented landowner World Oil Corp. in the partial taking of a 200-acre former oil refinery site for highway construction purposes.

- O'Melveny & Myers, LLP, Los Angeles, CA.  Market and financial analysis, and appraisal review/rebuttal for inverse condemnation action involving the former Ambassador Hotel property.

- Ross & Hardies, Chicago, IL.  Estimated value impact associated with a change in zoning on a commercial shopping center site.

*Easements, Corridors and Partial Interests*

- Troutman Sanders LLP, Washington, DC.  Valuation expert in multi-state class action suit related to placement of fiber optic cable within 650-mile electric transmission corridor. Rebutted plaintiff experts' $150MM damage claim.

- Mayer, Brown & Platt, Los Angeles, CA.  Assisted in the preparation of an estimate of fair market rent for petroleum pipeline easements spanning approximately 1,800 miles throughout the southwestern U.S. in connection with a rental rate dispute.

- Cole, Raywid & Braverman, L.L.P., Washington, DC.  Valuation expert in rental rate dispute involving placement of fiber optic cable within public road rights-of-way in San Diego County on behalf of Level3 Communications.

- Private Developer, Chicago, IL.  Valuation of facade easement on an historic industrial building undergoing renovation and redevelopment into loft apartments.  Analysis was used as evidence to support favorable tax and financing treatment in connection with the donation of an historic preservation easement.

- Squire, Sanders & Dempsey, Phoenix, AZ.  Analysis of long-term ground lease involving a commercial shopping center site in north Scottsdale to determine whether the terms of the lease effectuate a sale of the property.

*Real Estate Contract Disputes*

- Jones, Skelton & Hochuli, Phoenix, AZ.  Prepared expert opinions and testimony for litigation regarding alleged lost profits and lost business opportunity due to breach of contract in a commercial real estate development initiative.

- The Principal Financial Group, Des Moines, IA.  Prepared retrospective construction cost estimate for a 500-unit apartment complex in Kansas City, Missouri in a dispute alleging damages due to construction cost overruns.

- Real Estate Litigation Matter, Ventura County, CA.  Represented private owner in real estate contract dispute, including estimate of financial impact of contract terms, land residual analysis and construction cost estimates.

*Partnership/Joint Venture Disputes*

- Equitable Real Estate Investment Management, Inc., Newport Beach, CA.  Valuation of 280,000 square foot office complex in connection with a partnership/joint venture dispute.

- Freedom Plaza Limited Partnership, Peoria, AZ.  Valuation of limited partnership for dissolution. Principal assets included a 350-unit congregate independent-living retirement center and a 200-bed assisted living and skilled nursing facility.

- Gibson, Dunn & Crutcher LLP, Los Angeles, CA. Estimated market value of leased fee position in a multi-tenant office property, subject to a ground lease. Ground lessor vacated prior to expiration of the lease.

### Bankruptcy and Foreclosure

- Fennemore Craig, Phoenix, AZ. Development and implementation of real estate valuation and disposition strategy on behalf of unsecured creditors in Baptist Foundation of Arizona bankruptcy involving over $500 million in assets.

- Latham & Watkins, Chicago, IL. Evaluated possible foreclosure action on a major Class A office building in downtown Chicago. Duties included effective net rent study, lease analysis and valuation, evaluation of tenant renewal probabilities, assessment of leasing alternatives for major tenants, and impact of pending lease expirations on value.

- Resolution Trust Corporation, Washington, DC. Valuation and due diligence for liquidation of office and multi-family portfolios in southwestern U.S.

- West Suburban Bank Corporation, Lombard, IL. Prepared valuation and disposition strategy for a golf resort, including a 124-room lodging facility and an 18-hole championship golf course.

### Zoning and Entitlement

- McClintock, Weston, Benshoof, Rochefort, Rubalcava, MacCuish LLP, Los Angeles, CA. Analyzed development feasibility for a signature design, championship golf course in connection with a zoning dispute.

- Wildman, Harrold, Allen & Dixon, Chicago, IL. Analyzed value implications of non-conforming structure within a high-amenity design district.

### Limited/Special Use Properties

- Exxon Company, USA. Estimated real estate market impacts of *Exxon Valdez* oil spill in Prince William Sound, Alaska. Responsible for review and rebuttal of plaintiffs' claims regarding stigma and property value diminution affecting state- and native-owned lands in Kenai Peninsula and Kodiak Island.

- Kansas International Speedway, Wyandotte County, KS. Assisted inter-governmental agency in financial, economic and land use planning issues concerning construction and development of NASCAR racing facility on 1,000-acre site near Kansas City.

- Federal Reserve Bank, Chicago, IL. Estimated depreciated replacement cost of Federal Reserve Bank Building for property tax assessment dispute.

- Jaeckle, Fleischmann & Miguel, LLP, Buffalo, NY. Retained on behalf of Central Hudson Energy Corporation to evaluate property value diminution relating to a wastewater treatment facility located on the Hudson River.

- Munger, Tolles & Olson, Los Angeles, CA. Retained on behalf of Rockwell International Corp. to evaluate impact of soil and groundwater contamination on the value of a special use property located adjacent to a research and development facility in Ventura County, California.

## II.    REAL ESTATE VALUATION

Experienced in the valuation and analysis of all major types of real property, including individual properties and asset portfolios for purposes of acquisition and construction financing, collateral valuation, securitization, purchase price allocation, property tax assessment, and estate tax purposes. Selected engagements are described below:

### *Market Value Appraisal*

- Citicorp Real Estate, Inc., Chicago, IL. Collateral valuation for loan secured by a build-to-suit lease involving a 300,000 square foot corporate headquarters office facility in Kansas City, Missouri.

- Citicorp Real Estate, Inc., Chicago, IL. FIRREA valuation of 1.0 million square foot office tower in downtown Chicago in conjunction with loan restructuring.

- Host Marriott Corporation, Bethesda, MD. Over twenty asset valuation assignments involving full-service, all-suite and convention hotels located throughout the U.S.

- PC Financial Corporation, Chicago, IL. Appraisal for construction financing on a power shopping center in Chicago, Illinois.

- Suncrown Development, Inc., Scottsdale, AZ. Prospective valuation of going-concern interest in expansion of major Las Vegas hotel and casino.

- Swiss Bank Corporation, New York, NY. Appraisal for take-out financing on an all-suite hotel in Schaumburg, Illinois.

- The Tribune Companies, Chicago, IL. Property tax valuation of 600,000 square foot corporate headquarters office tower in downtown Chicago.

### *Portfolio Valuation*

- Citicorp Real Estate, Inc., Chicago, IL. Collateral valuation of mixed-use land portfolio, including single- and multi-family residential development sites, and retail sites consisting of anchor, major and in-line parcels and outparcels.

- The Deutsch Company, Los Angeles, CA. Valuation of industrial property portfolio for estate and gift tax purposes. Portfolio includes 14 single- and multi-tenant warehouse, manufacturing and R&D/flex properties located throughout southern California.

- Franchise Finance Corporation of America, Scottsdale, AZ. Valuation of quick-service restaurant and C&G store portfolios in connection with mortgage-backed securities underwriting.

- The RREEF Funds, Chicago, IL. Valuation of pension fund portfolio consisting of retail, multi-family, industrial and office properties in the Chicago metropolitan area.

- Swiss Bank Corporation, New York, NY. Collateral valuation under FIRREA involving ten apartment properties in Chicago, Illinois.

- Fortune 100 Finance Company. Valuation of commercial real estate portfolio for acquisition purposes.

THOMAS E. KABAT, MAI, CRE
PAGE 6

## III. REAL ESTATE CONSULTING

Experienced in real estate analysis, acquisitions due diligence, development feasibility, disposition strategy and pricing, investment counseling, and valuation and analysis of leasehold interests. Selected engagements are described below:

### Contaminated Property Transactions

- ARCO, Los Angeles, CA. Contaminated property acquisition counseling involving mixed-use development site in New England. Activities included analysis and pricing of risk transfer alternatives as well as estimating value implications of alternative uses under risk-based corrective action (RBCA) measures.

- California Pollution Control Financing Authority, Sacramento, CA. Advisor to state authority on redevelopment financing alternatives for sites affected by hazardous materials contamination.

- Real Estate Investment Advisor, Los Angeles, CA. Retained to identify acquisition opportunities involving environmentally impaired assets.

- PRP Group, State Superfund Site. Retained on behalf of multiple oil and chemical manufacturers to identify redevelopment and transaction alternatives on a former Class II landfill.

### Acquisitions/Dispositions

- City of Las Vegas, Nevada. Advised City in a lease v. buy decision pursuant to a purchase option in a long-term office building lease.

- Coates & Friedman, Chicago, IL. Due diligence and analysis of commercial property offerings on behalf of prospective investor groups. Offerings analyzed include retail, office, industrial, single- and multi-family residential, and mixed-use properties throughout U.S.

- Waste Management, Inc., Oak Brook, IL. Analyzed value and disposition strategy for 20-acre development site near corporate headquarters in Oak Brook, Illinois. Duties included valuation, rent and absorption estimates for various land uses, and disposition strategy.

### Development Consulting

- Homart Community Centers, Inc., Chicago, IL. Market analysis for proposed power shopping centers in New York and Connecticut. Site and area analysis, market penetration and competitive supply analysis, sales by retail category, and estimates of market rent.

- METRA/Metropolitan Rail Corporation, Chicago, IL. Highest and best use, land acquisition strategy, development programming, and analysis of incremental tax revenues for multiple development sites along proposed regional commuter rail line.

- UNOCAL Corporation, Los Angeles, CA. Highest and best use analysis for multiple ancillary land parcels throughout the northeastern U.S. Analyzed market support and development feasibility for hotel/motel uses, restaurants, retail development and self-storage facilities.

THOMAS E. KABAT, MAI, CRE
PAGE 7

- USX Corporation and City of Gary, Indiana. Market analysis for proposed 1,000-slip recreational marina in Gary, Indiana. Supply and demand analyses, slip pricing, absorption, and demand analysis for selected boater amenities.

- City of Wichita, Kansas. Development feasibility and analysis of Rehabilitation Investment Tax Credit for redevelopment of historic mixed-use property in downtown Wichita. Hotel ADR and occupancy estimates, operating income and expense, redevelopment programming, and analysis of financing alternatives.

*Investment Counseling*

- Graistone Realty Advisors, Inc., West Palm Beach, FL. Analyzed investment climate for retail properties in twelve major metropolitan markets for pension fund asset manager.

- LCV Properties, Inc., Miami, FL. Market study in connection with contemplated disposition of 50-acre mixed-use development site in Chandler, Arizona.

- Mitsui Kensetsu, Ltd., Tokyo, Japan. Investor due diligence for proposed golf course residential community in Vernon Hills, Illinois.

- University of Illinois at Chicago. Due diligence for shopping center acquisition, including assessment of physical improvements and capital expenditure requirements, lease analysis, tenant negotiations, and cash flow analysis.

*Lease Analysis*

- Chicago Transit Authority, Chicago, IL. Comparison of leasing alternatives for relocation of 75,000 square foot computer operations center.

- City of Chicago Department of Aviation, Chicago, IL. Estimated value under proposed ground lease terms for 24-acre, multi-tenant industrial site with airside access at O'Hare International Airport. Assisted lease negotiations on behalf of lessor.

- Smitty's Super Valu, Inc., Phoenix, AZ. Reviewed joint venture agreement, proposed ground lease terms and development/expansion strategies for grocery store chain.

- Rayburn Fladeboe, Irvine, CA. Estimated fair market rent for a long-term lease involving an automobile dealership in Orange County.

*Appraisal Review and Audit*

- Envirotest Systems Corporation, Tucson, AZ. Due diligence evaluation involving a portfolio of 80 industrial properties located in Pennsylvania; conclusions used as a basis for estimating *net realizable value* of long-term assets in conjunction with an annual audit of a public company.

- Massachusetts Highway Department, Boston, MA. Preparation of appraisal services RFPs and review of market value appraisals used for litigation and settlement negotiations in major right-of-way condemnation action.

- PricewaterhouseCoopers LLP. Internal real estate and business valuation review function for appraisals performed throughout the southwestern U.S.

THOMAS E. KABAT, MAI, CRE
PAGE 8

- Prudential Life Insurance Co., New York, NY. USPAP conformance and technical review functions for PRISA1 and PRISA2 annual portfolio valuations and quarterly updates. Subjects include retail, office and industrial properties located throughout the U.S.

## PROFESSIONAL HISTORY

**LECG, LLC**
Managing Director, December 2006 to Present

**PricewaterhouseCoopers LLP, Advisory Services**
Partner, July 2001 to November 2006
Director, January 1998 to June 2001
Manager, July 1996 to December 1997
Senior Associate, July 1995 to June 1996

**Clarion Associates, Inc., Real Estate Consulting & Appraisal**
Senior Consultant, January 1994 to June 1995
Consultant, March 1992 to December 1993

**S. B. Friedman & Co., Real Estate Advisors/Development Consultants**
Associate, November 1990 to March 1992

**Laventhol & Horwath, Real Estate Advisory Services**
Consultant, December 1989 to November 1990

**Philadelphia Industrial Development Corporation, Development Management Division**
Assistant Project Manager, April 1988 to December 1989

## PROFESSIONAL DESIGNATIONS AND AFFILIATIONS

Member, Appraisal Institute (Designated MAI No. 10791); So. California and Phoenix Chapters

Member, The Counselors of Real Estate (Designated CRE)

Certified Commercial Investment Member (Designated CCIM No. 7445), CCIM Institute

Associate Member, American Bar Association (Section of Litigation; Section of Energy, Environment and Resources)

Associate Member, State Bar of California (Environmental Law Section)

Associate Member, Urban Land Institute (Arizona and Los Angeles District Councils)

Adjunct Lecturer, Arizona Real Estate Center, ASU School of Business Administration

THOMAS E. KABAT, MAI, CRE
PAGE 9

*CERTIFICATION AND LICENSE*

Alabama: Certified General Real Property Appraiser No. G00537

Arizona: Certified General Real Estate Appraiser No. 30805

California: Certified General Real Estate Appraiser No. AG 025753

Colorado: Certified General Real Estate Appraiser No. CG40022911

Connecticut: Certified General Real Estate Appraiser No. RCG 909

District of Columbia: Certified General Real Estate Appraiser No. GA-10622

Georgia: Certified General Real Estate Appraiser No. 250826

Illinois: Certified General Real Estate Appraiser No. 553.001015

Illinois: Licensed Real Estate Broker No. 475-097857

Kansas: Certified General Real Estate Appraiser No. G-1494

Louisiana: Certified General Appraiser No. G-2078

Michigan: Certified General Real Estate Appraiser No. 1201069441

Missouri: Certified General Real Estate Appraiser No. 2003027428

Nevada: Certified General Real Estate Appraiser No. 04926

New Jersey: Certified General Appraiser No. 42RG00224300

New York: Certified General Real Estate Appraiser No. 46000039516

Ohio: Certified General Real Estate Appraiser No. 2002001798

Oklahoma: Certified General Real Estate Appraiser No. 12730CGA

Pennsylvania: Certified General Real Estate Appraiser No. GA003382

Washington: Certified General Real Estate Appraiser No. 1101054

## PUBLICATIONS

Weil, Roman L., Christian W. Hughes, Peter B. Frank, and Michael J. Wagner, *Litigation Services Handbook: The Role of the Financial Expert (4th ed.)*, New York: John Wiley & Sons, Inc., 2006, Chapter 27: Quantifying Damages in Real Estate Litigation, (with Frank A. Voorvaart, Ph.D.), pp. 1-28.

Weil, Roman L., Michael J. Wagner and Peter B. Frank. *Litigation Services Handbook: The Role of the Financial Expert (3rd ed.)*, New York: John Wiley & Sons, Inc., 2001, Chapter 32: The Financial Consultant's Role in the Proof of Environmental Damages, (with Randi L. Firus and Suzanne M. Stuckwisch), pp. 1-35.

"Market Valuation and Decision Analysis in Brownfields Cases" (with Lee Merkhofer, Ph.D.) Environmental Compliance & Litigation Strategy, Vol. 14, No. 10, March 1999.

"Trends in Environmental Law from a Real Estate Consultant's Perspective," Environmental Law News, published by the Environmental Law Section of the State Bar of California, Vol. 6, Nos. 1 and 2, Spring/Summer 1997.

"What Makes a Golf Course Historic?" (with Richard J. Roddewig and Patrick Nash, Jr.), Golf Inc., September 1995.

"Tax Savings from Easement Donations on Golf Courses: Get Them in 1995 or They May Be Gone" (with Richard J. Roddewig and Patrick Nash, Jr.), Golf Inc., August 1995.

Technical Reviewer, Market Profiles 1999, ULI – Urban Land Institute, Washington, D.C.

Contributing Author, Market Profiles 1996, ULI – Urban Land Institute, Washington, D.C.

Real Estate Forecast Contributor, Western Blue Chip Economic Forecast, Bank One Economic Outlook Center, Tempe, Arizona, 1998 to present.

## SPEECHES AND PRESENTATIONS

"Contaminated Property Valuation in Litigation: Perspectives on Getting it Right," presented to The Appraisal Institute, Litigation Shared Interest Group Kick-Off Event, Chicago, Illinois, September 2006.

"Impeachment of Expert Witnesses: Down in the Trenches - The Do's and Don'ts of Cross-Examination," panel presentation, 2006 Joint CLE Seminar of the ABA Section of Litigation, Vail, Colorado, January 2006.

"Impact of Environmental Contamination on Value," presented to The Appraisal of Real Estate/Understanding Value in the Legal Process conference, sponsored by CLE International, Phoenix, Arizona, August 2002.

"Corridor Valuation in the 21st Century: Traversing the Methodological Minefield," presented at the Corridor and Rights-of-Way Symposium, sponsored by the Centre for Advanced Property Economics, Washington DC, July 2002.

"Contaminated Real Estate: What is it Really Worth?" presented to the Connecticut Bar Association, Hartford, Connecticut, June 2002.

"Hot Toxic Tort Topics for 2001," panel discussion presented to the Environmental Litigation Committee of the ABA Section of Litigation, Breckenridge, Colorado, February 2001.

"Valuation of Hotel Properties," presented at the Eminent Domain and Land Valuation Litigation Conference, sponsored by the American Law Institute-American Bar Association, Scottsdale, Arizona, January 2002.

"Damages Issues in Groundwater Litigation," presented to The Environmental Law Institute, New York, New York, December 2000.
"Strategic Litigation Alternatives: Property Valuation and Decision Analysis in Brownfields Cases," presented to Latham & Watkins, Los Angeles, California, October 1999.

"1999 Business Trends: US and Arizona Economic and Development Environment," presented to the Society for Marketing Professional Services, Phoenix, Arizona, January 1999.

"Decision Analysis in Environmental Litigation," presented to ARCO Law Department, Los Angeles, California, October 1998.

"Evaluating and Mitigating Environmental Risk in the Real Property Arena," presented to the Southern California Chapter of the Appraisal Institute, Anaheim, California, August 1998.

"Trends in Contaminated Property Valuation & Transactions," presented to Hughes, Hubbard & Reed LLP, Los Angeles, California, March 1998.

"Environmental Liabilities:  What the Future Holds," presented to AIG Environmental Conference, Hyatt Regency Hotel, Los Angeles, California, December 1997.

"Contaminated Property Transactions: Why Now?" program moderator for expert panel discussion presented to Urban Land Institute/Los Angeles District Council, Century City, California, September 1997.

"Solutions to Manage Contaminated Property Effectively," presented to AIG Environmental Conference, Four Seasons Hotel, Seattle, Washington, September 1997.

"Current Issues in Environmental Risk Management," presented to George L. Graziado School of Business and Management, Pepperdine University, Long Beach, California, June 1997.

"Buying and Selling Contaminated Properties: How to Market, Finance and Evaluate the Risk," presented to 13th Annual *Hazardous Waste Management and the Law* Conference, Hotel Intercontinental, Los Angeles, California, May 1997.

**THOMAS E. KABAT, MAI, CRE**
PAGE 12

## DEPOSITION, TRIAL AND OTHER TESTIMONY

*Hitachi Global Storage Technologies, Inc. v. Signature Properties, Inc., et al.* Judicial Arbitration and Mediation Service, Case No. 1100056208. Deposition testimony, January 2010; trial testimony, March 2010.

*Pacific Gateway, Ltd. v. San Diego Unified Port District* Private Arbitration Pursuant to Lease. Arbitration testimony, November 2009.

*Matix, LLC, et al. v. Hard Rock Condominium Investors, LLC, et al.* District Court of Clark County, Nevada, Case No. A518414. Deposition testimony, December 2008; trial testimony, October 2009.

*SPPI-Somersville, Inc., et al., v. TRC Companies, Inc. et al., and West Coast Home Builders, Inc. v. Aventis Cropscience, Inc., et al.* United States District Court, District of California, Case Nos. C 04-2648 SI (Consolidated with Case No. C 07-05824 SI) and C 04-2225 SI (Related to Case No. C 04-02648-SI). Deposition testimony, July 2009.

*Arthur D. Dyer, et al., v. Waste Management of Wisconsin, Inc., et al.* State of Wisconsin Circuit Court, City of Waukesha, Civil Action No. 01-CV-1866. Deposition testimony, February 2005; trial testimony, June 2009.

*KB Urban, Inc., et al. v. MW Anaheim Partners, LLC, et al.* Superior Court of the State of California for the County of Los Angeles, Case No. BC391806. Deposition testimony, May 2009.

*Starrh & Starrh Cotton Growers v. Aera Energy LLC,* Superior Court of the State of California for the County of Kern, Case No. S-1500-CV-245287. Deposition testimony, November 2008.

*Richard Catena v. Daniel P. Andersen, et al.* Superior Court of New Jersey, Law Division, Bergen County, Docket No. BER-L-5914-05. Deposition testimony, October 2008.

*G.K. Las Vegas Limited Partnership v. Simon Property Group, Inc.* United States District Court, District of Nevada, Case No. CV S04-1199-DAE-GFW. Deposition testimony, August 2008.

*Patrick George v. Peter A. Morton, et al.* United States District Court, District of Nevada, Case No. 2:06-cv-1112-PMP-GWF. Deposition testimony, August 2008.

*Christopher F. Milam, et al. v. Peter Morton, et al.* American Arbitration Association, Case No. 72180103907. Arbitration testimony, July 2008.

*In Re: El Toro Materials Company, Inc.* United States Bankruptcy Court, Central District of California – Santa Ana Division, Bankruptcy Case No. SA 02-18913 EAS, Chapter 11. Deposition testimony, July 2008.

*In Re: Atherton-Newport Investments, LLC* United States Bankruptcy Court, Central District of California – Santa Ana Division, Bankruptcy Case No. 8:08-10230-TA, Chapter 11. Declaration in Support of I.I.G. Financial, LLC's Supplemental Objections, February 2008.

*City of Scottsdale v. Edmunds-Toll AZ Construction Company.* Superior Court of the State of Arizona in the County of Maricopa, Case No. CV2004-001025. Deposition testimony, April and July 2007; trial testimony January 2008.

*In Re: Infrastructure Service Co., LLC f/k/a Ocean Atlantic Development, LLC.* United States Bankruptcy Court, Central District of California – Riverside Division, Bankruptcy Case No. 06-90000 MJ, Chapter 11. Deposition testimony, March and April 2007.

*Susan B. Fralick Ball, et al. v. Bayard Pump & Tank Company, Inc., et al. (and other consolidated cases).* State of Pennsylvania, County of Montgomery, Court of Common Pleas, Case No. 99-06438 [Consolidated with Case Nos. 98-22244and 98-22245]. Deposition testimony, February 2006.

*NJD, Ltd. v. City of Glendora, California*, Superior Court of the State of California for the County of Los Angeles, Case No. BC273852. Deposition testimony, April 2005.

*Level 3 Communications, LLC v. The City of Santee, California.* United States District Court for the Southern District of California, Case No. 02cv1193 H (AJB) [Consolidated with Case No. 02cv1393H (AJB)]. Deposition testimony, August 2003.

*In Re: Purchase price adjustment dispute between The Boeing Company and Hughes Electronic Corporation.* State of California. Arbitration. Deposition testimony, May 2003.

*Q & E, L.L.C. v. Pemco Service Co., Inc., et al.* State of Illinois, County of Sangamon, Circuit Court of the 7th Judicial Circuit, Case No. 00-L-0215. Deposition testimony, October 2002.

*Hand, et al. v. Emerson Electric Co.* United States District Court for the Southern District of Georgia, Brunswick Division, Case No. CV 201-223. Deposition testimony, May 2002.

*NJD, Ltd. v. City of San Dimas, California, et al.* Superior Court of the State of California for the County of Los Angeles, Case No. BC213996. Deposition testimony, June 2001.

*Bridgeport Port Authority v. Carpenter Technology Corp.* United States District Court for the District of Connecticut, Case Nos. 3:99-CV-174 (AVC) and 3:99-CV-177 (AVC). Deposition testimony, February 2001; trial testimony, April 2001.

*Catherine Martin, et al. v. Shell Oil Company, et al.* United States District Court for the District of Connecticut, Case No. 3:99CV1428. Declaration in Support of Defendants' Motion in Opposition to Class Certification.

*TYM Limited v. W. E. O'Neil Construction Company of Arizona, et al.* Superior Court of the State of Arizona, County of Coconino, Case No. CV 97-0361. Deposition testimony, June 2000 and June 2001; trial testimony, September 2001.

*Hoyt Street Properties, L.L.C. v. Burlington Northern & Sante Fe Railway Company.* U.S. District Court, District of Oregon, Case No. CV 98-1198 AS. Trial testimony, December 1999.

# Exhibit 2

**GTS 900 F, LLC**
**Drainage Calculation**
**Schedule 1**
**"Base Fear" Scenario**

| | 2008 Nov | Dec | 2009 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2010 Jan | Feb | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | | |
| *Loft Units* | | | | | | | | | | | | | | | | | |
| Condo Units Sold | | | | | | | | | | | | | | | | | |
| Units Overage | | | | | | | | | | | | | | | | | |
| Closings | | | | | | | 40 | 49 | | | 37 | | | | | | 8 |
| Total Square Feet | | | | | | | 43,320 | 43,320 | | | 40,071 | | | | | | 8,376 |
| Price Per Square Foot | | | | | | | $415 | $415 | | | $415 | | | | | | $660 |
| Subtotal | | | | | | | 17,977,800 | 17,977,800 | | | 16,629,465 | | | | | | 5,660,160 |
| Percent Realized | | | | | | | 3% | 97% | | | 3% | | | | | | 100% |
| Loft Revenue | | | | | | | 520,314 | 17,431,466 | | | 494,884 | 16,120,581 | | | | | |
| **Tower 1** | | | | | | | | | | | | | | | | | |
| Condo Units Under Contract | | | | | | | | | | | | 100 | 100 | 8 | 8 | 8 | 8 |
| Total Square Feet | | | | | | | | | | | | 107,200 | 8,376 | 8,376 | 8,376 | 8,376 | 8,376 |
| Price Per Square Foot | | | | | | | | | | | | $660 | $660 | $660 | $660 | $660 | $660 |
| Subtotal | | | | | | | | | | | | 70,752,000 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 |
| Percent Realized | | | | | | | | | | | | 3% | 3% | 3% | 3% | 3% | 100% |
| Subtotal - Contracts | | | | | | | | | | | | 2,122,560 | 169,805 | 169,805 | 169,805 | 169,805 | |
| Condo Units Closed | | | | | | | | | | | | | 100 | 8 | 8 | 8 | 8 |
| Total Square Feet | | | | | | | | | | | | | 107,200 | 8,376 | 8,376 | 8,376 | 8,376 |
| Price Per Square Foot | | | | | | | | | | | | | $660 | $660 | $660 | $660 | $660 |
| Subtotal | | | | | | | | | | | $0 | 70,733,000 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 |
| Percent Realized | | | | | | | | | | | 0% | 97% | 97% | 97% | 97% | 97% |
| Subtotal - Closings | | | | | | | | | | | | 68,629,440 | 5,490,355 | 5,490,355 | 5,490,355 | 5,490,355 |
| Tower 1 Revenue | | | | | | | | | | | | 2,122,560 | 68,799,245 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 |
| **Tower 2** | | | | | | | | | | | | | | | | | |
| Tower 2 Revenue | | | | | | | | | | | | | | | | | |
| Land and Parking Sale | | | | | | | | | | | | | 11,300,000 | | | | |
| Tower 2 Revenue | | | | | | | | | | | | | 11,300,000 | | | | |
| **Retail** | | | | | | | | | | | | | | | | | |
| Retail Square Video | | | | | | | | | | | | | | | | | |
| Retail Revenue | | | | | | | | | | | | | | | | | |
| **Parking** | | | | | | | | | | | | | | | | | |
| Spaces | | | | | | | 800 | 760 | 760 | 760 | 723 | 723 | 623 | 415 | 607 | 599 | 391 |
| Revenue per Space | | | | | | | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 |
| Parking Income | | | | | | | 200,000 | 190,000 | 190,000 | 190,000 | 180,750 | 180,750 | 155,750 | 133,750 | 151,750 | 149,750 | 147,750 |
| **Total Revenue** | | | | | | | 720,314 | 17,621,466 | 190,000 | 684,884 | 16,311,331 | 2,303,310 | 68,954,995 | 16,813,910 | 5,811,910 | 5,809,910 | 5,807,910 |
| **Expenses** | | | | | | | | | | | | | | | | | |
| Hard Costs | | | | | | | | | | | 10,016,723 | 2,131,885 | 2,131,885 | 2,131,885 | | | |
| Homeowners Fee | | | | | | | 18,500 | 18,500 | 18,500 | 18,500 | 135,500 | 135,500 | 85,500 | 81,500 | 77,500 | 73,500 | 69,500 |
| Special Assessment | | | | | | | | | | | 1,355 | 1,355 | 1,355 | 815 | 735 | 735 | 635 |
| Property Tax | 4% | | | | | | 176,150 | 176,150 | 176,150 | 176,150 | 176,150 | 176,150 | 111,150 | 103,580 | 103,750 | 93,550 | 93,350 |
| Marketing & Sales | | | | | | 21,373 | 19,555 | 15,000 | 15,000 | 645,223 | 645,223 | 84,002 | 2,751,970 | 226,406 | 226,406 | 226,406 | 226,406 |
| Builder's Risk Insurance | | | | | | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | |
| OCIP Insurance | 3% | | | | | 22,160 | 20,697 | 489,340 | 489,340 | | | 60,699 | 2,048,620 | 504,417 | 174,237 | 174,297 | 174,237 |
| General & Administrative | | | | | | | | | | | | | | | | | |
| **Construction Loan:** | | | | | | | | | | | | | | | | | |
| Interest Expense | | | | | | | 892,211 | 956,828 | 962,285 | 990,603 | 941,394 | 944,336 | 919,696 | 922,381 | 540,346 | 438,723 | 428,707 |
| Total Expenses | | | | | | | 598,465 | 2,347,871 | 1,178,385 | 1,133,765 | 12,420,685 | 3,543,127 | 8,084,507 | 3,976,354 | 1,135,135 | 1,090,222 | 1,059,185 |
| Net | 0.09 | | | | 0.94 | 0.95 | (250,131) | 15,300,595 | (988,385) | (466,881) | 3,890,646 | (1,259,817) | 60,870,488 | 12,833,556 | 4,676,775 | 4,700,668 | 4,602,725 |
| Discount Factor | | 0.98 | 0.96 | 0.95 | | 0.93 | 0.92 | 0.91 | 0.89 | 0.87 | 0.86 | 0.84 | 0.83 | 0.93 | 0.83 | 0.82 | 0.81 |
| Present Value @ 11/1/08 | | | | | | | (229,399) | 13,353,027 | (833,814) | (394,677) | 3,193,723 | (1,068,113) | 51,793,656 | 10,786,591 | 3,834,092 | 3,913,952 | 3,388,411 |
| **Total PV as of 11/1/08** | $172,390,912 | | | | | | | | | | | | | | | | |

Page 1 of 4

DRAFT - Subject to Change

**GFS 900 F, LLC**
**Damages Calculation**
**Schedule 1**
**"Bat Tier" Scenario**

| | April | May | June | July | August | September | October | November | December | January | February | March | Q2 | Q3 | Q4 | 2012 Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | |
| **Left Units** | | | | | | | | | | | | | | | | |
| Condo Units Sold | | | | | | | | | | | | | | | | |
| Units Contract | | | | | | | | | | | | | | | | |
| Closings | | | | | | | | | | | | | | | | |
| Total Square Feet | | | | | | | | | | | | | | | | |
| Price Per Square Foot | | | | | | | | | | | | | | | | |
| Subtotal | | | | | | | | | | | | | | | | |
| Percent Realized | | | | | | | | | | | | | | | | |
| **Left Revenue** | | | | | | | | | | | | | | | | |
| **Tower 1** | | | | | | | | | | | | | | | | |
| Condo Units Under Contract | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | | | | |
| Total Square Feet | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | | | | |
| Price Per Square Foot | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | | | | |
| Subtotal | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | | | | |
| Percent Realized | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | | | | |
| Subtotal - Contracted | 169,005 | 169,005 | 169,005 | 169,005 | 169,005 | 169,005 | 169,005 | 169,005 | 169,005 | 169,005 | 169,005 | 169,005 | | | | |
| Condo Units Closed | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | | | | |
| Total Square Feet | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | | | | |
| Price Per Square Foot | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | | | | |
| Subtotal | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | | | | |
| Percent Realized | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | | | | |
| Subtotal - Closings | 5,490,355 | 5,490,355 | 5,490,355 | 5,490,355 | 5,490,355 | 5,490,355 | 5,490,355 | 5,490,355 | 5,490,355 | 5,490,355 | 5,490,355 | 5,499,770 | | | | |
| **Tower 1 Revenue** | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,659,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,999,770 | | | | |
| **Tower 2** | | | | | | | | | | | | | | | | |
| **Tower 2 Revenue** | | | | | | | | | | | | | | | | |
| **Retail** | | | | | | | | | | | | | | | | |
| Land and Parking Sale | | | | | | | | | | | | | | | 39,750,000 | |
| Retail Space Value | | | | | | | | | | | | | | | 39,750,000 | |
| Retail Revenue | | | | | | | | | | | | | | | | |
| **Parking** | | | | | | | | | | | | | | | | |
| Spaces | 543 | 575 | 567 | 559 | 551 | 543 | 535 | 527 | 519 | 511 | 503 | 495 | 471 | 452 | | |
| Revenue per Space | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | | |
| Parking Income | 145,750 | 143,750 | 141,750 | 139,750 | 137,750 | 135,750 | 133,750 | 131,750 | 129,750 | 127,750 | 125,750 | 123,750 | 353,250 | 395,000 | | |
| **Total Revenue** | 5,805,910 | 5,803,910 | 5,801,910 | 5,799,910 | 5,797,910 | 5,795,910 | 5,793,910 | 5,791,910 | 5,789,910 | 5,787,910 | 5,785,910 | 6,123,520 | 17,222,683 | 13,375,394 | 39,750,000 | |
| **Expense** | | | | | | | | | | | | | | | | |
| Hard Costs | 65,500 | 61,590 | 57,950 | 53,300 | 49,590 | 45,500 | 41,590 | 37,590 | 33,300 | 29,500 | 25,500 | 21,500 | 28,560 | | | |
| Homeowners Fee | 655 | 613 | 573 | 535 | 495 | 468 | 415 | 375 | 333 | 295 | 255 | 215 | 285 | | | |
| Special Assessment | 65,150 | 79,950 | 74,250 | 69,050 | 64,350 | 59,150 | 53,950 | 43,750 | 43,550 | 38,350 | 33,150 | 27,950 | 37,050 | | | |
| Property Tax | 226,406 | 226,406 | 226,406 | 226,406 | 226,406 | 226,406 | 226,406 | 226,406 | 226,406 | 226,406 | 226,406 | 226,406 | 674,074 | 521,584 | | |
| Marketing & Sales (4%) | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | | |
| Builder's Risk Insurance | | | | | | | | | | | | | | | | |
| OCIP Insurance | | | | | | | | | | | | | | | | |
| General & Administrative (3%) | 174,177 | 174,117 | 174,037 | 173,997 | 173,877 | 173,877 | 173,817 | 173,757 | 173,697 | 173,637 | 173,577 | 183,706 | 516,828 | 401,338 | 1,192,500 | |
| **Construction Loan:** | | | | | | | | | | | | | | | | |
| Interest Expense | 398,399 | 368,962 | 337,790 | 306,172 | 274,116 | 243,113 | 211,657 | 179,671 | 167,150 | 114,655 | 81,792 | 49,792 | 45,792 | 937,042 | 1,052,500 | |
| **Total Expenses** | 930,488 | 925,651 | 870,078 | 845,161 | 789,355 | 705,761 | 707,555 | 681,269 | 674,619 | 597,924 | 540,681 | 571,153 | 1,388,070 | | | |
| **Profit** | 4,855,422 | 4,878,259 | 4,931,432 | 4,954,749 | 5,008,405 | 5,032,209 | 5,061,384 | 5,110,659 | 5,163,391 | 5,190,086 | 5,245,226 | 5,586,366 | 15,909,524 | 12,410,653 | 38,557,500 | |
| Discount Factor | 0.80 | 0.79 | 0.78 | 0.77 | 0.76 | 0.75 | 0.74 | 0.73 | 0.72 | 0.72 | 0.71 | 0.70 | 0.67 | 0.65 | 0.62 | 0.60 |
| Present Value @ 11/1/08 | 3,882,544 | 3,853,647 | 3,866,559 | 3,817,034 | 3,810,733 | 3,781,277 | 2,772,077 | 3,746,281 | 3,739,596 | 3,739,590 | 3,704,478 | 3,994,469 | 10,711,106 | 8,054,100 | 24,047,055 | |

Total PV as of 11/1/08

DRAFT - Subject to Change



GTS 900 P, LLC
Damages Calculation
Schedule 1
"Best For" Scenario

Page 3 of 4

DRAFT - Subject to Change



GTS 900 E, LLC
Damages Calculation
Schedule 1
"Bat Fox" Scenario

| | April | May | June | July | August | September | October | November | December | 2011 January | February | March | Q1 | Q3 | Q4 | 2011 Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Loan Balance & Interest:** | | | | | | | | | | | | | | | | |
| Beginning Balance | 62,689,299 | 57,886,574 | 53,031,153 | 48,152,893 | 43,231,462 | 38,266,713 | 33,253,308 | 23,226,099 | 23,139,745 | 16,020,095 | 12,263,904 | 7,670,718 | 2,426,489 | (5,157,378) | (10,907,401) | (11,538,033) |
| Principal Payments | (4,802,725) | (4,855,422) | (4,878,259) | (4,921,432) | (4,954,749) | (5,008,406) | (5,032,263) | (5,086,354) | (5,119,650) | (5,165,251) | (5,590,846) | (5,245,229) | (5,386,566) | (5,959,354) | (12,440,652) | (18,557,200) |
| Draws | | | | | | | | | | | | | | | | |
| Ending Balance | 57,886,574 | 53,031,153 | 48,152,893 | 43,231,462 | 38,266,713 | 33,253,308 | 28,226,099 | 23,139,745 | 18,020,095 | 12,263,904 | 7,673,718 | 2,428,489 | (3,152,878) | (10,907,401) | (13,134,053) | (70,095,933) |

Assumptions:

| LoU | 1,083 | total |
| --- | --- | --- |
| Tower 1 | | |
| Tower 2 | 1,072 | net |
| | | Bulk Sale |

| Period | 18 | 19 | 30 | 21 | 22 | 33 | 24 | 23 | 26 | 27 | 28 | 29 | 32 | 35 | 38 | 41 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Discount Rate | | | | | | | | | | | | | | | | |
| Monthly DR | | | | | | | | | | | | | | | | |
| Less Interest Expense | | | | | | | | | | | | | | | | |
| Monthly Less Interest Expense | | | | | | | | | | | | | | | | |

Page 4 of 4

DRAFT - Subject to Change

**GTS 900 F, LLC**
**Damage Calculation**
**Schedule 2**
**"Actual" Scenario**

| | 2008 November | December | 2009 January | February | March | April | May | June | July | August | September | October | November | December | 2010 January | February | March | April |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | | | |
| *Left Units* | | | | | | | | | | | | | | | | | | |
| Condo Units Sold | | | | | | | | | | | 77 | 77 | | | | | | 77 |
| Total Square Feet | | | | | | | | | | | 83,391 | 83,391 | | | | | | 39,241 |
| Price Per Square Foot | | | | | | | | | | | $375 | $375 | | | | | | $375 |
| Subtotal | | | | | | | | | | | 31,271,625 | | | | | | | 16,065,375 |
| Percent Realized | | | | | | | | | | | 3% | 3% | | | | | | 97% |
| Left Revenue | | | | | | | | | | | 938,149 | 938,149 | | | 9,848,531 | 9,848,531 | 9,848,531 | 16,055,414 |
| *Tower 1* | | | | | | | | | | | | | | | | | | |
| Condo Units Under Contract | | | | | | | | | | | | | | | | | | |
| Total Square Feet | | | | | | | | | | | | | | | | | | |
| Price Per Square Foot | | | | | | | | | | | | | | | | | | |
| Subtotal | | | | | | | | | | | | | | | | | | |
| Percent Realized | | | | | | | | | | | | | | | | | | |
| Subtotal – Contract | | | | | | | | | | | | | | | | | | |
| Condo Units Closed | | | | | | | | | | | | | | | | | | |
| Total Square Feet | | | | | | | | | | | | | | | | | | |
| Price Per Square Foot | | | | | | | | | | | | | | | | | | |
| Subtotal | | | | | | | | | | | | | | | | | | |
| Percent Realized | | | | | | | | | | | | | | | | | | |
| Subtotal – Closings | | | | | | | | | | | | | | | | | | |
| Tower 1 Revenue | | | | | | | | | | | | | | | | | | |
| *Tower 2* | | | | | | | | | | | | | | | | | | |
| Land and Parking Sale | | | | | | | | | | | | | | | | | | |
| Tower 2 Revenue | | | | | | | | | | | | | | | | | | |
| *Retail* | | | | | | | | | | | | | | | | | | |
| Retail Space Value | | | | | | | | | | | | | | | | | | |
| Retail Revenue | | | | | | | | | | | | | | | | | | |
| *Parking* | | | | | | | | | | | | | | | | | | |
| Spaces | | | | | | | | | | | | | | | | | | |
| Revenue per Space | | | | | | | | | | | | | | | | | | |
| Parking Income | | | | | | | | | | | | | | | | | | |
| **Total Revenue** | | | | | | | | | | | 938,149 | 938,149 | | | 9,848,531 | 9,848,531 | 9,848,531 | 16,055,414 |
| **Expenses** | | | | | | | | | | | | | | | | | | |
| Hard Costs | | | | | | | | | | | 38,500 | 38,500 | 38,500 | 38,500 | 38,500 | 14,016,723 | 2,134,885 | 2,131,885 |
| Homeowners Fee | | | | | | | | | | | 385 | 385 | 385 | 385 | 385 | 264,080 | 13,380 | 153 |
| Special Assessment | | | | | | | | | | | | | | | | 260 | 125 | |
| Property Tax | | | | | | | | | | | 125,418 | 125,418 | 125,418 | 125,418 | 125,418 | 125,418 | 125,418 | 125,418 |
| Marketing & Sales | 4% | | | | | | | | | | 37,526 | | | | | | | |
| Builder's Risk Insurance | | | | | | | | | | | 15,000 | 15,000 | 15,000 | | 15,000 | 393,341 | 393,341 | 425,457 |
| OCIP Insurance | | | | | | | | | | | | | | | | 13,600 | 13,680 | |
| Overall & Administrative | 3% | | | | | | | | | | 28,144 | | | | | | | |
| Construction Expense | | | | | | | | | 1,007,518 | 1,007,518 | 1,848,394 | 1,954,891 | 1,954,262 | 1,054,013 | 1,071,869 | 1,079,679 | 1,087,623 | 319,097 |
| Interest Expense | | | | 892,311 | | 916,838 | 967,118 | 967,118 | 1,167,949 | 1,319,104 | 1,325,565 | 1,325,565 | 1,293,317 | 1,521,173 | 1,079,679 | 1,007,623 | 1,100,07 |
| **Total Expenses** | | | | 892,211 | | 916,838 | 967,118 | 967,118 | | 1,167,949 | 1,319,104 | 1,325,565 | | | 11,937,478 | 4,022,770 | 4,102,707 |
| **Profit** | | | | (892,311) | | (784,383) | (597,118) | (854,317) | (1,007,038) | (229,809) | (1,219,104) | (1,331,565) | (1,288,317) | (1,521,173) | (3,088,947) | 5,788,561 | 6,533,345 |
| Discount Factor | 0.99 | 0.98 | 0.96 | 0.95 | 0.94 | 0.93 | 0.93 | 0.92 | 0.91 | 0.90 | 0.89 | 0.88 | 0.87 | 0.86 | 0.85 | 0.84 | 0.83 | 0.83 |
| Present Value @ 11/1/08 | | | | (817,904) | | (739,149) | (890,918) | (854,317) | (893,918) | (200,450) | (1,014,260) | (1,051,290) | (1,032,238) | (1,658,463) | (0,712,406) | 4,664,141 | 5,224,508 |
| | | | | | | | | | | | | | | | | | | |
| **Total PV as of 11/1/08** | $139,550,579 | | | | | | | | | | | | | | | | | |

Page 1 of 6

DRAFT – Subject to Change

Exh. A-1, p. 143

**GTS 900 F, LLC**
**Damages Calculation**
**Schedule 2**
**"Actual" Scenario**

| | May | June | July | August | September | October | November | December | January | February | March | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | | | | |
| **Loft Units** | | | | | | | | | | | | | | | | | | | |
| Condo Units Sold | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 13 |
| Total Square Feet | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 25,728 | 25,728 | 25,728 | 25,728 | 25,728 | 25,728 | 25,728 | 25,728 | 24,656 |
| Price Per Square Foot | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 |
| Subtotal | $5,660,160 | $5,660,160 | $5,660,160 | $5,660,160 | $5,660,160 | $5,660,160 | $5,660,160 | $5,660,160 | $5,660,160 | $5,660,160 | $16,980,480 | $16,980,480 | $16,980,480 | $16,980,480 | $16,980,480 | $16,980,480 | $16,980,480 | $16,980,480 | $16,272,500 |
| Percent Realized | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |
| **Loft Revenue** | 169,805 | 169,805 | 169,805 | 169,805 | 169,805 | 169,805 | 169,805 | 169,805 | 169,805 | 169,805 | 509,414 | 509,414 | 509,414 | 509,414 | 509,414 | 509,414 | 509,414 | 509,414 | 488,189 |
| **Tower 1** | | | | | | | | | | | | | | | | | | | |
| Condo Units Under Contract | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 13 |
| Total Square Feet | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 8,576 | 25,728 | 25,728 | 25,728 | 25,728 | 25,728 | 25,728 | 25,728 | 25,728 | 25,728 |
| Price Per Square Foot | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 | $660 |
| Subtotal | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 16,980,480 | 16,980,480 | 16,980,480 | 16,980,480 | 16,980,480 | 16,980,480 | 16,980,480 | 16,980,480 | 16,980,480 |
| Percent Realized | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% | 97% |
| Subtotal – Closings | 5,493,355 | 5,493,355 | 5,493,355 | 5,493,355 | 5,493,355 | 5,493,355 | 5,493,355 | 5,493,355 | 5,493,355 | 5,493,355 | 16,471,066 | 16,471,066 | 16,471,066 | 16,471,066 | 16,471,066 | 16,471,066 | 16,471,066 | 16,471,066 | 16,471,066 |
| **Tower 1 Revenue** | 169,805 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 5,660,160 | 16,980,489 | 16,980,489 | 16,980,489 | 16,980,489 | 16,980,489 | 16,980,480 | 16,980,480 | 16,980,480 | 16,980,480 |
| **Tower 2** | | | | | | | | | | | | | | | | | | | |
| Land and Parking Sale | | | | | | | | | | | | 11,000,000 | | | | | | | |
| **Tower 2 Revenue** | | | | | | | | | | | | 11,000,000 | | | | | | | |
| **Retail** | | | | | | | | | | | | | | | | | | | |
| Retail Square Value | | | | | | | | | | | | | | | | | | | |
| Retail Revenue | | | | | | | | | | | | | | | | | | | |
| **Parking** | | | | | | | | | | | | | | | | | | | |
| Revenue per Space | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 |
| Parking Income | 200,000 | 198,000 | 196,000 | 194,000 | 192,000 | 190,000 | 188,000 | 186,000 | 184,000 | 182,000 | 180,000 | 522,000 | 514,000 | 594,000 | 486,000 | 468,000 | 450,000 | 432,000 | 414,000 |
| **Total Revenue** | 369,805 | 3,858,160 | 5,856,160 | 5,854,160 | 5,852,160 | 3,858,150 | 5,848,160 | 5,846,160 | 3,844,160 | 3,842,160 | 6,170,770 | 17,502,480 | 17,494,480 | 18,466,480 | 17,448,480 | 17,475,480 | 17,450,480 | 17,412,480 | 17,373,234 |
| **Expenses** | | | | | | | | | | | | | | | | | | | |
| Hard Costs | 2,131,883 | | | | | | | | | | | | | | | | | | |
| Homeowners Fee | 133,500 | 131,500 | 127,500 | 123,500 | 119,500 | 115,500 | 111,500 | 107,500 | 103,500 | 99,500 | 95,500 | 220,500 | 214,500 | 178,500 | 178,500 | 142,500 | 106,500 | 78,500 | 34,500 |
| Special Assessment | 1,355 | 1,315 | 1,275 | 1,235 | 1,195 | 1,155 | 1,115 | 1,055 | 1,055 | 955 | 955 | 2,505 | 2,145 | 1,785 | 1,745 | 1,425 | 1,065 | 795 | 345 |
| Property Tax | 176,150 | 170,950 | 165,750 | 160,550 | 155,350 | 156,190 | 144,950 | 139,750 | 134,550 | 129,350 | 124,150 | 331,650 | 326,450 | 278,850 | 232,050 | 185,250 | 138,450 | 91,650 | 44,850 |
| Marketing & Sales | 6,792 | 226,494 | 226,406 | 226,406 | 226,406 | 226,406 | 226,406 | 226,406 | 226,406 | 226,406 | 229,091 | 679,219 | 679,219 | 679,219 | 679,219 | 679,219 | 679,219 | 679,219 | 678,300 |
| Builder's Risk Insurance | 13,000 | | | | | | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | | | | |
| OCIP Insurance | | 2,000,000 | | | | | | | | | | | | | | | | | |
| Overall & Administrative | 5,694 | 169,805 | 169,805 | 169,805 | 169,805 | 169,805 | 169,805 | 169,805 | 169,805 | 170,895 | 170,995 | 509,414 | 509,414 | 509,414 | 565,414 | 509,414 | 509,414 | 509,414 | 508,777 |
| Construction Loan: | 1,004,130 | 1,023,387 | 3,233,378 | 346,541 | 533,856 | 524,177 | 493,242 | 477,647 | 462,026 | 446,280 | 430,397 | 418,610 | 405,234 | 495,234 | 358,200 | 316,405 | 218,405 | 166,223 | 113,726 |
| **Total Expenses** | 3,535,997 | 1,721,564 | 3,322,378 | 1,314,952 | 1,211,453 | 524,177 | 1,562,018 | 1,122,183 | 1,072,336 | 1,086,096 | 2,200,699 | 3,104,302 | 1,936,999 | 1,934,502 | 1,834,372 | 1,623,053 | 1,517,311 | 1,366,577 | |
| **Profit** | (3,166,192) | 4,155,596 | 2,603,782 | 4,693,908 | 4,649,727 | 4,676,633 | 4,686,142 | 4,723,977 | 4,731,837 | 4,769,874 | 5,693,674 | 15,301,781 | 15,386,118 | 26,497,981 | 26,397,261 | 15,275,027 | 15,894,666 | 15,202,676 | |
| Discount Factor | 0.79 | 0.78 | 0.77 | 0.76 | 0.74 | 0.73 | 0.72 | 0.72 | 0.72 | 0.71 | 0.70 | 0.67 | 0.67 | 0.65 | 0.62 | 0.60 | 0.58 | 0.56 | 0.54 |
| Present Value @ 11/1/08 | (2,500,455) | 3,215,981 | 2,009,899 | 3,530,361 | 3,487,388 | 3,472,219 | 3,435,102 | 3,430,085 | 3,393,483 | 3,316,538 | 3,552,836 | 10,282,553 | 10,393,553 | 9,957,115 | 9,388,499 | 9,133,969 | 8,865,126 | 8,593,450 | |
| **Total PV as of 11/1/08** | | | | | | | | | | | | | | | | | | | |

DRAFT – Subject to Change

**GTS 900 F, LLC**
**Damages Calculation**
**Schedule 2**
**"Actual" Scenario**

| | 2013 | |
|---|---|---|
| | Q1 | Q1 |
| **Revenue** | | |
| *Loft Units* | | |
| Condo Units Sold | | |
| Total Square Feet | | |
| Price Per Square Foot | | |
| Subtotal | | |
| Percent Realized | | |
| Loft Revenue | | |
| *Tower 1* | | |
| Condo Units Under Contract | 23 | |
| Total Square Feet | 24,656 | |
| Price Per Square Foot | $660 | |
| Subtotal | 16,272,960 | |
| Percent Realized | 97% | |
| Subtotal – Contracts | 15,784,771 | |
| Condo Units Closed | | |
| Total Square Feet | | |
| Price Per Square Foot | | |
| Subtotal | 15,784,771 | |
| Percent Realized | 97% | |
| Subtotal – Closings | 15,784,771 | |
| Tower 1 Revenue | 15,784,771 | |
| *Tower 2* | | |
| Land and Parking Sale | | $39,750,000 |
| Tower 2 Revenue | | 39,750,000 |
| *Retail* | | |
| Retail Space Value | | |
| Retail Revenue | | |
| *Parking* | | |
| Spaces | 529 | |
| Revenue per Space | $750 | |
| Parking Income | 396,750 | |
| **Total Revenue** | 16,181,521 | 39,750,000 |
| **Expenses** | | |
| Hard Costs | | |
| Homeowners Fee | | |
| Special Assessment | | |
| Property Tax | | |
| Marketing & Sales | 4% | 631,391 |
| Builder's Risk Insurance | | |
| OCIP Insurance | | |
| General & Administrative | 3% | 472,543 | 1,192,500 |
| *Construction Loan:* | | |
| Interest Expense | 60,752 | |
| **Total Expenses** | 1,165,686 | 1,192,500 |
| *Profit* | 15,015,836 | 38,557,500 |
| Discount Factor | 0.52 | 0.50 |
| Present Value @ 11/1/08 | 7,773,433 | 19,250,545 |
| Total PV as of 11/1/08 | | |

DRAFT - Subject to Change



GTS 900 F, LLC
Damages Calculation
Schedule 2
"Actual" Scenario

| | 2008 | | | | | 2009 | | | | | | | | 2010 | | | | |
| | November | December | January | February | March | April | May | June | July | August | September | October | November | December | January | February | March | April |
| | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |

**Loan Balance & Interest:**

| | | | | | | | | | | | | | | | | | | |
| Beginning Balance | | | | | | | 149,251,545 | 145,765,867 | 133,102,408 | 138,473,560 | 164,084,090 | 165,892,416 | 165,112,418 | 167,341,522 | 108,377,082 | 168,393,403 | 171,256,576 | 173,145,552 |
| Principal Payments | | | | | | | | 892,211 | 906,828 | 962,118 | 1,607,623 | 223,999 | 1,119,104 | 1,235,555 | 1,232,317 | 1,261,173 | 2,089,047 | (3,782,561) |
| Draws | | | | | | | 5,444,322 | 5,444,322 | 5,444,322 | 3,444,332 | | | | | | | | |
| Ending Balance | | | | | | | 143,765,867 | 137,102,408 | 138,473,560 | 164,384,090 | 165,892,416 | 165,112,418 | 167,341,522 | 168,377,082 | 168,393,403 | 171,256,576 | 173,145,552 | 167,339,342 |

Assumptions:

| Lot: | 1,083 | average square foot |
| Tower 1 | 1,072 | average square foot |
| Tower 2 | | Built Sqft |

| Period | 1 |
| Discount Rate | 15.0% |
| Monthly DR | 1.2% |
| Loan Interest Expense | 7.63% per petition |
| Monthly Loan Interest Expense | 0.6% |
| Loan Interest Expense | 4.45% post petition |
| Monthly Loan Interest Expense | 0.3% |

Page 4 of 6

DRAFT - Subject to Change

271



GTS 900 F, LLC
Damages Calculation
Schedule 2
"Actual" Scenario

**GTS 900 F, LLC**
**Damages Calculation**
**Schedule 2**
**"Actual" Scenario**

| | Q3 | Q4 |
|---|---|---|
| **Loan Balance & Interest:** | | |
| Beginning Balance | 18,225,459 | 3,232,781 | (15,749,634) |
| Principal Payments | (15,992,678) | (15,015,836) | (28,557,580) |
| Draws | – | – | |
| Ending Balance | 2,232,781 | (12,782,964) | (51,310,553) |

**Assumptions:**

| LoB | 1,083 |
| Tower 1 | 1,072 |
| Tower 2  Bulk Sale | |

| Period | 53 | 56 | 59 |
| Discount Rate | | | |
| Monthly DR | | | |
| Loan Interest Expense | | | |
| Monthly Loan Interest Expense | | | |
| Loan Interest Expense | | | |
| Monthly Loan Interest Expense | | | |

Page 5 of 6

DRAFT – Subject to Change