1  Van C. Durrer II (SBN 226693)
2  Ramon M. Naguiat (SBN 209271)
   Bertrand Pan (SBN 233472)
3  Emily C. Ma (SBN 246014)
   SKADDEN, ARPS, SLATE, MEAGHER
4  & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, California 90071-3144
   Telephone: (213) 687-5000
6  Facsimile:  (213) 687-5600
   van.durrer@skadden.com
7  ramon.naguiat@skadden.com
   bertrand.pan@skadden.com
8  emily.ma@skadden.com

9  Attorneys for Corus Construction Venture, LLC

**FILED & ENTERED**

**DEC 09 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** speters    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

10              UNITED STATES BANKRUPTCY COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                     LOS ANGELES DIVISION

13  In re:                                   )   Case No.: 2:09-bk-35127-VZ
                                             )
14  GTS 900 F, LLC, a California limited liability )   Chapter 11
    company, aka Concerto,                   )
15                                           )   **Order Denying Motion for Approval of**
                      Debtor.                )   **Debtor's Second Amended Plan of**
16                                           )   **Reorganization**
                                             )
17                                           )   Date:   August 27, 2010
                                             )   Time:   10:00 a.m.
18  Tax ID # 20-2396211                      )   Place:  Courtroom 1368
                                             )           Roybal Federal Building
19                                           )           255 E. Temple Street
                                             )           Los Angeles, CA 90012
20

21

22

23

24

25

26

27

28

                                    1
_____
Order Denying Motion for Approval of Debtor's Second Amended Plan of Reorganization

1      On August 27, 2010, the Court held a hearing (the "<u>Confirmation Hearing</u>") on the Motion
2  for Approval of Debtor's Second Amended Plan of Reorganization (Docket No. 550) (the
3  "<u>Motion</u>").  Based on the findings of fact and conclusions of law recited on the record by the Court
4  at the Confirmation Hearing,

5      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT

6      1.    The Motion is DENIED.

###

DATED: December 9, 2010

_____
United States Bankruptcy Judge

| In re:<br>GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor; | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-35127-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071**

The foregoing document described **Order Denying Motion for Approval of Debtor's Second Amended Plan of Reorganization** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____September 1, 2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 1, 2010 | Andy Shah | /s/ Andy Shah |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br>GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor; | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-35127-VZ |
|---|---|

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

**Via U.S. Mail**

**Chambers**

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court, Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332

**Debtor**

GTS 900 F, LLC
c/o Sonny Astani
9595 Wilshire Boulevard
Penthouse 1010
Beverly HIlls, CA 90212

**Special Litigation Counsel to the Debtor**

Richard A. Clark
Gary Ganchrow
Parker, Milliken, Clark, et al.
555 S. Flower St., 30th Fl.
Los Angeles, CA 90071-2440

**Bankruptcy Counsel to the Debtor**

Alan G. Tippie
David S. Kupetz
Marcus A. Tompkins
SulmeyerKupetz
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, CA 90071

**United States Trustee**

Dare Law
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

**Attorneys for Committee of Creditors Holding Unsecured Claims**

Hamid R. Rafatjoo
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*          **F 9013-3.1**

602395.01-Los Angeles Server 1A - MSW

| | |
|---|---|
| In re:<br>GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor; | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-35127-VZ |

David E. Rice
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202

**MANUAL SERVICE LIST**

<u>Attorney for Creditor CMF, Inc.</u>
Stuart J. Schwartz
11583 Ragusa Drive
Alta Loma, CA 91701

Richard A Clark
Parker, Milliken, Clark et al.
555 S Flower 30th Flr
Los Angeles, CA 90071-2440

Jeffrey Cluett
QUADROS & JOHNSON, LLP
247 North San Mateo Drive
San Mateo, CA 94401

James D Curran
Wolkn Curran LLP
555 Montgomery St Ste 1100
San Francisco, CA 94111

Helen Ryan Frazer
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703

Gary Ganchrow
Parker Milliken Clark et al
555 S Flower 30th Fl
Los Angeles, CA 90071-2440

Bruce A Hatkoff
16633 Ventura Blvd #940
Encino, CA 91436-1801

E Scott Holbrook
1290 E Ctr Crt Dr
Covina, CA 91724

Michael S Kogan
ERVIN, COHEN & JESSUP LLP
9401 Wilshire blvd., Ninth Floor
Beverly Hills, CA 90212-2974

| In re:<br>GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor; | CHAPTER 11<br><br>CASE NUMBER:  2:09-bk-35127-VZ |
|---|---|

Andy Kong
Arent Fox LLP
555 West Fifth Street
48th Floor
Los Angeles, CA 90013

Mette H. Kurth
Arent Fox LLP
555 West Fifth Street
48th Floor
Los Angeles, CA 90013

<u>Attorneys for L & W Supply Corporation dba Cal-Wal Gypsum Supply</u>
Eli J. Karpeles
Karpeles & Associates
8383 Wilshire Blvd., Suite 346
Beverly Hills, CA 90211

David C Palmer
Wagner Palmer PC
400 Oceangate Ste 700
Long Beach, CA 90802

Ronald S. Litvak & Company
Attn: Ronald S. Litvak, CPA
1875 Century Park East, Suite 2060
Los Angeles, CA 90067

**REQUEST FOR SPECIAL NOTICE**

Chad L. Hershman
28 State Street
Boston, MA 02109-177

| | |
|---|---|
| In re:<br>GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor; | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-35127-VZ |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify)* **Order Denying Motion for Approval of Debtor's Second Amended Plan of Reorganization** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 1, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.


☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page


David C. Palmer

| In re:<br>GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor; | CHAPTER 11<br><br>CASE NUMBER:  2:09-bk-35127-VZ |
|---|---|

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

| | |
|---|---|
| Paul M. Brent | snb300@aol.com |
| Cathrine M. Castaldi | ccastaldi@rusmiliband.com |
| David K Eldan | malvarado@pmcos.com, rpinal@pmcos.com;calendar@pmcos.com |
| Kevin C Fields | KevinF@FieldsLG.com |
| Yan Gershfeld | ygershfeld@deconsel.com |
| Barry S Glaser | bglaser@swjlaw.com |
| Allan H. Ickowitz | aickowitz@nossaman.com |
| Nicolino I Iezza | niezza@spiwakandiezza.com |
| Robbin L Itkin | ritkin@steptoe.com |
| Jeanne M Jorgensen | jjorgensen@pj-law.com, esorensen@pj-law.com |
| John W. Kim | jkim@nossaman.com |
| Michael S Kogan | mkogan@ecjlaw.com |
| Tamar Kouyoumjian | tkouyoumjian@sulmeyerlaw.com |
| David S. Kupetz | dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com |
| Dare Law | dare.law@usdoj.gov |
| Joel S. Miliband | jmiliband@rusmiliband.com |
| Frank W Molloy | jgalambos@hmspasadena.com, mdickey@hmspasadena.com |
| Daryl G Parker | dparker@pszjlaw.com |
| Katherine C Piper | kpiper@steptoe.com |
| Hamid R. Rafatjoo | hrafatjoo@venable.com, ataylor@venable.com;revey@venable.com |
| Ramon M. Naguiat | ramon.naguiat@skadden.com |
| Bruce D Rudman | bdr@agrlaw.net |
| Gregory M. Salvato | gsalvato@pmcos.com, calendar@pmcos.com |
| Nathan A Schultz | schultzn@gtlaw.com |
| Marian K Selvaggio | selvaggio@huntortmann.com |
| Pamela E Singer | psinger@pszjlaw.com, ksuk@pszjlaw.com |
| Shashauna Szczechowicz | sszczechowicz@wolkincurran.com |
| Alan G. Tippie | atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com |
| Marcus Tompkins | mtompkins@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com |
| United States Trustee | ustpregion16.la.ecf@usdoj.gov |
| Ronald Weiss | rwattyatlaw@aol.com |
| Sharon Z Weiss | sweiss@richardsonpatel.com |
| Steven Werth | swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com |
| William E Winfield | wwinfield@nchc.com |
| Aimee Y. Wong | aywong@mckennalong.com |