UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>   GTS900F LLC<br><br><br>                                      Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:                    09-35127-VZ<br>Operating Report Number:                           13<br>For the Month Ending:                   11/30/2010 |
| --- | --- |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          29,094,506.35

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          24,356,641.82
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          4,737,864.53

4.  RECEIPTS DURING CURRENT PERIOD:          312.50

5.  BALANCE:          4,738,177.03

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD          955,909.30

7.  ENDING BALANCE:          3,782,267.73

8.  General Account Number(s):          37555 68713

     Depository Name & Location:          Bank of America
                                          1655 Grant Street 10th Floor, Concord CA 94520

*     All receipts must be deposited into the general account.
**    Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.
***  This amount should be the same as the total from page 2.

## Payment Summary

Bank=f900 AND mm/yy=11/2010-11/2010 AND All Checks=Yes AND Include Voids=All Checks

| Bank | Check# | Vendor | Check Date | Total Amount | Date Reconciled |
|------|--------|--------|-----------|-------------|-----------------|
| f900 - GTS900F LL | 47 | bk-bofa - Bank of America | 11/30/2010 | 29.14 | 11/30/2010 |
| f900 - GTS900F LL | 10571 | co-hpg - HPG Management Inc. | 10/22/2010 | 3,000.00 | 11/30/2010 |
| f900 - GTS900F LL | 10577 | ps-sulme - SulmeyerKupetz | 11/01/2010 | 49,405.16 | 11/30/2010 |
| f900 - GTS900F LL | 10578 | ps-parke - Parker, Milliken, Clark, O'Hara et al | 11/01/2010 | 100,000.00 | 11/30/2010 |
| f900 - GTS900F LL | 10579 | ps-venab - Venable LLP | 11/08/2010 | 75,000.00 | 11/30/2010 |
| f900 - GTS900F LL | 10580 | bk-trimo - Trimont Real Estate Advisors, Inc | 11/12/2010 | 730,000.00 | 11/30/2010 |
| f900 - GTS900F LL | 10581 | ps-litva - Ronald S. Litvak & Co. | 11/30/2010 | 4,475.00 | |
| | | | | **955,909.30** | |

**GTS900F LLC DIP**                                                           12/13/2010

**Bank Reconciliation Report**
**11/30/2010**

**375 556 8713**

Balance Per Bank Statement as of 11/30/2010                                3,783,812.73

### Outstanding Checks

| Check date | Check number | Payee | Amount |
|---|---|---|---|
| 10/27/2010 | 10573 | tx-secr - Secretary of State | 20.00 |
| 10/27/2010 | 10574 | tx-secr - Secretary of State | 20.00 |
| 10/27/2010 | 10575 | tx-secr - Secretary of State | 15.00 |
| 10/27/2010 | 10576 | tx-secr - Secretary of State | 15.00 |
| 11/30/2010 | 10581 | ps-litva - Ronald S. Litvak & Co. | 4,475.00 |

**Less:**          **Outstanding Checks**                                   4,545.00

                              Reconciled Bank Balance                      3,779,267.73

Balance per GL as of 11/30/2010                                            3,779,267.73

                              Reconciled Balance Per G/L                   3,779,267.73

**Difference**       (Reconciled Bank Balance And Reconciled Balance Per G/L)    0.00

### Cleared Items :

### Cleared Checks

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 10/20/2010 | 10542 | bk-ci501 - Citi Cards | 11,754.34 | 11/30/2010 |
| 10/20/2010 | 10546 | co-lofts - HPG Management/Concerto Lofts | 849.17 | 11/30/2010 |
| 10/20/2010 | 10547 | mn-acss - Anderson Charnesky Structural Steel, Inc | 9,324.63 | 11/30/2010 |
| 10/20/2010 | 10548 | mn-addis - Addison Pools Inc. | 23,670.00 | 11/30/2010 |
| 10/20/2010 | 10551 | mn-chute - Chute Systems | 13,162.25 | 11/30/2010 |
| 10/20/2010 | 10556 | mn-parkw - Park West Landscape, Inc. | 360.00 | 11/30/2010 |
| 10/20/2010 | 10557 | mn-reg - Regal Industries, Inc. | 986.17 | 11/30/2010 |
| 10/20/2010 | 10558 | mn-sasco - SASCO | 48,694.65 | 11/30/2010 |
| 10/20/2010 | 10568 | sv-power - Power Plus! | 40.00 | 11/30/2010 |
| 10/22/2010 | 10571 | co-hpg - HPG Management Inc. | 3,000.00 | 11/30/2010 |
| 10/25/2010 | 10572 | ps-integ - Integra Realty Resources | 40,000.00 | 11/30/2010 |
| 11/01/2010 | 10577 | ps-sulme - SulmeyerKupetz | 49,405.16 | 11/30/2010 |
| 11/01/2010 | 10578 | ps-parke - Parker, Milliken, Clark, O'Hara et al | 100,000.00 | 11/30/2010 |
| 11/08/2010 | 10579 | ps-venab - Venable LLP | 75,000.00 | 11/30/2010 |
| 11/12/2010 | 10580 | bk-trtmo - Trimont Real Estate Advisors, Inc | 730,000.00 | 11/30/2010 |

**Total**          **Cleared Checks**                        1,106,446.37

**3**

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 11/19/2010 | 10004 | | 312.50 | 11/30/2010 |

| Total | Cleared Deposits | | 312.50 | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 11/30/2010 | 47 | bk-bofa - Bank of America | -29.14 | 11/30/2010 |

| Total | Cleared Other Items | | -29.14 | |

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Arch Insurance | $ 5,000,000.00 | 3/31/2011 | 3/31/2011 |
| Worker's Compensation |  |  |  |  |
| Casualty/Builders Risk | Continental Casualty | $ 183,530,000.00 | 11/1/2011 | 11/1/2010 |
| Earthquake Coverage | Mt Hawley/Great Lakes | $ 10,000,000.00 | 11/1/2010 | 11/1/2010 |
| Excess Liability | Lexington | $ 10,000,000.00 | 3/31/2011 | 3/31/2011 |
| Excess Liability | AIG | $ 10,000,000.00 | 3/31/2011 | 3/31/2011 |

## I.D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---|
| General Account: | 3,782,267.73 |
| Payroll Account: | N/A |
| Tax Account: | N/A |

*Other Accounts: _____    _____

_____    _____

*Other Monies: _____    _____

**Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**  | 3,782,267.73 |

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**  | 0.00 |

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

** Attach Exhibit Itemizing all petty cash transactions

6

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Sep-2009 | 0.00 | 325.00 | 13-Oct-2009 | 325.00 | 0.00 |
| 31-Dec-2009 | 3,568,303.42 | 10,400.00 | 12-Jan-2010 | 10,400.00 | 0.00 |
| 31-Mar-2010 | 4,742,238.12 | 10,400.00 | 20-Apr-2010 | 10,400.00 | 0.00 |
| 30-Jun-2010 | 7,568,923.51 | 13,000.00 | 12-Jul-2010 | 13,000.00 | 0.00 |
| 30-Sep-2010 | 4,009,790.73 | 13,000.00 | 8-Oct-2010 | 13,000.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| Astani Construction | 10/30/2009 | General Contractor, reimb. payroll | |
| Astani Construction | 10/30/2009 | General Contractor, reimb. payments for security, utilities, subs, etc. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

8

XI. QUESTIONNAIRE

|   | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | x | |

|   | | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | x | |

3.  State what progress was made during the reporting period toward filing a plan of reorganization

Competing chapter 11 plans are currently set for hearing on February 17, 2011.

4.  Describe potential future developments which may have a significant impact on the case:

It is uncertain at this time whether a chapter 11 plan will be confirmed at the February 17, 2011 hearing.

5.

|   | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | x | |

I,    Sonny Astani, President of Concerto Manager, Inc., Manager of GTS900F LLC,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Dec. 13. 2010
_____
Date

_____
Principal for debtor-in-possession

9

# EXHIBIT 1

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    3755568713
01 01 149 01 M0000 E#    15
Last Statement:    10/29/2010
This Statement:    11/30/2010

Customer Service
1-800-342-7722

GTS 900 F, LLC
DEBTOR IN POSSESSION  209-BK-35127
OPERATING ACCOUNT
9595 WILSHIRE BLVD, SUITE 1010
LOS ANGELES CA  90212

Page    1 of    2

Bankruptcy Case Number:209BK35127

## CUSTOMER CONNECTION ECONOMY CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 10/30/2010 - 11/30/2010 | | Statement Beginning Balance | 4,889,975.74 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 312.50 |
| Number of Checks | 15 | Amount of Checks | 1,106,446.37 |
| Number of Other Debits | 1 | Amount of Other Debits | 29.14 |
| | | Statement Ending Balance | 3,783,812.73 |
| Number of Enclosures | 15 | | |
| | | Service Charge | 29.14 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/19 | | 312.50 | CA BANKING CENTER DEPOSIT | 2450656004086 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 10542 | 11,754.34 | 11/08 | 3592697508 | 10568* | 40.00 | 11/01 | 5992201219 |
| 10546* | 849.17 | 11/01 | 8792802332 | 10571* | 3,000.00 | 11/01 | 8792802326 |
| 10547 | 9,324.63 | 11/15 | 3592513744 | 10572 | 40,000.00 | 11/01 | 5892889154 |
| 10548 | 23,670.00 | 11/01 | 8892882141 | 10577* | 49,405.16 | 11/05 | 6892446803 |
| 10551* | 13,162.25 | 11/01 | 8792704293 | 10578 | 100,000.00 | 11/05 | 3092757121 |
| 10556* | 360.00 | 11/01 | 5892610806 | 10579 | 75,000.00 | 11/10 | 6892469312 |
| 10557 | 986.17 | 11/05 | 8792375425 | 10580 | 730,000.00 | 11/18 | 8892239838 |
| 10558 | 48,894.65 | 11/01 | 5892906389 | | | | |

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/30 | | 29.14 | FDIC ASSESSMENT | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/29 | 4,889,975.74 | 4,889,975.74 | 11/15 | 4,513,529.37 | 4,513,529.37 |
| 11/01 | 4,759,999.67 | 4,759,999.67 | 11/18 | 3,783,529.37 | 3,783,529.37 |
| 11/03 | 4,710,594.51 | 4,710,594.51 | 11/19 | 3,783,841.87 | 3,783,529.37 |
| 11/05 | 4,609,608.34 | 4,609,608.34 | 11/23 | 3,783,841.87 | 3,783,823.12 |
| 11/08 | 4,597,854.00 | 4,597,854.00 | 11/24 | 3,783,841.87 | 3,783,841.87 |
| 11/10 | 4,522,854.00 | 4,522,854.00 | 11/30 | 3,783,812.73 | 3,783,812.73 |

* The preceding check(s) is still outstanding or has been included in a previous
statement or is included in the 'Other Debits' section as an ACH paperless transaction

| In re:<br>GTS 900 F, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-BK-35127-vz |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California  90071-1406

A true and correct copy of the foregoing document described as **OPERATING REPORT NO. 13** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  December 15, 2010  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Paul M Brent - on behalf of Creditor Masonry Concepts     snb300@aol.com
- Cathrine M Castaldi - on behalf of Creditor MR. CRANE, INC.     ccastaldi@rusmiliband.com
- Kevin C Fields - on behalf of Creditor Superior Wall Systems, Inc.     KevinF@FieldsLG.com
- David K. Eldan – on behalf of Interested Party Courtesy NEF     alvarado@pmcos.com; rpinal@pmcos.com; calendar@pmcos.com
- Yan Gershfeld - on behalf of Creditor Carpenters Southwest Administrative Corporation etc.     ygershfeld@deconsel.com
- Barry S Glaser - on behalf of Creditor Psomas, a California corporation     bglaser@swjlaw.com
- Allan H Ickowitz - on behalf of Defendant FDIC as Receiver for Corus Bank, N.A.     aickowitz@nossaman.com
- Nicolino I Iezza - on behalf of Creditor West Coast Door and Moulding     niezza@spiwakandiezza.com
- Jeanne M Jorgensen - on behalf of Creditor Park West Landscape, Inc.     jjorgensen@pj-law.com, esorensen@pj-law.com
- Gary M Kaplan - on behalf of Creditor Psomas, a California corporation     gkaplan@fbm.com
- John W Kim - of Interested Party FDIC as Receiver for Corus Bank, N.A.     jkim@nossaman.com
- Michael S Kogan - on behalf of Creditor Ervin Cohen & Jessup LLP     mkogan@ecjlaw.com
- Tamar Kouyoumjian - on behalf of Debtor GTS 900 F, LLC     tkouyoumjian@sulmeyerlaw.com
- David S Kupetz - on behalf of Debtor GTS 900 F, LLC     dkupetz@sulmeyerlaw.com
- Dare Law - on behalf of U.S. Trustee United States Trustee (LA)     dare.law@usdoj.gov
- Joel S. Miliband - on behalf of Interested Party Courtesy NEF     jmiliband@rusmiliband.com
- Frank W Molloy - on behalf of Creditor Alno Pasadena     jgalambos@hmspasadena.com, mdickey@hmspasadena.com
- James S Monroe - on behalf of Creditor Sold2U, Inc     jim@monroe-law.com
- Ramon Naguiat - on behalf of Interested Party Courtesy NEF     rnaguiat@skadden.com
- Daryl G Parker - on behalf of Plaintiff Official Committee of Creditors Holding Unsecured Claims     dparker@pszjlaw.com
- Hamid R Rafatjoo - on behalf of Creditor Committee of Creditors Holding Unsecured Claims     hrafatjoo@venable.com
-     ataylor@venable.com; revey@venable.com; jnassiri@venable.com; bclark@venable.com
- Kurt Ramlo - on behalf of Creditor Corus Construction Venture, LLC     kurt.ramlo@dlapiper.com
- Bruce D Rudman - on behalf of Creditor JW DOOR CORPORATION     bdr@agrlaw.net
- Gregory M Salvato - on behalf of Creditor Astani Construction, Inc.     gsalvato@salvatolawoffices.com
- Nathan A Schultz - on behalf of Creditor Murray Company     schultzn@gtlaw.com
- Pamela E Singer - on behalf of Creditor Com.ee of Creditors Holding Unsecured Claims     psinger@pszjlaw.com     ksuk@pszjlaw.com
- Shashauna Szczechowicz - on behalf of Creditor Architectural Glass and Aluminum Company     sszczechowicz@wolkincurran.com
- Alan G Tippie - on behalf of Debtor GTS 900 F, LLC     atippie@sulmeyerlaw.com
- Marcus Tompkins - on behalf of Debtor GTS 900 F, LLC     mtompkins@sulmeyerlaw.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Ronald Weiss - on behalf of Creditor 888 Enterprises Ltd     rwattyatlaw@aol.com
- Sharon Z Weiss - on behalf of Creditor DeStefano and Partners, Ltd.     sharon.weiss@hro.com
- William E Winfield - on behalf of Creditor ALNO USA     wwinfield@nchc.com
- Steven Werth – on behalf of Debtor GTC 900 F, LLC     swerth@sulmeyerlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>GTS 900 F, LLC | CHAPTER: 11 |
| --- | --- |
| Debtor(s). | CASE NUMBER: 2:09-BK-35127-vz |

## II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):

On December 15, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Richard A Clark
Parker, Milliken, Clark et al.
555 S Flower 30th Flr
Los Angeles, CA 90071-2440

Gary Ganchrow
Parker Milliken Clark et al
555 S Flower 30th Fl
Los Angeles, CA 90071-2440

Van C Durrer
Skadden Arps Slate Meagher & Flom LLP
300 S. Grand Avenue, Ste. 3400
Los Angeles, CA 90071-3144

McLeon Door West, Inc.
10743 Progress Way
Cypress, CA  90630

ACCO Engineered Systems, Inc.
6265 San Fernando Road
Glendale, CA  91201

Jeffrey Cluett
QUADROS & JOHNSON, LLP
247 North San Mateo Drive
San Mateo, CA 94401

Bruce A Hatkoff
16633 Ventura Blvd #940
Encino, CA 91436-1801

Michael S Kogan
ERVIN, COHEN & JESSUP LLP
9401 Wilshire blvd., Ninth Floor
Beverly Hills, CA 90212-2974

David C. Palmer
Wagner Palmer PC
400 Oceangate Ste. 700
Long Beach, CA 90802

Betty S. Chain
15233 Ventura Blvd., #1200
Sherman Oaks, CA  91403

James D Curran
Wolkn Curran LLP
555 Montgomery St Ste 1100
San Francisco, CA 94111

Andy Kong
Arent Fox LLP
555 West Fifth Street , 48th Floor
Los Angeles, CA 90013

E Scott Holbrook
1290 E Ctr Crt Dr
Covina, CA 91724

Mette H. Kurth
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013

Shaun Paisley
Kirkland & Ellis LLP
333 So. Hope St
Los Angeles, Ca  90071

☒ Service Information continued on attached page.

## III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on  December 15, 2010  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of suite 1360
225 E. Temple Street
Los Angeles, CA  90012

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 15, 2010 | Debbie A. Perez | /s/ Debbie A. Perez |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.