Van C. Durrer II (SBN 226693)
Ramon M. Naguiat (SBN 209271)
Emily C. Ma (SBN 246014)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com
emily.ma@skadden.com

Attorneys for Corus Construction Venture, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:09-bk-35127-VZ |
| GTS 900 F, LLC, a California limited liability company, aka Concerto, | Chapter 11 |
| Debtor. | **Objection of Corus Construction Venture, LLC to Application for Order Shortening Notice with Respect to Motion to Approve Updated Budget to Complete Construction, Eliminate Adequate Protection Payments, and Permit Payment of Expenses Consistent with Prior Approved Budget** |
| Tax ID # 20-2396211 | |
| | Date:      January 6, 2011<br>Time:      9:30 a.m.<br>Judge:     Hon. Vincent P. Zurzolo<br>Location:  U.S. Bankruptcy Court<br>           Courtroom 1368<br>           255 E. Temple Street<br>           Los Angeles, CA  90012 |

1       Corus Construction Venture, LLC ("CCV"), the successor-in-interest to Corus Bank, N.A. and the largest secured creditor of GTS 900 F, LLC (the "Debtor"), hereby objects to the Application for Order Shortening Notice [Docket No. 950] (the "Shortened Notice Application") filed by the Debtor with respect to the Motion to Approve Updated Budget to Complete Construction, Eliminate Adequate Protection Payments, and Permit Payment of Expenses Consistent with Prior Approved Budget [Docket No. 947] (the "Motion").

      Contrary to the Debtor's allegations, the following important facts are true and relevant to the Motion. First, the parties have engaged in a dialogue regarding the budget since September, when the Debtor permitted its approved budget to expire, and, apparently, continued to encourage vendors to work on the project. Second, over the past several weeks, CCV has been engaged in good faith discussions with the Debtor regarding the development of a feasible budget. Specifically, CCV already authorized the payment of real estate taxes, insurance and health and safety issues relevant to the project. In addition, *today*, in advance of the filing of the Debtor's premature Motion, CCV made a proposal to fund all costs of construction even though the costs will exceed the remaining sources of funding. Rather than respond to that proposal (attached as Exhibit A to the Declaration of Van C. Durrer II filed simultaneously herewith, the "Letter"), the Debtor elected to file the instant Motion. Given CCV's willingness to approve funding consistent with the terms set forth in the Letter, there is no emergency or other need for the waste of judicial resources to hear the Motion on an expedited basis before the Debtor responds to the Letter.

      In addition, significant allegations contained in the Motion are simply untrue. First, the proposed budget attached to the Motion does not call for the completion of construction, consistent with the Court-appointed expert's determination of "as-complete" value. Rather (and contrary to the Debtor's allegations), the Debtor does *not* intend to complete the penthouse units (the most valuable units in the project) pursuant to its newest budget. Second, the budget fails to address supposed safety concerns and entitlement issues that the Debtor has raised regarding Phase II which would also negatively impact value, but the Debtor has chosen to make selective disclosure regarding those details. Finally, regardless of which of the Court-appointed expert's value the Court elects to adopt, they all demonstrate that there is no value in the project for unsecured

1 | creditors or equity.  Accordingly, it should not be equity's decision as to whether and how to
2 | complete construction—it should be a creditor decision.  CCV reserves all rights and arguments
3 | relating to the relief sought in the Motion and intends to file an objection to the Motion by the
4 | applicable deadline.
5 |      WHEREFORE, CCV respectfully requests that the Court deny the Shortened Notice
6 | Application and grant such other and further relief as the Court deems appropriate.
7 | Date: December 16, 2010

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  */s/ Ramon M. Naguiat*
     Van C. Durrer II (SBN 226693)
     Ramon M. Naguiat (SBN 209271)
     Emily C. Ma (SBN 246014)
     300 South Grand Avenue, Suite 3400
     Los Angeles, California 90071
     Telephone:  213-687-5000
     Facsimile:  213-687-5600

Attorneys for Corus Construction Venture, LLC