Van C. Durrer II (SBN 226693)
Ramon M. Naguiat (SBN 209271)
Emily C. Ma (SBN 246014)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com
emily.ma@skadden.com

Attorneys for Corus Construction Venture, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GTS 900 F, LLC, a California limited liability company, aka Concerto,<br><br>　　　　　　　　　Debtor.<br><br><br><br>Tax ID # 20-2396211 | Case No.:  2:09-bk-35127-VZ<br><br>Chapter 11<br><br>**Declaration of David Kim (Tishman Construction Corporation of Illinois) in Support of**<br><br>**(1) Objection of Corus Construction Venture, LLC to Motion to Approve Updated Budget to Complete Construction, Eliminate Adequate Protection Payments, and Permit Payment of Expenses Consistent with Prior Approved Budget; and**<br><br>**(2) Motion of Corus Construction Venture, LLC for Appointment of Chapter 11 Trustee**<br><br>Date:　　　January 18, 2011<br>Time:　　　11:00 a.m.<br>Judge:　　　Hon. Vincent P. Zurzolo<br>Location:　　Courtroom 1368<br>　　　　　　255 E. Temple Street<br>　　　　　　Los Angeles, CA  90012 |

Declaration of David Kim

613782.04-Los Angeles Server 1A - MSW

I, David Kim, declare as follows:

1.  I am currently a Vice President of Tishman Construction Corporation of Illinois ("<u>Tishman</u>").  Corus Construction Venture LLC ("<u>CCV</u>") retained Tishman to serve as its construction consultant with respect to the Concerto project being developed by GTS 900 F, LLC, the above-captioned debtor and debtor in possession (the "<u>Debtor</u>").  I make this declaration in support of CCV's objection to Debtor's the Motion to Approve Updated Budget to Complete Construction, Eliminate Adequate Protection Payments, and Permit Payment of Expenses Consistent with Prior Approved Budget [Docket No. 947] and the Motion of Corus Construction Venture, LLC for Appointment of Chapter 11 Trustee (the "<u>Trustee Motion</u>") concurrently filed herewith.[1]  I am a member of the Tishman team that is primarily responsible for providing construction consulting to CCV in connection with the Concerto project.  As a result, I am familiar with, and have interacted with the Debtor on CCV's behalf with respect to, the Concerto project.  Except as otherwise indicated, I have personal knowledge of the facts stated in this declaration, and if called to testify, could and would competently testify thereto.

2.  Based on Tishman's review of the Phase II site and information provided by the Debtor, Tishman has not been able to determine the extent of any safety risks posed by the Phase II site or to gauge the urgency of addressing any such issues.  At CCV's request, on December 8, 2010, I inspected the perimeter of the Phase II site and observed that there is temporary protection surrounding the open excavation.  That protection consists of 6-foot-high wood and metal chain link fencing that appeared to be intact.  The fencing includes swing-door and sliding-gate panels secured with chain and keyed lock or hardware sets.  The condition of the Phase II site is ostensibly the same as it has been throughout my visits in recent months, though I believe that an engineer should review the shoring system at the Phase II site to evaluate the condition of the earth support system.

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Trustee Motion.

1     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on December 22, 2010, in _LAS VEGAS_, _NEVADA_.

                                                                              David Kim