GREGORY M. SALVATO, ESQ. (SBN 126285)
JOSEPH BOUFADEL, ESQ. (SBN 267312)
SALVATO LAW OFFICES
Wells Fargo Center
333 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1529
Telephone:    (213) 484-8400
Facsimile:    (213) 402-3778
E-mail:    Gsalvato@Salvatolawoffices.com

Attorneys for Creditor
ASTANI CONSTRUCTION, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES

| | |
|---|---|
| In re:<br><br>GTS 900 F, LLC, a California limited liability company, aka Concerto,<br><br>Debtor. | Case No.  2:09-bk-35127-VZ<br><br>Chapter 11<br><br>**PRELIMINARY OBJECTION BY ASTANI CONSTRUCTION, INC. TO PLAN OF REORGANIZATION PROPOSED BY CORUS CONSTRUCTION VENTURE, LLC**<br><br>Date:    February 17, 2011<br>Time:   9:30 a.m.<br>Place:   United States Bankruptcy Court<br>            Courtroom 1368<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

Mechanics lien creditor ASTANI CONSTRUCTION, INC. ("ACI"), having voted its claims against the plan of reorganization ("CCV Plan") proposed by Corus Construction Venture (CCV"), hereby submits this Preliminary Objection to the CCV Plan, in accordance with the Order of the Bankruptcy Court, as follows:

//

//

SALVATO LAW OFFICES

PRELIMINARY OBJECTION TO CCV PLAN
FILED BY ASTANI CONSTRUCTION, INC.                    1                    In re GTS 900 F, LLC, Debtor,
                                                                             Case No. 09-bk-35127-VZ

## ACI'S MECHANICS' LIEN CLAIMS ARE IMPAIRED BUT NOT TREATED AS SUCH UNDER THE CCV PLAN

1. ACI'S legal rights are "impaired" pursuant to Bankruptcy Code Section 1124 as they are proposed to be treated under the CCV Plan.

2. The validity of mechanic's liens against the Debtor is not in question yet CCV impairs ACI to the benefit of general unsecured creditors by its subordination of the ACI mechanic's lien claims to the claims of CCV and other similarly situated mechanic's lien creditors.

3. ACI's claims should not be subordinated as a matter of State law:

   (1) It is a fundamental California corporate premise that an entity in good standing is distinct from its officers/shareholders. Actions of officers/shareholders in their individual capacities do not bind a corporate entity;

   (2) California corporate formalities require signatures of two officers, or one individual signing in both capacities, to provide proper authority. Corp. Code §§ 208(b), 313;

   (3) CCV has conceded that it does not have a contract signed by ACI by which ACI has agreed to subordinate its claim.

   (4) The written guaranties signed by the principals of ACI do not, in themselves, effect a subordination of the ACI claims, where the entity ACI was not a party to and did not agree in its own name to the guaranties' subordination provisions.

## IMPROPER CLASSIFICATION OF CLAIMS

4. The CCV Plan improperly classifies ACI's Claims as a subordinate class to other similarly situated mechanic's lien claims held by non-affiliates, which violates Bankruptcy Code Section 1122(a).

   a. Section 1122(a) of the Bankruptcy Code is not satisfied by segregating mechanic's liens into two separate classes under the CCV Plan (Class 2 and 5) when they are "substantially similar." Class 5 claims contains only ACI claims. No

SALVATO LAW OFFICES

PRELIMINARY OBJECTION TO CCV PLAN
FILED BY ASTANI CONSTRUCTION, INC.    2    In re GTS 900 F, LLC, Debtor,
Case No. 09-bk-35127-VZ

1 determination has been made to justify the proposed disparate treatment of Class 2 and Class 5 Claims.

    b. The CCV Plan improperly subordinates the ACI claim where there has been no action or final proceeding to subordinate ACI's Claim; the subordination has been raised only as an affirmative defense by CCV.

    c. CCV is proceeding under an assumption that the ACI's Claim is subordinated because of the promises of ACI's principals in a separate agreement to which ACI is not a party. Neither is ACI a party to the litigation brought by CCV in Chicago against ACI's principals.

    d. CCV improperly attempts to shift the burden of proof, providing that " the Astani Claims are subordinated to CCV's claims, unless the Court orders otherwise." (See CCV Plan at p. 41).

    e. The CCP Plan treats CCV's disputed claim as if it has been allowed, when due to the pending objections, CCV does not have an allowed claim.

## IMPROPER CCV PLAN ELIMINATION OF ACI'S RIGHTS AGAINST THIRD PARTIES

5. CCV's Plan improperly strips ACI of rights and claims against other non-debtor parties and in doing so violates Bankruptcy Code Section 1129(a)(1)

6. CCV's Plan presumes the elimination of ACI's right to compel marshalling under California Civil code Sections 2899 and 3433 in permitting CCV to foreclose in a way that will harm ACI's interests.

7. CCV improperly proposes through the CCV Plan to eliminate ACI's lawsuit against CCV that is not property of the Debtor's estate nor subject to control of a Trustee or successor to the Debtor.

SALVATO LAW OFFICES

**UNCONFIRMABLE PLAN**

8. The CCV Plan cannot be confirmed because it cannot meet the confirmation standards of Bankruptcy Code Section 1129(a), as set forth above, among other things, and Bankruptcy Code Section 1129(b).

**OTHER GROUNDS FOR OBJECTION**

9. ACI hereby incorporates as though fully set forth herein all of the grounds set forthe in the Preliminary Objections to the CCV Plan filed by the Debtor, GTS 900F. LLC

10. ACI reserves the right to make further objections to the CCV Plan or to amend these Preliminary Objections based upon further investigation into the effect of the CCV Plan and further discovery into the facts and circumstances by which the

DATED: January 10, 2011

GREGORY M. SALVATO, ESQ.
JOSEPH BOUFADEL, ESQ.
SALVATO LAW OFFICES

By: */s/ Gregory M. Salvato*
Gregory M. Salvato
Joseph Boufadel

Attorneys for Creditor
ASTANI CONSTRUCTION, INC.

| In re<br>**GTS 900 F, LLC, a California limited liability company,**<br>Debtor. | CHAPTER **11**<br>CASE NUMBER **2:09-bk-35127-VZ** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Wells Fargo Center, 333 So. Grand Avenue, 25th Floor, Los Angeles, CA  90071-1529**

A true and correct copy of the foregoing document described **PRELIMINARY OBJECTION BY ASTANI CONSTRUCTION, INC. TO PLAN OF REORGANIZATION PROPOSED BY CORUS CONSTRUCTION VENTURE, LLC**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **JANUARY 10, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Paul M Brent     snb300@aol.com
- Cathrine M Castaldi     ccastaldi@rusmiliband.com
- David K Eldan     malvarado@pmcos.com, rpinal@pmcos.com;calendar@pmcos.com
- Kevin C Fields     KevinF@FieldsLG.com
- Yan Gershfeld     ygershfeld@deconsel.com
- Barry S Glaser     bglaser@swjlaw.com
- Allan H Ickowitz     aickowitz@nossaman.com
- Nicolino I Iezza     niezza@spiwakandiezza.com
- Jeanne M Jorgensen     jjorgensen@pj-law.com, esorensen@pj-law.com
- Gary M Kaplan     gkaplan@fbm.com
- John W Kim     jkim@nossaman.com
- Michael S Kogan     mkogan@ecjlaw.com
- Tamar Kouyoumjian     tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- David S Kupetz     dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- Dare Law     dare.law@usdoj.gov
- Joel S. Miliband     jmiliband@rusmiliband.com
- Frank W Molloy     jgalambos@hmspasadena.com, hmsecfmail@gmail.com
- James S Monroe     jim@monroe-law.com
- Ramon Naguiat     rnaguiat@skadden.com
- Daryl G Parker     dparker@pszjlaw.com
- Hamid R Rafatjoo     hrafatjoo@venable.com, ataylor@venable.com;revey@venable.com;jnassiri@venable.com;bclark@venable.com
- Kurt Ramlo     kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Bruce D Rudman     bdr@agrlaw.net
- Gregory M Salvato     calendar@salvatolawoffices.com
- Nathan A Schultz     schultzn@gtlaw.com
- Pamela E Singer     psinger@pszjlaw.com, ksuk@pszjlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                 **F 9013-3.1**

| In re<br>**GTS 900 F, LLC, a California limited liability company,** Debtor. | CHAPTER **11**<br>CASE NUMBER **2:09-bk-35127-VZ** |
|---|---|

- Shashauna Szczechowicz    sszczechowicz@wolkincurran.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- Marcus Tompkins    mtompkins@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Ronald Weiss    rwattyatlaw@aol.com
- Sharon Z Weiss    sharon.weiss@hro.com
- Steven Werth    swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- William E Winfield    wwinfield@nchc.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **JANUARY 10, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **JANUARY 11, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
The Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Roybal Federal Building (Suite1360)
225 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **1/10/11** | **Karina Gonzalez** | */s/ Karina Gonzalez* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |