Van C. Durrer II (SBN 226693)
Ramon M. Naguiat (SBN 209271)
Emily C. Ma (SBN 246014)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com
emily.ma@skadden.com

Attorneys for Corus Construction Venture, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GTS 900 F, LLC, a California limited liability company, aka Concerto,<br><br>            Debtor.<br><br>Tax ID # 20-2396211 | Case No.: 2:09-bk-35127-VZ<br><br>Chapter 11<br><br>**Notice of Lodging of Original Deposition Transcript of Sonny Astani for Hearing on:**<br><br>**(1) Debtor's Motion to Approve Updated Budget to Complete Construction, Eliminate Adequate Protection Payments, and Permit Payment of Expenses Consistent with Prior Approved Budget; and**<br><br>**(2) Motion of Corus Construction Venture, LLC for Appointment of Chapter 11 Trustee**<br><br>Date:         January 18, 2011<br>Time:         11:00 a.m.<br>Judge:        Hon. Vincent P. Zurzolo<br>Location:    Courtroom 1368<br>                   255 E. Temple Street<br>                   Los Angeles, CA  90012 |

**Notice of Lodging of Original Deposition Transcript of Sonny Astani**

633779.01-Los Angeles Server 2A - MSW

1     **PLEASE TAKE NOTICE** that, on January 12, 2011, Van C. Durrer II, a member of
2 Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), counsel for Corus Construction Venture,
3 LLC ("CCV"), deposed Sonny Astani, the President of Concerto Manager, Inc., which is the
4 Manager of GTS 900 F, LLC (the "Debtor").

5     **PLEASE TAKE FURTHER NOTICE** that Skadden retained Ricki Q. Melton (CSR No.
6 9400), a court reporter with Veritext, National Deposition & Litigation Services, to transcribe the
7 deposition of Sonny Astani (the "Deposition").

8     **PLEASE TAKE FURTHER NOTICE** that, on January 10, 2011, CCV filed an
9 application [Docket No. 996] (the "Application") for an order permitting CCV to submit deposition
10 evidence pursuant to rule 7030-1(b) of the Local Bankruptcy Rules of the United States
11 Bankruptcy Court for the Central District of California on shortened time in connection with the
12 Court's January 18, 2011 hearing (the "Joint Hearing") on the Debtor's *Motion to Approve*
13 *Updated Budget to Complete Construction, Eliminate Adequate Protection Payments, and Permit*
14 *Payment of Expenses Consistent with Prior Approved Budget* [Docket No. 947] and the *Motion of*
15 *Corus Construction Venture, LLC for Appointment of Chapter 11 Trustee* [Docket No. 961]. By its
16 Application, CCV has requested that the Court enter an order permitting CCV to submit
17 testimonial evidence from the Deposition in connection with the Joint Hearing provided that CCV
18 (i) lodges the unsigned transcript of the Deposition, which has been certified by the court reporter
19 (the "Deposition Transcript"), with the Court within 24 hours of receipt from the court reporter and
20 (ii) lodges a marked copy of the Deposition Transcript and files and serves notice of CCV's
21 designated testimony as soon as practicable prior to the date of the Joint Hearing.

22     **PLEASE TAKE FURTHER NOTICE** that on January 13, 2011, consistent with the
23 Application pending before the Court, CCV has lodged the Deposition Transcript with the Court,
24 as well as the original set of exhibits from the Deposition, which counsel for CCV received from
25 the court reporter at 12:11 p.m. on January 13, 2011. CCV intends to file a marked copy of the
26 Deposition Transcript designating certain testimony, as soon as practicable and without prejudice
27 to the rights of any interested party, including but not limited to the Debtor and the deponent, to
28

1
**Notice of Lodging of Original Deposition Transcript of Sonny Astani**
633779.01-Los Angeles Server 2A - MSW

1  note errata and counterdesignate testimony from the Deposition Transcript or to raise objections to

2  CCV's designated testimony.

3       **PLEASE TAKE FURTHER NOTICE** that CCV hereby attaches a copy of the Deposition

4  Transcript as <u>Exhibit A</u>.

5  Date: January 13, 2011

6                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

7  .

8              By:    */s/ Ramon M. Naguiat*

9                   Van C. Durrer II (SBN 226693)
                 Ramon M. Naguiat (SBN 209271)

10                   Emily C. Ma (SBN 246014)
                 300 South Grand Avenue, Suite 3400

11                   Los Angeles, California 90071
                 Telephone: (213) 687-5000

12                   Facsimile: (213) 687-5600

13                 Attorneys for Corus Construction Venture, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Lodging of Original Deposition Transcript of Sonny Astani**

633779.01-Los Angeles Server 2A - MSW