HAMID R. RAFATJOO (SBN 181564)
    hrafatjoo@venable.com
JENNIFER L. NASSIRI (SBN 209796)
    jnassiri@venable.com
**VENABLE LLP**
2049 Century Park East, Suite 2100
Los Angeles, California  90067
Telephone:     (310) 229-9900
Facsimile:      (310) 229-9901

Attorneys for Official Committee of
Creditors Holding Unsecured Claims

## UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:09-35127 VZ |
| GTS 900 F, LLC, a California limited liability company, aka Concerto,<br><br>                              Debtor. | Chapter 11<br><br>**DECLARATION OF HAMID R. RAFATJOO REGARDING COMMENTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING: (1) MOTION TO APPROVE UPDATED BUDGET TO COMPLETE CONSTRUCTION, ELIMINATE ADEQUATE PROTECTION PAYMENTS, AND PERMIT PAYMENT OF EXPENSES CONSISTENT WITH PRIOR APPROVED BUDGET; AND (2)MOTION OF CORUS CONSTRUCTION VENTURE, LLC FOR APPOINTMENT OF CHAPTER 11 TRUSTEE FILED JANUARY 10, 2011 [DOCKET NO. 994]**<br><br>Date:     January 18, 2011<br>Time:    11:00 a.m.<br>Place:    Courtroom 1368<br>             255 E. Temple Street<br>             Los Angeles, CA 90012<br>             Judge: Hon. Vincent P. Zurzolo |

1

I, Hamid R. Rafatjoo, declare:

1. I am an attorney duly admitted to practice law in the State of California and before this Court, a partner in the law firm of Venable LLP, counsel for the Official Committee of Creditors Holding Unsecured Claims (the "Committee") of GTS 900 F, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor").

2. I make this Declaration in connection with the Committee's comments in response to the Debtor's Motion to Approve Updated Budget to Complete Construction, Eliminate Adequate Protection Payments, and Permit Payment of Expenses Consistent with Prior Approved Budget (the "Cash Collateral Motion") and the Motion of Corus Construction Venture LLC for Appointment of Chapter 11 Trustee (the "Trustee Motion") filed on January 10, 2011 [Docket No. 994] (the "Committee Response"). Prior to filing the Committee Response, I had discussed its content with the former chair of the Committee.

3. On January 11, 2011, at 11:42 a.m., I received a voicemail from Sonny Astani expressing his disappointment with the Committee Response and informing me that I had misrepresented to the Court the amount of fees owed to the Committee's professionals. The amounts reflected in the Committee Response were estimates of the outstanding amount of the fees and may differ from the Debtor's books and records.

4. It is my understanding that on January 11, 2011, the Debtor sent an email to numerous creditors regarding the Committee Response. As a direct result of the Debtor's email, on January 11, 2011, I received the following emails: (i) at 1:45 p.m. I received an email from Thomas Kim of Borbon, Inc. (a true and correct copy of which and my response thereto is attached as Exhibit A); (ii) at 2:44 p.m. I received an email from Cindy Seablom of CPS Signage & Marketing Corporation (a true and correct copy of which and my response thereto is attached as Exhibit B); (iii) at 3:02 p.m. I received an email from Tony Ghodsi of Englekirk (a true and correct copy of which and my response thereto is attached as Exhibit C); and (iv) at 3:31 p.m. I received an email from Ray Dominice of Skymaster Inc. (collectively, the "Creditor Emails").

2

5. While the Creditor Emails seem to have been instigated by the Debtor, I believe that it was important for the Court to have copies of the same as they express the thoughts and concerns of some creditors.

6. In addition to the foregoing, on January 11, 2011, at 6:19 p.m., I received a call from the former chair of the Committee. He informed me that he had spoken with some of the former members of the Committee and they felt that, at this time, it did not make any sense to appoint a chapter 11 trustee in the case. I informed the chair of the Committee that I would file a declaration with the Court attaching the Creditor Emails and would inform the Court of the position of the former members of the Committee.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this Declaration on January 12, 2011 at Mission Viejo, California.

                                                  /s/ Hamid R. Rafatjoo
                                                  Hamid R. Rafatjoo

# EXHIBIT "A"

**From**: Rafatjoo, Hamid R.
**Sent**: Tuesday, January 11, 2011 01:57 PM
**To**: 'Thomas Kim' <tkim@borbon.net>
**Cc**: George@astanienterprises.com <George@astanienterprises.com>; 'David Morales' <David@djmconstruction.com>; 'Paul Morales' <paulm@borbon.net>; sslater@borbon.net <sslater@borbon.net>; David Kupetz <dkupetz@sulmeyerlaw.com>
**Subject**: RE: GTS 900 F, LLC

Tom, you are not part of the committee.  You are clearly being guided by the Debtor.  I do not appreciate your email or your misplaced input.

---

**From:** Thomas Kim [mailto:tkim@borbon.net]
**Sent:** Tuesday, January 11, 2011 1:45 PM
**To:** Rafatjoo, Hamid R.
**Cc:** George@astanienterprises.com; 'David Morales'; 'Paul Morales'; sslater@borbon.net
**Subject:** GTS 900 F, LLC

Dear Hamid:

We are deeply disappointed with your court filing, "Comments of the Official Committee of Unsecured Creditors" on January 10, 2011 on behalf of the subcontractors.  Contrary to our requests, you stated in the filing that "…the court should appoint the liquidating trustee designated by CCV."  The Committee does not support the appointment of a Trustee under any circumstances, nor does it believe that non-payment as of this time of your professional fees ($260,000 outstanding of $500,000 total) constitutes the basis for the appointment of a Trustee.

You are hereby <u>not</u> authorized to appear before the Court on January 18, 2011 and state that you are representing the Committee.

Thank you,


Thomas Kim
Borbon, Inc.
7312 Walnut Ave.
Buena Park, CA  90620
Phone: (714) 994-0170
Fax: (714) 994-0641
E-mail: tkim@borbon.net

# EXHIBIT "B"

**From**: Rafatjoo, Hamid R.
**Sent**: Tuesday, January 11, 2011 02:55 PM
**To**: 'Cindy Seablom' <cindy@cps-signsnmktg.com>
**Cc**: 'Sonny Astani' <sonny@astanienterprises.com>; 'Marco Astani' <Marco@astanienterprises.com>; george@astanienterprises.com <george@astanienterprises.com>; 'chris wendel' <chris@cps-signsnmktg.com>
**Subject**: RE: Case GTS 900F, LLC/Court Date 1/18/11

You are being fed information by the Debtor without an appreciation for the bankruptcy issues which need to be addressed to make sure that you, other subcontractors and my firm (which is a bigger creditor of this project than your company) gets paid.

Your disappointment has been noted.

---

**From:** Cindy Seablom [mailto:cindy@cps-signsnmktg.com]
**Sent:** Tuesday, January 11, 2011 2:50 PM
**To:** Rafatjoo, Hamid R.
**Cc:** 'Sonny Astani'; 'Marco Astani'; george@astanienterprises.com; 'chris wendel'
**Subject:** RE: Case GTS 900F, LLC/Court Date 1/18/11

Hamid,
I am still a creditor of this project and my disappointment still needs to be noted.

Thank you.

Cindy Seablom
Vice President
CPS Signage & Marketing Corp.
CA #772992

**From:** Rafatjoo, Hamid R. [mailto:HRRafatjoo@Venable.com]
**Sent:** Tuesday, January 11, 2011 2:46 PM
**To:** 'Cindy Seablom'
**Cc:** Sonny Astani; Marco Astani; george@astanienterprises.com; chris wendel
**Subject:** RE: Case GTS 900F, LLC/Court Date 1/18/11

Cindy, I will tell you what I have told the other creditors who have shared their deep disappointment.

Your are not part of the committee.  You are clearly being guided by the Debtor.  I do not appreciate your email or your misplaced input.

Exhibit "B"

**From:** Cindy Seablom [mailto:cindy@cps-signsnmktg.com]
**Sent:** Tuesday, January 11, 2011 2:44 PM
**To:** Rafatjoo, Hamid R.
**Cc:** Sonny Astani; Marco Astani; george@astanienterprises.com; chris wendel
**Subject:** Case GTS 900F, LLC/Court Date 1/18/11

Dear Hamid:

We are deeply disappointed with your court filing, "Comments of the Official Committee of Unsecured Creditors" on January 10, 2011 on behalf of the subcontractors. Contrary to our requests, you stated in the filing that "…the court should appoint the liquidating trustee designated by CCV." The Committee does not support the appointment of a Trustee under any circumstances, nor does it believe that non-payment as of this time of your professional fees ($260,000 outstanding of $500,000 total) constitutes the basis for the appointment of a Trustee.

You are hereby <u>not</u> authorized to appear before the Court on January 18, 2011 and state that you are representing the Committee.


Thank you,


CPS Signage & Marketing Corp.
Corporate Office:
138 W. Bonita Ave, #203
San Dimas, CA 91773
P(909)394-1317
F(909)599-1363
C(909)240-4583
CA Lic.#772992 C-45
NV Lic.#0062755A C-6


*************************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used,
and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue
Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails to assure compliance with new standards of professional practice, pursuant to which certain tax advice must satisfy requirements as to form and substance.
*************************************************************************
*************************************************************************

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*************************************************************************

# EXHIBIT "C"

**From**: Rafatjoo, Hamid R.
**Sent**: Tuesday, January 11, 2011 03:07 PM
**To**: 'Tony Ghodsi' <tony.ghodsi@englekirk.com>
**Cc**: 'Sonny Astani' <sonny@astanienterprises.com>; 'Christopher Rosien' <christopher.rosien@englekirk.com>
**Subject**: RE: Concerto

Your email doesn't match the text that the Debtor dictated to the other creditors.

---

**From:** Tony Ghodsi [mailto:tony.ghodsi@englekirk.com]
**Sent:** Tuesday, January 11, 2011 3:02 PM
**To:** Rafatjoo, Hamid R.
**Cc:** 'Sonny Astani'; 'Christopher Rosien'
**Subject:** Concerto

Mr. Rafatjoo,

It is our understanding that you are attempting to represent the unsecured creditors at a meeting on January 18th and have filed a motion requesting a trustee be designated because of non-payment.

This is troubling on two fronts. First, the creditors that the Committee represents have largely been paid. Second, you are not one of them. You were counsel to the Committee and for you to pretend that you are speaking on behalf of the Committee in this regard is incorrect at best. You do not have authorization to do so.

Kindly withdraw your motions.

**Tony Ghodsi, S.E.**
Principal, Director of Orange County and San Diego Offices

| | |
|---|---|
| 3621 Harbor Blvd., #125 | T 714.557.8551 x306 |
| Santa Ana, CA 92704 | C 310.749.1724 |

# EXHIBIT "D"

**From**: Rafatjoo, Hamid R.
**Sent**: Tuesday, January 11, 2011 04:35 PM
**To**: 'skymasterinc@verizon.net' <skymasterinc@verizon.net>
**Cc**: 'marco@astanienterprises.com' <marco@astanienterprises.com>
**Subject**: Re:

Your deep disappointed has been noted. Thank you for your email
Have a good evening.

**From**: Tracie Dominice [mailto:skymasterinc@verizon.net]
**Sent**: Tuesday, January 11, 2011 03:31 PM
**To**: Rafatjoo, Hamid R.
**Cc**: Marco Astani <Marco@astanienterprises.com>
**Subject**:


Dear Hamid:

We are deeply disappointed with your court filing, "Comments of the Official Committee of Unsecured Creditors" on January 10, 2011 on behalf of the subcontractors. Contrary to our requests, you stated in the filing that "…the court should appoint the liquidating trustee designated by CCV." The Committee does not support the appointment of a Trustee under any circumstances, nor does it believe that non-payment as of this time of your professional fees ($260,000 outstanding of $500,000 total) constitutes the basis for the appointment of a Trustee.

You are hereby <u>not</u> authorized to appear before the Court on January 18, 2011 and state that you are representing the Committee.

Ray Dominice
Skymaster Inc.
(626) 913-8125
skymasterinc@verizon.net

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Suite 2100, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as
**DECLARATION OF HAMID R. RAFATJOO REGARDING COMMENTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING: (1) MOTION TO APPROVE UPDATED BUDGET TO COMPLETE CONSTRUCTION, ELIMINATE ADEQUATE PROTECTION PAYMENTS, AND PERMIT PAYMENT OF EXPENSES CONSISTENT WITH PRIOR APPROVED BUDGET; AND (2)MOTION OF CORUS CONSTRUCTION VENTURE, LLC FOR APPOINTMENT OF CHAPTER 11 TRUSTEE FILED JANUARY 10, 2011 [DOCKET NO. 994]**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 14, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 14, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 14, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/14/2011 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                        **F 9013-3.1.PROOF.SERVICE**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Paul M Brent    snb300@aol.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- David K Eldan    malvarado@pmcos.com, rpinal@pmcos.com;calendar@pmcos.com
- Yan Gershfeld    ygershfeld@deconsel.com
- Barry S Glaser    bglaser@swjlaw.com
- Allan H Ickowitz    aickowitz@nossaman.com
- Nicolino I Iezza    niezza@spiwakandiezza.com
- Jeanne M Jorgensen    jjorgensen@pj-law.com, esorensen@pj-law.com
- Gary M Kaplan    gkaplan@fbm.com
- John W Kim    jkim@nossaman.com
- Bradford Klein    brad.e.klein@gmail.com
- Michael S Kogan    mkogan@ecjlaw.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- David S Kupetz    dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- Dare Law    dare.law@usdoj.gov
- Joel S. Miliband    jmiliband@rusmiliband.com
- Frank W Molloy    jgalambos@hmspasadena.com, hmsecfmail@gmail.com
- James S Monroe    jim@monroe-law.com
- Ramon Naguiat    rnaguiat@skadden.com
- David C Palmer    dcpalmer@gmail.com
- Daryl G Parker    dparker@pszjlaw.com
- Hamid R Rafatjoo    hrafatjoo@venable.com, ataylor@venable.com;jnassiri@venable.com;bclark@venable.com
- Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Bruce D Rudman    bdr@agrlaw.net
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Nathan A Schultz    schultzn@gtlaw.com
- Pamela E Singer    psinger@pszjlaw.com, ksuk@pszjlaw.com
- Shashauna Szczechowicz    sszczechowicz@wolkincurran.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- Marcus Tompkins    mtompkins@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Ronald Weiss    rwattyatlaw@aol.com
- Sharon Z Weiss    sharon.weiss@hro.com
- Steven Werth    swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- William E Winfield    wwinfield@nchc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

| **Via U.S. Mail**<br>Office of the U.S. Trustee<br>Dare Law<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017 | **Via U.S. Mail**<br>Secured Creditor<br>Corus Bank, N.A.<br>Attn: Paul Carlson, Joel Solomon and Peter C. Heinrich<br>3959 N. Lincoln Ave.<br>Chicago, IL 60613 | **Via Overnight Mail**<br>The Honorable Vincent P. Zurzolo<br>U.S. Bankruptcy Court<br>Roybal Federal Building<br>255 E. Temple Street, Suite 1360<br>Los Angeles, CA 90012-3332 |
|---|---|---|
| **Via U.S. Mail**<br>Secured Creditor – L&W Supply Corporation dba Cal-Wal Gypsum Supply<br>Eli J. Karpeles<br>Karpeles & Associates<br>8383 Wilshire Blvd., Suite 346<br>Beverly Hills, CA 90211 | **Via U.S. Mail**<br>Secured Creditor – Morrow Equipment Co., LLC<br>Bruce A. Hatkoff<br>16633 Ventura Blvd., Suite 940<br>Encino, CA 91436-1801 | |

## III. SERVED BY EMAIL

| Counsel for Debtor<br>Alan G. Tippie<br>David s. Kupetz<br>Steven F. Werth<br>SulmeyerKupetz<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071-1406<br>E-Mail: atippie@sulmeyerlaw.com;<br>dkupetz@sulmeyerlaw.com;<br>swerth@sulmeyerlaw.com; | Committee Member<br>Carpet USA<br>Attn: Jerry Agam, President<br>11143 W. Washington Blvd.<br>Culver City, CA 90232<br>E-Mail: jerryag2000@yahoo.com | Committee Member<br>SASCO<br>Attn: John Stevenson<br>Sasco Legal Affairs Manager<br>2750 Moore Avenue<br>Fullterton, CA 92833<br>E-Mail: jstevenson@sasco.com |
|---|---|---|
| Committee Member<br>Architectural Class & Aluminum<br>Attn: John Buckley, President<br>1151 Marina Village Parkway, #101<br>Alameda, CA 94501<br>E-mail: jbuckley@aga-ca.com | Committee Member<br>ACCO Engineered Systems, Inc.<br>Attn: Carlton Seyforth<br>Risk & Safety Mgr.<br>6265 San Fernando Road<br>Glendale, CA 91201<br>E-mail: cseyforth@accoes.com | RSN – Alno, U.S.A.<br>Chad L. Hershman<br>Hinkley Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109-1775<br>E-Mail: chershman@haslaw.com; |
| Secured Creditor – Alno, U.S.A.<br>William E. Winfield<br>Brian D. Hefelfinger<br>Nordman cormany Hair & Compton LLP<br>1000 Town Center Drive, 6th Floor<br>Oxnard, CA 93031-9100<br>E-Mail: wwinfield@nchc.com;<br>bhefelfinger@nchc.com; | Secured Creditor – West Coast Door and Moulding<br>Nick I. Iezza<br>Susan Simmons Seemiller<br>Spiwalk & Iezza, LLP<br>555 Marin Street, Suite 140<br>Thousand Oaks, CA 91360<br>E-mail: niezza@spiwakandiezza.com;<br>sseemiller@spiwakandiezza.com; | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

**III. SERVED BY EMAIL**

|  | Secured Creditor Astani Construction, Inc.<br>Richard A. Clark<br>Gregory M. Salvato<br>Mark Oneal Suttle<br>Parker, Milliken, Clark, O'Hara & Samuelian<br>555 S. Flower St., 30th Floor<br>Los Angeles, CA 90071-2440<br>E-mail: rclark@pmcos.com;<br>gsalvato@pmcos.com;<br>msuttle@pmcos.com; | Secured Creditor CMF, Inc.<br>Stuart J. Schwartz<br>11583 Ragusa Drive<br>Alta Loma, Ca 91701<br>E-mail: stuart77@charter.net; |
|---|---|---|
| Secured Creditors – Carpenters Southwest Administrative Corp. and Board of Trustees for the Carpenters Southwest Trusts<br>Patrick T. Connor<br>DeCarlo, Connor & Shanley<br>533 S. Fremont Ave., 9th Floor<br>Los Angeles, CA 90071-1706<br>E-mail:  pconnor@deconsel.com; |  | Secured Creditor – Corus Construction Venture, LLC and CCV Concerto Lien 2, LLC<br>Van C. Durrer II<br>Ramon M. Naguiat<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Ave., Suite 3400<br>Los Angeles, CA 90071-3144<br>E-mail: van.durrer@skadden.com;<br>ramon.naguiat@skadden.com; |
| Secured Creditor – DeStefano and Partners, Ltd.<br>Sharon Z. Weiss<br>Holme Roberts & Owen LLP<br>800 West Olympic Blvd., 4th Floor<br>Los Angeles, CA 90015<br>E-mail: sharon.weiss@hro.com; | RSN – FDIC<br>Allan H. Ickowitz<br>Nossaman LLP<br>445 S. Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>E-mail: aickowitz@nossaman.com | Secured Creditors – JW Door Corporation and Wescor Construction, Inc.<br>Bruce D. Rudman<br>Abdulazia, Grossbart & Rudman<br>6454 Coldwater Canyon Ave.<br>North Hollywood, CA 91615<br>E-mail: bdr@agrlaw.net; |
| Secured Creditor – PSOMAS<br>Dean M. Gloster<br>Farella Braun & Martel LP<br>235 Montgomery Street, 30th Floor<br>San Francisco, CA 94104<br>E-mail:  dgloster@fbm.com; | Secured Creditor – SASCO<br>Benjamin A. Johnson<br>Jeffrey Cluett<br>Quadros & Johnson, LLP<br>347 North San Mateo Drive<br>San Mateo, CA 94401<br>E-mail: jcluett@qjlaw.net; | Secured Creditor – Troyer Contracting Company, Inc.<br>Richard P. Wagner, Esq.<br>David C. Palmer, Esq.<br>Wagner Palmer, PC<br>400 Oceangate, Suite 700<br>Long Beach, CA 90802<br>E-mail: richwagner@wagnerpalmer.com;<br>davepalmer@wagnerpalmer.com; |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                                              **F 9013-3.1.PROOF.SERVICE**