Van C. Durrer II (SBN 226693)
Ramon M. Naguiat (SBN 209271)
Emily C. Ma (SBN 246014)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
van.durrer@skadden.com
ramon.naguiat@skadden.com
emily.ma@skadden.com

Attorneys for Corus Construction Venture, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GTS 900 F, LLC, a California limited liability company, aka Concerto,<br><br>Debtor.<br><br>Tax ID # 20-2396211 | Case No.: 2:09-bk-35127-VZ<br><br>Chapter 11<br><br>**Declaration of Michael J. Paque (Kurtzman Carson Consultants LLC) With Respect to the Tabulation of Votes on the Competing Plans of Reorganization Proposed by GTS 900 F, LLC and Corus Construction Venture, LLC Pursuant to Local Rule 3018-1**<br><br>Date: February 17, 2011<br>Time: 9:30 a.m.<br>Judge: Hon. Vincent P. Zurzolo<br>Location: Courtroom 1368<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

1       I, Michael J. Paque, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am a Senior Managing Consultant employed by Kurtzman Carson Consultants LLC ("KCC"), which has offices located at 2335 Alaska Avenue, El Segundo, California 90245 and 599 Lexington Ave, 39th Floor, New York, NY 10022. I am over the age of 18 and neither I nor KCC is a party to these proceedings. In accordance with the Court's *Order: (1) Approving Unitary Disclosure Statement, (2) Fixing Various Deadlines Relating to Plan Confirmation and (3) Approving Forms of Ballots and Notice* [Docket No. 932] (the "Disclosure Statement Order"), KCC was retained by Corus Construction Venture LLC ("CCV"), a secured creditor in the Chapter 11 case of GTS 900 F, LLC ("GTS") as voting agent (the "Voting Agent"). KCC was authorized to, among other things, oversee the solicitation and vote tabulation process in this case.

2. I am duly authorized to make and submit this declaration on behalf of KCC (the "Declaration") regarding the tabulation of votes on the *First Amended Unitary Disclosure Statement and Competing Plans of Reorganization Proposed by GTS 900 F, LLC and Corus Construction Venture, LLC*, dated December 1, 2010 [Docket No. 917] (the "Unitary Disclosure Statement"). Capitalized terms used but not otherwise defined herein shall have the respective definitions ascribed to them in the Unitary Disclosure Statement. Except as otherwise indicated, all matters set forth herein are based upon my personal knowledge.

### The Role of KCC

3. KCC has considerable experience in soliciting and tabulating votes to accept or reject proposed plans of reorganization. KCC routinely tabulates such ballots as a regular part of its business activity. KCC regularly prepares a summary compilation of those results, and KCC keeps those tabulated results in the normal course of its business.

### Service and Transmittal of Solicitation Packages and Related Information

4. Pursuant to the Disclosure Statement Order, KCC generated ballots for accepting or rejecting the Competing Plans by holders of claims and interests in classes entitled to vote under each of the GTS Plan and CCV Plan.

---
1
Declaration of Voting Agent
633912.01-Los Angeles Server 2A - MSW

5.   KCC relied upon service and ballot lists received from counsel to CCV on December 7, 2010 in order to identify the holders of claims and interests entitled to vote to accept or reject the Competing Plans. Those service and ballot lists were filed with the Court on December 10, 2010, as exhibits to the *Declaration re Solicitation Packages Served December 8, 2010* [Docket No. 939]. Using the information outlined above, KCC created a voting database reflecting the names, addresses, and voting amounts and using this database, KCC generated Ballots for holders of claims and interests in these classes entitled to vote to accept or reject the Competing Plans.

6.   On December 8, 2010, KCC completed service of the Unitary Disclosure Statement, Competing Plans, and Solicitation Materials (as such terms are defined in the Disclosure Statement Order). A declaration evidencing KCC's service of the foregoing was filed with the Court on December 10, 2010 [Docket No. 939], which more fully describes the solicitation process and is incorporated by reference as though set forth herein.

### The Tabulation Process

7.   KCC received and tabulated the Ballots as follows: (a) each returned Ballot was inspected at KCC's office; (b) Ballots were tabulated in accordance with the court-approved Unitary Disclosure Statement.

8.   All properly executed Ballots received by KCC prior to the applicable voting deadline were tabulated in accordance with the procedures described above and the Disclosure Statement Order. KCC is in possession of such Ballots, and originals of such Ballots will be made available for review and inspection at the Court's February 17, 2011 hearing on confirmation of the Competing Plans. Copies of such ballots will be made available for review on or before January 21, 2011 at http://www.kccllc.net/concerto.

9.   As part of its work in this case, KCC prepared a compilation of the tabulated Ballots shortly after receiving them in an effort to summarize the voting results. KCC maintains that summary in the normal course of its business. I supervised KCC's efforts to tabulate the voting results in this case, and I also oversaw KCC's work to prepare the results in this case. I hereby certify that the results of the voting by holders of claims and interests in each class entitled to vote

2
Declaration of Voting Agent

on the Competing Plans are as set forth in <u>Exhibit A</u> attached hereto, which is a true and correct copy of the final tabulation of such votes cast by timely and properly completed Ballots received by KCC.

10. A GTS Plan Class 2 Ballot submitted by Astani Construction, Inc. was received at 5:01 p.m. Pacific Time, one minute after the voting deadline established by the Disclosure Statement Order. A summary of voting results by holders of claims and interests in each class entitled to vote on the Competing Plans including the late-filed Astani Construction, Inc. Ballot is set forth in <u>Exhibit B</u>, attached hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 14, 2011, in New York, New York.

*[signature]*
Michael J. Paque