| | |
|---|---|
| 1 | Van C. Durrer II (SBN 226693) |
| 2 | Ramon M. Naguiat (SBN 209271) |
|   | Emily C. Ma (SBN 246014) |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 300 South Grand Avenue, Suite 3400 |
| 4 | Los Angeles, California 90071-3144 |
|   | Telephone: (213) 687-5000 |
| 5 | Facsimile:  (213) 687-5600 |
|   | van.durrer@skadden.com |
| 6 | ramon.naguiat@skadden.com |
|   | emily.ma@skadden.com |
| 7 | Attorneys for Corus Construction Venture, LLC |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 2:09-bk-35127-VZ |
| | ) | |
| GTS 900 F, LLC, a California limited liability company, aka Concerto, | ) | Chapter 11 |
| | ) | |
| | ) | **Notice of Continued Hearing on:** |
| Debtor. | ) | |
| | ) | **(1) Debtor's Motion to Approve Updated Budget to Complete Construction, Eliminate Adequate Protection Payments, and Permit Payment of Expenses Consistent with Prior Approved Budget; and** |
| Tax ID # 20-2396211 | ) | |
| | ) | |
| | ) | **(2) Motion of Corus Construction Venture, LLC for Appointment of Chapter 11 Trustee** |
| | ) | |
| | ) | Further Continued Hearing: |
| | ) | |
| | ) | Date:          January 27, 2011 |
| | ) | Time:          11:00 a.m. |
| | ) | Judge:         Hon. Vincent P. Zurzolo |
| | ) | Location:      Courtroom 1368 |
| | ) |                255 E. Temple Street |
| | ) |                Los Angeles, CA  90012 |
| | ) | |
| | ) | Continued Hearing:[1] |
| | ) | |
| | ) | Date:          January 20, 2011 |
| | ) | Time:          11:00 a.m. |
| | ) | Judge:         Hon. Vincent P. Zurzolo |
| | ) | Location:      Courtroom 1368 |
| | ) |                255 E. Temple Street |
| | ) |                Los Angeles, CA  90012 |

---

[1] The original hearing date was January 18, 2011, at 11:00 a.m.

**Notice of Continued Hearing**

634483.01-Los Angeles Server 2A - MSW

1 **PLEASE TAKE NOTICE** that, on January 20, 2011, the Court further continued the hearing on the *Motion to Approve Updated Budget to Complete Construction, Eliminate Adequate Protection Payments, and Permit Payment of Expenses Consistent with Prior Approved Budget* [Docket No. 947] and the *Motion of Corus Construction Venture, LLC for Appointment of Chapter 11 Trustee* [Docket No. 961] to January 27, 2011, at 11:00 a.m. The continued hearing will be held before the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Courtroom 1368, Los Angeles, CA 90012.

Date: January 20, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

.

By: */s/ Ramon M. Naguiat*
Van C. Durrer II (SBN 226693)
Ramon M. Naguiat (SBN 209271)
Emily C. Ma (SBN 246014)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for Corus Construction Venture, LLC

1
**Notice of Continued Hearing**

634483.01-Los Angeles Server 2A - MSW

| In re:<br>GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor; | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-35127-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071**

A true and correct copy of the foregoing document described as   **Notice of Continued Hearing on: (1) Debtor's Motion to Approve Updated Budget to Complete Construction, Eliminate Adequate Protection Payments, and Permit Payment of Expenses Consistent with Prior Approved Budget; and (2) Motion of Corus Construction Venture, LLC for Appointment of Chapter 11 Trustee**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On   **January 20, 2011**   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

⊠    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   **January 20, 2011**   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 20, 2011**   I will serve the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Chambers**
The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court, Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 20, 2011 | Matthew Lim | /s/ Matthew Lim |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br>GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor; | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-35127-VZ |
|---|---|

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Paul M Brent — snb300@aol.com
- Cathrine M Castaldi — ccastaldi@rusmiliband.com
- David K Eldan — malvarado@pmcos.com, rpinal@pmcos.com;calendar@pmcos.com
- Kevin C Fields — KevinF@FieldsLG.com
- Yan Gershfeld — ygershfeld@deconsel.com
- Margaret R Gifford — mgifford@deconsel.com
- Barry S Glaser — bglaser@swjlaw.com
- Allan H Ickowitz — aickowitz@nossaman.com
- Nicolino I Iezza — niezza@spiwakandiezza.com
- Robbin L Itkin — ritkin@steptoe.com
- Jeanne M Jorgensen — jjorgensen@pj-law.com, esorensen@pj-law.com
- Gary M Kaplan — gkaplan@fbm.com
- John W Kim — jkim@nossaman.com
- Michael S Kogan — mkogan@ecjlaw.com
- Tamar Kouyoumjian — tkouyoumjian@sulmeyerlaw.com
- David S Kupetz — dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- Dare Law — dare.law@usdoj.gov
- Joel S. Miliband — jmiliband@rusmiliband.com
- Frank W Molloy — jgalambos@hmspasadena.com, hmsecfmail@gmail.com
- James S Monroe — jim@monroe-law.com
- Ramon Naguiat — rnaguiat@skadden.com
- Daryl G Parker — dparker@pszjlaw.com
- Hamid R Rafatjoo — hrafatjoo@venable.com, ataylor@venable.com; revey@venable.com; jnassiri@venable.com; bclark@venable.com
- Kurt Ramlo — kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Bruce D Rudman — bdr@agrlaw.net
- Gregory M Salvato — gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Nathan A Schultz — schultzn@gtlaw.com
- Marian K Selvaggio — selvaggio@huntortmann.com
- Pamela E Singer — psinger@pszjlaw.com, ksuk@pszjlaw.com
- Shashauna Szczechowicz — sszczechowicz@wolkincurran.com
- Alan G Tippie — atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- Marcus Tompkins — mtompkins@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA) — ustpregion16.la.ecf@usdoj.gov
- Ronald Weiss — rwattyatlaw@aol.com
- Sharon Z Weiss — sharon.weiss@hro.com
- Steven Werth — swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- William E Winfield — wwinfield@nchc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

*January 2009*
634489.01-Los Angeles Server 2A - MSW

| | |
|---|---|
| In re:<br>GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor; | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-35127-VZ |

## II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL

**VIA FIRST CLASS MAIL**

**U.S. Trustee**

Dare Law
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

**Debtor**

GTS 900 F, LLC
c/o Sonny Astani
9595 Wilshire Boulevard
Penthouse 1010
Beverly Hills, CA 90212

**Bankruptcy Counsel to the Debtor**

Alan G. Tippie
David S. Kupetz
Marcus A. Tompkins
SulmeyerKupetz
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, CA 90071

**Special Litigation Counsel to the Debtor**

Richard A. Clark
Gary Ganchrow
Parker, Milliken, Clark, et al.
555 S. Flower St., 30th Fl.
Los Angeles, CA 90071-2440

**Counsel to Committee of Creditors Holding Unsecured Claims**

Hamid R. Rafatjoo
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067

David E. Rice
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202

**Manual Service List**

ACCO Engineered Systems, Inc
6265 San Fernando Road
Glendale, CA 91201

CMF, Inc.
Attn: Managing Agent
1317 West Grove Avenue
Orange, CA 92865-4137

Betty S Chain
15233 Ventura Blvd #1200
Sherman Oaks, CA 91403

Jeffrey Cluett
Quadros & Joshnson LLP
247 North San Mateo Drive
San Mateo, CA 94401

Coastal International Inc.
Attn: Managing Agent
599 Bridgeway Blvd.
Sausalito, CA 94965-2248

James D Curran
Wolkin Curran LLP
555 Montgomery St, Suite 1100
San Francisco, CA 94111-2544

Helen Frazer
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703

Bruce A Hatkoff
16633 Ventura Blvd #940
Encino, CA 91436-1801

E Scott Holbrook
1290 E Ctr Crt Dr
Covina, CA 91724

Michael S Kogan
Ervin, Cohen & Jessup LLP
9401 Wilshire blvd., Ninth Floor
Beverly Hills, CA 90212-2974

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

634489.01-Los Angeles Server 2A - MSW

| In re:<br>GTS 900 F, LLC, a California limited liability company, aka Concerto, Debtor; | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-35127-VZ |
|---|---|

Mette H. Kurth
Arent Fox LLP
555 West Fifth Street
48th Floor
Los Angeles, CA 90013

L & W Supply Corporation dba Cal-Wal Gypsum Supply
c/o Eli Karpeles, Esq.
Karpeles & Associates
8383 Wilshire Blvd, Ste 346
Beverly Hills CA 90211-2434

McKeon Door West, Inc.
Attn:  Managing Agent
10743 Progress Way
Cypress, CA  90630

Shaun Paisley
Kirkland & Ellis LLP
333 S Hope St
Los Angeles, CA 90071

David C Palmer
Wagner Palmer PC
400 Oceangate Ste 700
Long Beach, CA 90802

Ronald S. Litvak & Co.
Attn: Managing Agent
1875 Century Park East, Suite 2060
Los Angeles, CA 90067-2521

Grant Thornton LLP
Attn: Timothy Skillman
1000 Wilshire Blvd., Suite 300
Los Angeles, CA 90017

Chad L. Hershman
28 State Street
Boston, MA 02109

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

634489.01-Los Angeles Server 2A - MSW