David S. Kupetz (CA Bar No. 125062)
dkupetz@sulmeyerlaw.com
Steven F. Werth (CA Bar No. 205434)
swerth@sulmeyerlaw.com
SulmeyerKupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Counsel for GTS 900 F, LLC, Debtor

Gregory M. Salvato (SBN 126285)
Salvato Law Offices
Wells Fargo Center
333 S Grand Ave, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 484-8400
Facsimile: (213) 402-3778
gsalvato@salvatolawoffices.com

Counsel for the Astani Parties

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GTS 900 F, LLC, a California limited liability company, aka Concerto,<br><br>Debtor.<br><br>Tax ID # 20-2396211 | Case No.: 2:09-bk-35127-VZ<br><br>Chapter 11<br><br>**Consents to Confirmation of Corus Construction Venture's Plan of Reorganization, as Modified Pursuant to the Conditional Motion to (I) Approve the Settlement, (II) Authorize Modifications to Corus Construction Venture LLC's Plan of Reorganization, and (III) Confirm the Modified Plan**<br><br>Date: February 17, 2011<br>Time: 9:30 a.m.<br>Judge: Hon. Vincent P. Zurzolo<br>Location: Courtroom 1368<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

CONSENTS TO PLAN CONFIRMATION

617263.02-Los Angeles Server 1A - MSW

1  Pursuant to the Stipulation Regarding Motion of Corus Construction Venture, LLC for Appointment of Chapter 11 Trustee and Related Matters (the "Stipulation"), each of the following, in all capacities, on behalf of themselves, their respective affiliates, and any entities controlled by them, including, without limitation, on behalf of the holders of claims and/or interests in Classes 5, 6, and 7 under CCV's plan of reorganization (the "CCV Plan"), which is incorporated in the First Amended Unitary Disclosure Statement and Competing Plans of Reorganization Proposed by GTS 900 F, LLC and Corus Construction Venture, LLC [Docket No. 917], hereby unconditionally consents (collectively, the "Consent") to confirmation of the CCV Plan, as modified, consistent with the Stipulation, pursuant to the Conditional Motion to (I) Approve the Settlement, (II) Authorize Modifications to Corus Construction Venture LLC's Plan of Reorganization, and (III) Confirm the Modified Plan [Docket No. 1050]:

    1)    GTS 900 F, LLC (the "Debtor");

    2)    Astani Construction, Inc.;

    3)    Astani Enterprises, Inc.

    4)    Sonny Astani;

    5)    Marco Astani; and

    6)    the following equity holders of the Debtor (the "Equity Holders"): (a) Sonny Astani and Jo Cho, as trustees of the Astani/Cho Living Trust; (b) Marco Astani, as trustee of the Marco Astani Living Trust; and (c) Concerto Partners, LLC, a California limited liability company.

Each signatory to the Consent represents that he or she is authorized to execute the Consent on behalf of the party or parties for which the signatory is signing. Each of the Equity Holders represents that it is the current holder of equity in the Debtor and has not assigned any portion of its equity interests to any party that is not a signatory to the Consent.

| | |
|---|---|
| Dated: February 8, 2011 | GTS 900 F, LLC<br>By Its Manager, Concerto Manager, Inc.<br><br>By: _____<br>Sonny Astani<br>Manager |
| Dated: February 8, 2011 | ASTANI CONSTRUCTION, INC.<br><br>By: _____<br>Marco Astani<br>President |
| Dated: February 8, 2011 | SONNY ASTANI, IN ALL CAPACITIES<br><br>By: _____<br>Sonny Astani |
| Dated: February 8, 2011 | MARCO ASTANI, IN ALL CAPACITIES<br><br>By: _____<br>Marco Astani |
| Dated: February 8, 2011 | SONNY ASTANI AND JO CHO, AS TRUSTEES OF THE ASTANI/CHO LIVING<br><br>By: _____<br>Sonny Astani<br><br>By: _____<br>Jo Cho |
| Dated: February 8, 2011 | MARCO ASTANI, AS TRUSTEE OF THE MARCO ASTANI LIVING TRUST<br><br>By: _____<br>Marco Astani |

2
CONSENTS TO PLAN CONFIRMATION

617263.02-Los Angeles Server 1A - MSW

Dated: February 8, 2011

CONCERTO PARTNERS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

By: _____

Its MANAGER

Dated: February 8, 2011

ASTANI ENTERPRISES, INC.

By: _____

Its CHAIRMAN

3

CONSENTS TO PLAN CONFIRMATION

617263.02-Los Angeles Server 1A - MSW